IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 JAN 18  P 12: 02

DEBRA P. HACKETT. CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| MARTHA FINLEY, | * | |
| Plaintiff, | * | |
| v. | * | Case No.: 2:08CV51 |
| MERCK & CO., INC., *et al.*, | * | |
| Defendants. | * | Removed from the Circuit Court of Montgomery County, Alabama CV-2007-1987 |
| | * | |

NOTICE OF REMOVAL OF
DEFENDANT MERCK & CO., INC.

Defendant Merck & Co., Inc. ("Merck"), by counsel, hereby removes this action

pursuant to 28 U.S.C. § 1441 from the Circuit Court of Montgomery County, Alabama to

the United States District Court for the Middle District of Alabama, and respectfully

states:

**THE FOSAMAX® MULTIDISTRICT LITIGATION**

1.      This action involves allegations regarding the prescription medication

FOSAMAX®.  On August 16, 2006, the Judicial Panel on Multidistrict Litigation

("MDL Panel") issued an order transferring 18 FOSAMAX® products liability cases to

the United States District Court for the Southern District of New York (Keenan, J.) for

coordinated pretrial proceedings under 28 U.S.C. § 1407.  *In re Fosamax Products*

*Liability Litigation,* MDL No. 1789.  Processes for quickly sending additional related

cases to Judge Keenan have been set in place.  As of this date, the MDL Panel has issued

41 Conditional Transfer Orders requiring the transfer of 117 additional actions to MDL

1789, where a total of 350 cases are now pending, including both the transferred cases

and cases filed directly in the transferee court. Merck will seek the transfer of this action to MDL-1789, and will in the next week provide the MDL Panel notice of this action pursuant to the "tag-along" procedure contained in the MDL Rules.

## GROUNDS FOR REMOVAL

2.      On or about December 17, 2007, Plaintiff commenced this action entitled *Finley v. Merck & Co., Inc., et al.*, Civil Action No.: CV-07-1987 in the Circuit Court for Montgomery County, Alabama.

3.      As set forth in more detail below, this case is properly removed to this Court pursuant to 28 U.S.C. § 1441. Merck has satisfied the procedural requirements for removal, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

## I.    MERCK HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

4.      The Complaint was filed on December 17, 2007. Merck was served on or about December 26, 2007. Defendant Michael Beck received service by certified mail on or about December 26, 2007. Defendant Carol James received service by certified mail on or about December 22, 2007. Defendants Shelia Davis and Julie Melton have not yet been served. This Notice of Removal is filed within 30 days of the earliest service of process on a defendant. Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

5.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, orders and other papers received by Merck are attached as Composite Exhibit A.

-2-

6.    Venue is proper in this Court pursuant to 28 U.S.C. § 81(b)(1) because it is "the district and division embracing the place where such action is pending," namely Montgomery County, Alabama. *See* 28 U.S.C. § 1441(a).

7.    No previous application has been made for the relief requested herein.

8.    All properly joined and served defendants consent to this removal.[1]

9.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel for Plaintiff and a copy is being filed with the Clerk of Court for the Circuit Court for Montgomery County, Alabama.

## II.    REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §§ 1332 AND 1441.

10.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because this is a civil action in which the amount in controversy exceeds the sum of $75,000, exclusive of costs and interest, and is between citizens of different states.

### A.    The amount in controversy requirement is satisfied.

11.    It is apparent from the face of the Complaint that Plaintiff seeks recovery of an amount in excess of $75,000, exclusive of costs and interest. This is a personal injury case seeking an unlimited amount of money, as well as punitive damages. Plaintiff fails to specifically allege what her injuries are, but she claims that she "was caused to suffer injuries and damages as a direct and proximate result of using FOSAMAX," Complaint ¶ 12, that she "was required to, and did employ physicians to examine, treat, and care for her," and "incurred and will continue to incur expenses as a result of using

---

[1] It is well-settled that co-defendants who are improperly joined need not consent to removal. *See United Computer Systems, Inc. v. AT&T Corp.*, 298 F.3d 756, 762 (9th Cir. 2002); *Jernigan v. Ashland Oil Inc.*, 989 F.2d 812, 815 (5th Cir. 1993); *Polyplastics, Inc. v. Transconex, Inc.*, 713 F.2d 875, 877 (1st Cir. 1983); *Kimmons v. IMC Fertilizer, Inc.*, 844 F. Supp. 738, 740 (M.D. Fla. 1994). As fully discussed *infra*, § II.B, Defendants Julie Melton, Carol James, Michael Beck, and Shelia Davis have been improperly joined and their consent is unnecessary.

-3-

FOSAMAX." *Id.* ¶ 13, and that she was unable to avoid the "clinical manifestation" of her personal injuries because of alleged concealment of information by Merck. *Id.* ¶ 17. Plaintiff not only seeks compensatory damages for these injuries, but she also seeks punitive damages "in an amount sufficiently large to be an example to others, and to deter these Defendants and others from engaging in similar conduct in the future." *Id.* ¶ 26.

12.    While Plaintiff does not specifically identify her medical condition in the Complaint, the hundreds of prior Fosamax cases filed against Merck, including all of the cases in the Fosamax MDL Proceedings, allege that Fosamax causes a disease called osteonecrosis of the jaw. "Osteonecrosis" refers to the "death of bone tissue," *Pascalli v. O'Grady*, 2007 WL 3124709, at *1 n.2 (D.N.J. Oct. 23, 2007), and Plaintiffs who claim to have suffered osteonecrosis of the jaw allege it to be "'a painful, irreversible and disfiguring disease' that can result in very serious and frightening medical conditions." *In re Aredia & Zometa Prods. Liab. Litig.*, 2007 WL 3012972, at *1 (M.D. Tenn. Oct. 10, 2007). While there are few prior cases that specifically involve osteonecrosis of the jaw – a fact that may be attributable to the fact that osteonecrosis of the jaw is a rare disorder and cases alleging liability against pharmaceutical manufacturers for allegedly causing the same had, prior to very recently, been non-existent – there are:

- numerous reported cases in which jaw or similar facial injury led to jury or court awards far in excess of $75,000. *See, e.g., Howie v. Walsh*, 609 S.E.2d 249 (N.C. App. 2005) (addressing jury award of $300,000 against dentist who fractured patient's jaw during procedure); *Preston v. Dupont*, 35 P.3d 433 (Colo. 2001) (addressing jury award of more than $250,000 for damage to alveolar nerve in jaw); *Bowers v. Liuzza*, 769 So.2d 88 (La. App.), *writ. denied*, 776 So.2d 468 (La. 2000) (finding that minimum adequate damage award for nerve damage in jaw was an amount that exceeded $175,000); *Becker v. Halliday*, 554 N.W. 2d 67 (Mich. App. 1996) (jury award of $200,000 in damages, where syringe lodged in upper jaw); *Herpin v. Witherspoon*, 664 So.2d 515 (La. App. 1995) (plaintiff entitled to receive more than $75,000 as a result of temporomandibular joint (TMJ) dysfunction);

-4-

*Washburn v. Holbrook*, 806 P.2d 702 (Or. App. 1991) (affirming jury finding of $400,000 in damages as a result of damage to jaw during root canal); and

- numerous prior cases that reveal that potential awards based on osteonecrosis or avascular necrosis of the hip, knee, or other joint, exceed the $75,000 jurisdictional amount. *See, e.g., Shaver v. United States*, 319 F.Supp. 2d 649 (M.D.N.C. 2004) (awarding more than $75,000 in damages for osteonecrosis in knee caused by automobile accident); *Piselli v. 75th Street Medical*, 808 A.2d 508 (Md. 2002) (addressing jury award of $410,000 for medical malpractice that led to avascular necrosis of the hip); *Collier v. Cawthon*, 570 S.E.2d 53 (Ga. App. 2002) (affirming jury award of $170,000 for avascular necrosis of the hip).

13.    The Plaintiff's claims for compensatory damages for personal injuries requiring past and ongoing medical care, and for punitive damages "in an amount sufficiently large to be an example to others, and to deter these Defendants and others from engaging in similar conduct in the future," Complaint ¶ 26, far exceed this Court's minimum $75,000 jurisdictional limit.

**B.    There is Complete Diversity of Citizenship.**

14.    There is complete diversity between Plaintiff and Merck.

15.    According to the Complaint, Plaintiff is now, and was at the time she commenced this action, a citizen of the State of Alabama. Complaint ¶ 1.

16.    Merck is now, and was at the time Plaintiff commenced this action, a corporation organized under the laws of the State of New Jersey with its principal place of business in New Jersey. *See also* Complaint ¶ 2. Merck is therefore a citizen of New Jersey for purposes of determining diversity. 28 U.S.C. § 1332(c)(1).

17.    Upon information and belief, Defendants Julie Melton, Carol James, Michael Beck, and Shelia Davis (collectively "Employee Defendants") are, and were at the commencement of this action, citizens of Alabama. Complaint ¶¶ 5. As set forth below, however, these Employee Defendants are fraudulently joined and their presence in

-5-

this action does not destroy diversity. "The doctrine of fraudulent joinder prevents plaintiffs from defeating federal diversity jurisdiction by simply naming in-state defendants." *Gordon v. Pfizer, Inc.*, 2006 WL 2337002, at *3 (N.D. Ala. May 22, 2006); *see Legg v. Wyeth*, 428 F.3d 1317, 1320 (11th Cir. 2005) (recognizing that "there are dozens of district court decisions finding that [pharmaceutical] sales representatives were fraudulently joined as defendants to defeat federal diversity jurisdiction"); *see also Heritage Bank v. Redcom Labs, Inc.,* 250 F.3d 319, 323 (5th Cir. 2001) (holding that diversity jurisdiction is not defeated where a non-diverse defendant has been fraudulently joined).

18.    A defendant is fraudulently joined when there "no possibility that the plaintiff can prove a cause of action against the resident (non-diverse) defendant." *Triggs. v. John Crump Toyota, Inc.*, 154 F.3d 1284, 1287 (11th Cir. 1998). As some courts have observed, this language referring to "no possibility" of a claim should not be taken literally; "the standard more accurately is described as requiring a showing that there is 'no reasonable basis' for predicating liability on the claims alleged." *In re Rezulin Prods. Liab. Litig.*, 133 F. Supp. 2d 272, 280 n.4 (S.D.N.Y. 2001) ("Rezulin I") (emphasis added). In *Crowe v. Coleman*, 113 F.3d 1536 (11th Cir. 1997), the Eleventh Circuit stated that the issue was whether Plaintiff can present an "arguable claim against an in-state defendant," and that Plaintiff must show "a reasonable basis for predicting that the state law might impose liability on the facts involved." *Id.* at 1540 (internal quotation omitted, emphasis omitted). As the Eleventh Circuit stated in *Legg, supra,* "[t]he potential for legal liability must be reasonable, not merely theoretical." *Legg*, 428 F.3d at

-6-

1325 n.5 (also stating that "[s]urely, as in other instances, reason and common sense have some role") (internal citations and quotations omitted).

19.    Where a defendant presents affidavits that are not disputed, "the court cannot then resolve the facts in the Plaintiffs' favor based solely on the unsupported allegations in the Plaintiffs' complaint." *Legg*, 428 F.3d at 1323. The Court must not, "*in the absence of any proof, assume that the nonmoving party could or would prove the necessary facts.*" *Id.* (quoting *Badon v. RJR Nabisco, Inc.*, 224 F.3d 382, 393-94 (5th Cir. 2000)) (emphasis in original).

20.    Plaintiff makes only cursory and nonspecific allegations with respect to the Employee Defendants.    While Plaintiff generally alleges that the Employee Defendants marketed and distributed Fosamax, Complaint ¶ 6-7, Plaintiff does not at any time allege that any of them influenced her physician's decision to prescribe Fosamax for her.    Instead, Plaintiff presents only a laundry list of conclusory and generalized assertions, such as claims "[o]n information and belief" that the Employee Defendants "encouraged the use of this drug in improper customers, misrepresented the safety and effectiveness of this drug, and concealed or understated its dangerous side effects." *Id.*

21.    Based upon these generalized allegations, the Employee Defendants are lumped in with Defendant Merck on each count of the Complaint. Such generalized and non-specific allegations are not sufficient to join any of the Employee Defendants to this lawsuit. *See, e.g., Griggs v. State Farm Lloyds*, 181 F.3d 694, 699 (5th Cir. 1999) (finding in-state defendant fraudulently joined where plaintiff refers to the in-state defendant only in passing and directs specific allegations towards the diverse defendants); *see also Tillman v. RJ Reynolds Tobacco*, 253 F.3d 1302, 1305 (11th Cir.

BA2/302145.01

2001) (non-diverse employee defendants fraudulently joined "where plaintiff failed to tie these defendants to the underlying allegations of the complaint"); *In re Rezulin Prods. Liab. Litig.*, 168 F. Supp. 2d 136, 140 (S.D.N.Y. 2001) ("*Rezulin II*") (pharmaceutical representatives fraudulently joined due to general collective allegations regarding "defendants"); *Lyons v. American Tobacco Co.*, No. Civ. A. 96-0881-BH-S,1997 WL 809677, at *5 (S.D. Ala. Sept. 30, 1997) (holding that there is "no better admission of fraudulent joinder of [the resident defendants]" than the failure of the plaintiff "to set forth any specific factual allegations" against them).

22.    The Plaintiff has not alleged, and cannot allege, that the individual Employee Defendants actually personally participated in any alleged wrongdoing that related to her use of Fosamax. *See, e.g., Kimmons v. IMC Fertilizer, Inc.*, 844 F. Supp. 738, 740 (M.D. Fla. 1994) (defendant fraudulently joined where no allegations of personal participation were made). This fact, by itself, is sufficient to demonstrate that the Employee Defendants are fraudulently joined.

23.    The Complaint contains causes of action for negligence (Count I), strict liability (Count II), breach of express warranty (Count III), breach of implied warranty (Count IV), fraudulent misrepresentation (Count V), and fraudulent concealment (Count VI). None these claims by the Plaintiff creates a reasonable basis for liability against the Employee Defendants.

   i.   **Employee Defendants Cannot Be Held Liable Under a Theory of Negligence (Count I) or Strict Liability (Count II)**

24.    Counts I (Negligence) and II (Strict Liability) of Plaintiff's Complaint purport to state, in general and conclusory terms, claims of negligence and strict liability against Merck and the Employee Defendants arising from the design, manufacture,

-8-

marketing, advertising, distribution and/or sale of Fosamax. Complaint ¶¶ 24, 28-35. There is no reasonable basis for liability against any of the Employee Defendants with respect to these claims.

25.    Under Alabama law, strict products liability claims are brought under the Alabama Extended Manufacturers' Liability Doctrine ("AEMLD"). *Casrell v. Altec Indus., Inc.*, 335 So. 2d 128, 130 (Ala. 1976). This strict liability doctrine, however, only applies to a "manufacturer, or supplier, or seller." *Id.* at 132. Pharmaceutical sales representatives such as the Employee Defendants are not "sellers" under the AEMLD, but instead are merely agents of Merck. *See Southern v. Pfizer, Inc.*, 471 F. Supp. 2d 1207, 1215-16 (N.D. Ala. 2006) (finding pharmaceutical sales representatives to have been fraudulently joined); *Bloodsworth v. Smith & Nephew*, 2005 WL 3470337, at *6 (M.D. Ala. Dec. 19, 2005) (finding that there was no possibility that a claim could be brought under the AEMLD against a sales representative who sold a medical device); *see also Rezulin I*, 133 F. Supp. 2d at 288 (applying Alabama law, and opining that it would be contrary to the purpose and scope of the AEMLD to hold a pharmaceutical sales representative liable).

26.    Nor can the Employee Defendants be liable in negligence or under a theory of alleged negligent failure to warn. Under Alabama law, the duty to warn runs from the manufacturer to the prescribing physician. *Southern*, 471 F. Supp. 2d at 1217 (stating that "[p]ursuant to the learned intermediary doctrine," any duty to warn would be owed to plaintiff's prescribing physician by the manufacturer, and not by sales representatives); *Gordon*, 2006 WL 2337002, at *9 (same); *Bloodsworth*, 2005 WL 3470337, at *7 (same).

BA2/302145.01

27.    None of the Employee Defendants participated in the manufacture, development, testing or sale of Fosamax. *See* Declaration of Carol James ("James Decl.") at ¶¶ 4 (attached hereto as Exhibit B); Declaration of Michael Beck ("Beck Decl.") at ¶¶ 5 (attached hereto as Exhibit C).[2] Moreover, Plaintiff does not allege that any of the Employee Defendants ever made any representations about Fosamax directly to Plaintiff or the physician or physicians who prescribed Fosamax to Plaintiff.

28.    Consequently, as to the claims asserted in Count I (Negligence) and Count II (Strict Liability), Plaintiff does not state a cause of action against the Employee Defendants.

### ii. Employee Defendants Cannot Be Held Liable Under Theories of Express Warranty (Count III) or Implied Warranty (Count IV).

29.    Plaintiff has no reasonable basis for her claims for "breach of express warranty" (Count III) and "breach of implied warranty" (Count IV) against the Employee Defendants, for the same reasons that Plaintiff lacks any reasonable basis for her claims of negligence and strict liability. The individual Employee Defendants have not provided any "warranty" to Plaintiff either express or implied, and under Alabama law, "[a] breach of warranty claim is viable only against the 'seller' of the goods," and sales representatives "are not 'sellers.'" *Southern*, 471 F.Supp. 2d at 1218-19 (finding that no viable claims of breach of warranty had been pled against sales representatives, and that representatives were fraudulently joined); *Gordon*, 2006 WL 2337002; *Johnson*, 114 F. Supp. 2d at 525 (rejecting similar claim after noting that "[p]laintiffs have not cited any

---

[2] As of the time of removal, defendant Julie Melton and Shelia Davis have not yet been served, and therefore they would be ignored for purposes of determining the propriety of removal even if they were properly joined in this case (which they are not).

-10-

authority for the proposition that a sales representative, as opposed to the manufacturer of the product he or she was selling, would ever be liable as the warrantor of the product").

30.     In addition, the Plaintiffs have pled no facts to show that any of the individual Employee Defendants provided the Fosamax that was allegedly taken by Plaintiff. As with claims of strict liability and negligence, breach of warranty requires proof of causation. *Clark v. Allied Healthcare Products, Inc.*, 601 So.2d 902, 903 (Ala. 1992).

### iii. The Employee Defendants Cannot Be Held Liable Under Theories of Fraudulent Misrepresentation (Count V) Or Fraudulent Concealment (Count VI).

31.     Plaintiff's claims for fraudulent misrepresentation (Count V), and fraudulent concealment (Count VI) are deficient because Plaintiff has not alleged any facts to show that the Employee Defendants, independently from Merck, made any misrepresentation to Plaintiff or her prescribing physicians, or had any duty to provide information.

32.     A claim for fraud requires, at a minimum, the identification of a particular statement alleged to be a misrepresentation. *Drummond Co., Inc. v. Walter Indus., Inc.*, 962 So.2d 753, 787-88 (Ala. 2006). Plaintiffs have failed to identify any specific statement made by either of the Employee Defendants.

33.     Nor have the Plaintiffs pled any basis for "fraudulent concealment," which may only arise where a defendant has a duty to disclose a particular fact to the plaintiff, and intentionally fails to do so. *Houston County Health Care Authority v. Williams*, 961 So.2d 795, 813 (Ala. 2006). The Complaint is devoid of any allegation of trust or confidence between any Plaintiff and Employee Defendant, as would be required to

-11-

create such a duty. *See State Farm Fire & Cas. Co. v. Owen*, 729 So. 2d 834, 842-43 (Ala. 1998). Indeed, it is clear under Alabama law that individual sales representatives do *not* have a duty to warn, as discussed above with respect to Counts I and II. *See Southern*, 471 F. Supp. 2d at 1218 (stating that "[a]s a matter of law" sales representatives could not be liable for fraudulent misrepresentation where they "had no duty to disclose any information" to plaintiff); *Gordon*, 2006 WL 2337002, at *2-3; *Bloodsworth*, 2005 WL 3470337, at *8-9.

34.    Plaintiff's misrepresentation and fraud claims are also deficient because Plaintiff has failed to plead the claims with the particularity required by Alabama law. *See Drummond Co., Inc.*, 962 So.2d at 787; *Rezulin I*, 133 F. Supp. 2d at 183-84 (finding in-state defendants fraudulently joined due to plaintiff's failure to plead fraud claims with particularity). Because Plaintiff's claims against the Employee Defendants are pled only in vague and non-specific terms, these claims must be rejected by this Court as without merit.

### iv. Even if a Theoretical Claim for Negligence or Fraud Could be Brought Against the Employee Defendants, Here the Undisputed Facts Cause the Claims to Fail.

35.    The job of a Professional Representative at Merck is to make physicians aware of the benefits and limitations of certain Merck products, so they can consider whether to prescribe them for particular patients. *See* Beck Decl. at ¶¶ 3-6. Among other things, Professional Representatives visit physicians' and healthcare providers' offices and provide FDA-approved package inserts and other materials provided by Merck. *See id.* The FDA-approved labeling that detailers provide to physicians discloses the drug's pharmacological properties, indications and contraindications, and known side effects.

-12-

Professional Representatives have no control over the content of the labeling. *See id.* ¶ 3. Other employees of Merck create the labeling and submit it to the FDA for review. No label may be used unless the FDA has approved it, based on the scientific evidence supplied by the drug manufacturer. *See* 21 U.S.C. § 355(a); 21 C.F.R. § 314.70. Moreover, Professional Representatives generally cannot evaluate the accuracy of the labeling. The Professional Representatives did not conduct independent research regarding Merck pharmaceutical products and the information they received concerning the Merck pharmaceutical products that they detailed came from Merck. *See* Beck Decl. at ¶ 3.

36.    With respect to Fosamax, the FDA-approved label that the sales representatives provided to physicians included, effective July 2005, class labeling concerning osteonecrosis of the jaw. The precaution appeared under the bold-faced heading "PRECAUTIONS." The text of the warning stated:

> *Dental*
> Osteonecrosis of the jaw, generally associated with tooth extraction and/or local infection, often with delayed healing, has been reported in patients taking bisphosphonates. Most reported cases of bisphosphonate-associated osteonecrosis have been in cancer patients treated with intravenous bisphosphonates, but some have occurred in patients with postmenopausal osteoporosis. Known risk factors for osteonecrosis include a diagnosis of cancer, concomitant therapies (e.g., chemotherapy, radiotherapy, corticosteroids), poor oral hygiene, and co-morbid disorders (e.g., pre-existing dental disease, anemia, coagulopathy, infection).
> Patients who develop osteonecrosis of the jaw (ONJ) while on bisphosphonate therapy should receive care by an oral surgeon. Dental surgery may exacerbate the condition. For patients requiring dental procedures, there are no data available to suggest whether discontinuation of bisphosphonate treatment reduces the risk for ONJ. Clinical judgment of the treating physician should guide the management plan of each patient based on individual benefit/risk assessment.

In addition, in the ADVERSE REACTION section of the label, it warns:

-13-

*Post-Marketing Experience*
The following adverse reactions have been reported in post-marketing use:
* * *

    Localized osteonecrosis of the jaw, generally associated with tooth extraction and/or local infection, often with delayed healing, has been reported rarely (see PRECAUTIONS, *Dental*).

(A copy of the Prescribing Information issued July 2005 is attached hereto as Exhibit D).

    40.    Defendant Carol James has never been assigned any responsibilities by Merck with respect to the promotion of Fosamax. James Decl. at ¶ 2. At no time did she ever promote Fosamax or provide information concerning Fosamax to any physician or pharmacists. *Id.* She never met or spoke with Plaintiff. *Id.* at ¶ 6. Ms. James has never made any presentations to the general public regarding Fosamax. *Id.* at ¶ 7.

    41.    On these facts, Plaintiff's causes of action fail against the Employee Defendants. *See generally Badon v. RJR Nabisco, Inc.*, 224 F.3d at 293 (undisputed affidavits are sufficient to establish fraudulent joinder); *Legg*, 428 F.3d at 1322-23 (to the same effect).

    42.    Merck does not contend that an employee is immune from liability for all negligence or other torts committed while on the job. However, to be individually liable, an employee must be alleged to have acted tortiously in his individual capacity. In this case, the Employee Defendants could not possibly have owed an independent duty of reasonable care. To the extent Plaintiff's claims are based on Plaintiff's alleged use of Fosamax, the Employee Defendants owed no duty because they had no control over the content of the FDA-approved (and FDA-mandated) label or other warnings they supplied to physicians. What they knew about the products, and hence what they could convey to physicians, was what their employer told them. Lacking any background in pharmacology or medicine, they had no reason to doubt conclusions of Merck and FDA

-14-

medical professionals that Fosamax was safe and effective - and, in particular, no reason to doubt the sufficiency of the information contained in the Fosamax label.

43.    As set forth above, Defendant Carol James has never been assigned any responsibilities with respect to the promotion of Fosamax, and at no time has she ever promoted Fosamax or provided information concerning Fosamax to any physician or pharmacist. James Decl. at ¶ 2. While defendant Michael Beck did promote Fosamax for some portion of time, he had no awareness of any alleged association between Fosamax and osteonecrosis of the jaw beyond the contents of the Fosamax label and packaging. Beck Decl. at ¶ 4.

44.    Because the Employee Defendants had no independent knowledge regarding any alleged association between Fosasmax and osteonecrosis of the jaw, they cannot be liable under a theory of negligence, fraudulent misrepresentation or fraudulent concealment. *See Legg,* 428 F.3d at1324 *(*without evidence that pharmaceutical representative knew of the risk about which Plaintiffs complain apart from the knowledge provided by the pharmaceutical company, pharmaceutical representative cannot be held personally liable—"'those who are only conduits through which faulty information is supplied by one person to a third person cannot be held liable for fraud unless they acted in bad faith'"); *Gordon v. Pfizer,* 2006 WL 2337002, * 6 ("Without any competent evidence that [the pharmaceutical sales representative] made knowing misrepresentations or acted in bad faith—and particularly in light of [his] statement that he had no specialized knowledge about Bextra and relied entirely on information provided to him by Pfizer—there is "no reasonable possibility" that an Alabama court would conclude that he is liable for fraud or misrepresentation"); *see also Montgomery Rubber and*

-15-

*Gasket Co. v. Belmont Machinery Co.,* 308 F.Supp.2d 1293, 1298 (M.D. Ala. 2004) (finding agent defendant was, at most, an innocent conduit and thus plaintiff could not maintain fraud claim against him when plaintiff did not allege agent "made any representations whatsoever to [plaintiff]" or "had any knowledge of the [alleged misrepresentation]").

## CONCLUSION

45.    Because there is no reasonable basis for predicting that Plaintiff could prevail on any of her claims against the Employee Defendants, the citizenship of the Employee Defendants should be ignored for the purpose of determining the propriety of removal, and this Court therefore has diversity jurisdiction over this matter.

46.    Under the clear language of 28 U.S.C. § 1441(b), this action is properly removed to this Court by Merck.

WHEREFORE, Merck respectfully removes this action from the Circuit Court of Montgomery County, Alabama to this Court pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

Robert C. "Mike" Brock
F. Chadwick Morriss
Ben C. Wilson
RUSHTON, STAKELY, JOHNSTON, & GARRETT, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270
(334) 206-3100 (t)
(334) 481-0831 (f)
rcb@rsjg.com
fcm@rsjg.com
bcw@rsjg.com

Attorneys for Defendant Merck & Co., Inc.

-16-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this *18th* day of January, 2008, a copy of the

foregoing Notice of Removal was served by United States Mail, postage prepaid and

properly addressed first class, postage prepaid, to the following counsel of record:

> E. Frank Woodson
> Leigh O'Dell
> Wesley Chadwick Cook
> Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
> Post Office Box 4160
> Montgomery, Alabama 36103-4160

_____
OF COUNSEL

BA2/302145.01

*CV-07-1987*

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V ☐☐☐☐ ☐☐☐☐ ☐☐ - ☐<br>Date of Filing:          Judge Code:<br>☐☐ ☐☐ ☐☐☐☐<br>Month   Day   Year |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____ Montgomery _____, ALABAMA
*(Name of County)*

Martha Finley _____ v. _____ Merck & Co., Inc., et al.

| **Plaintiff** | | **Defendant** | |
|---|---|---|---|
| First Plaintiff ☐ Business  ☑ Individual | | First Defendant ☑ Business  ☐ Individual | |
| ☐ Government  ☐ Other | | ☐ Government  ☐ Other | |

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

| **TORTS: PERSONAL INJURY** | **OTHER CIVIL FILINGS (cont'd)** |
|---|---|
| ☐ WDEA - Wrongful Death | ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve |
| ☐ TONG - Negligence: General | ☐ CVRT - Civil Rights |
| ☐ TOMV - Negligence: Motor Vehicle | ☐ COND - Condemnation/Eminent Domain/Right-of-Way |
| ☐ TOWA - Wantonness | ☐ CTMP - Contempt of Court |
| ☑ TOPL - Product Liability/AEMLD | ☐ CONT - Contract/Ejectment/Writ of Seizure |
| ☐ TOMM - Malpractice-Medical | ☐ TOCN - Conversion |
| ☐ TOLM - Malpractice-Legal | ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division |
| ☐ TOOM - Malpractice-Other | ☐ CVUD - Eviction Appeal/Unlawful Detainer |
| ☐ TBFM - Fraud/Bad Faith/Misrepresentation | ☐ FORJ - Foreign Judgment |
| ☐ TOXX - Other: _____ | ☐ FORF - Fruits of Crime Forfeiture |
| | ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition |
| **TORTS: PERSONAL INJURY** | ☐ PFAB - Protection From Abuse |
| ☐ TOPE - Personal Property | ☐ FELA - Railroad/Seaman (FELA) |
| ☐ TORE - Real Property | ☐ RPRO - Real Property |
| | ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship |
| **OTHER CIVIL FILINGS** | ☐ COMP - Workers' Compensation |
| ☐ ABAN - Abandoned Automobile | ☐ CVXX - Miscellaneous Circuit Civil Case |
| ☐ ACCT - Account & Nonmortgage | |
| ☐ APAA - Administrative Agency Appeal | |
| ☐ ADPA - Administrative Procedure Act | |
| ☐ ANPS - Adults in Need of Protective Services | |

FILED 2007 DEC 17 AM 9: 42 CIRCUIT COURT OF MONTGOMERY COUNTY

**ORIGIN** (check one):  F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER:

R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

| **HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO | Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure) |
|---|---|

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
C O O O 7 9     December 14, 2007
Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

STATE OF ALABAMA
MONTGOMERY COUNTY
I, as Circuit Clerk, Montgomery County
Circuit Court, do hereby certify that the within
is a complete, true and correct copy of the
*Cover Sheet, Summons, Complaint*
on file in said office.
Witness my hand and the seal of said Court
hereto affixed, this the *16* _____ *2008*
by *Melissa Rittenour*
CIRCUIT CLERK

**EXHIBIT**
**A.**

Blumberg No. 5118

# SUMMONS
## -CIVIL-

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

Case No. *CV-07-1987*

**MARTHA FINLEY**
**Plaintiff**

v.

**MERCK & CO., INC., et als.**
**Defendant**

NOTICE TO:    Merck & Co., Inc
              The Corporation Company
              2000 Interstate Park Dr. # 204
              Montgomery, Alabama 36109

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Wesley Chadwick Cook** WHOSE ADDRESS IS **Post Office Box 4160, Montgomery, AL 36103.**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

_____ You are here commanded to serve this summons and a copy of the complaint in this action upon the defendant.

__X__ Service by certified mail of this summons is initiated upon the written request of **Plaintiff** pursuant to the Alabama Rules of Civil Procedure.

Date   12/20/07                              _Melissa Rittenour_
                                             Clerk/Register                    By: _____

                                             _____
                                             Plaintiff's Attorney's Signature

**7160 3901 9845 1853 8808**

**TO:** Merck & Co., Inc
        The Corporation Company
        2000 Interstate Park Dr. # 204
        Montgomery, Alabama 36109

is office on _____
                       (Date)
a copy of the Summons and Complaint to
____County, Alabama on _____
                                (Date)

**SENDER:**

**REFERENCE:** Finley v. Merck & Co., Inc.

                                             _____
                                             Server's Signature

                                             _____
                                             Type of Process Server

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service | POSTMARK OR DATE |
|---|---|
| **Receipt for Certified Mail** | |
| No Insurance Coverage Provided | |

FILED
2007 DEC 17 AM 9:43
CIRCUIT COURT OF
MONTGOMERY COUNTY

**SUMMONS**
-CIVIL-

**Case No.**
CV-07-1987

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

| | | |
|---|---|---|
| **MARTHA FINLEY** | | **MERCK & CO., INC., et als.** |
| **Plaintiff** | **v.** | **Defendant** |

NOTICE TO:   Shelia Davis
2170 Rexford Road
Montgomery, Alabama 36116

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Wesley Chadwick Cook** WHOSE ADDRESS IS **Post Office Box 4160, Montgomery, AL 36103**.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

_____   You are here commanded to serve this summons and a copy of the complaint in this action upon the defendant.

__X__   Service by certified mail of this summons is initiated upon the written request of **Plaintiff** pursuant to the Alabama Rules of Civil Procedure.

Date   12/20/07                    Melissa Rittenour          By   ma
                                    Clerk/Register

7160 3901 9845 1653 8792

                                    _____
                                    Plaintiff's/Attorney's Signature

**TO:** Shelia Davis
2170 Rexford Road
Montgomery, Alabama 36116

                                    is office on _____
                                                        (Date)
                                    a copy of the Summons and Complaint to
                                    ____County, Alabama on _____
                                                        (Date)

**SENDER:**

**REFERENCE:** Finley v. Merck & Co., Inc.

                                    _____
                                    Server's Signature

                                    Type of Process Server

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service | POSTMARK OR DATE |
|---|---|

**Receipt for Certified Mail**

No Insurance Coverage Provided

FILED
2007 DEC 17 AM 9:42
CIRCUIT COURT OF
MONTGOMERY COUNTY

**SUMMONS**
**-CIVIL-**

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY

**Case No.**
CV-07-1987

| MARTHA FINLEY | | MERCK & CO., INC., et als. |
|---|---|---|
| Plaintiff | v. | Defendant |

NOTICE TO: Michael Beck
8513 Vintage Way
Montgomery, Alabama 36116

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Wesley Chadwick Cook** WHOSE ADDRESS IS **Post Office Box 4160, Montgomery, AL 36103.**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

_____ You are here commanded to serve this summons and a copy of the complaint in this action upon the defendant.

__X__ Service by certified mail of this summons is initiated upon the written request of **Plaintiff** pursuant to the Alabama Rules of Civil Procedure.

Date 12/20/07

Clerk/Register

7160 3901 9845 1853 8785

**TO:** Michael Beck
8513 Vintage Way
Montgomery, Alabama 36116

Plaintiff's/Attorney's Signature

................ in this office on _____
                                              (Date)
........ed a copy of the Summons and Complaint to
_____ County, Alabama on _____
                                                      (Date)

**SENDER:**

_____
Server's Signature

**REFERENCE:** Finley v. Merck & Co., Inc.

_____
Type of Process Server

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service          POSTMARK OR DATE

**Receipt for**
**Certified Mail**

2007 DEC 17 AM 9: 42
FILED CIRCUIT COURT OF MONTGOMERY COUNTY

**SUMMONS**
-CIVIL-

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY**

**Case No.**
CV-07-1987

MARTHA FINLEY                    MERCK & CO., INC., et als.
Plaintiff                    v.    Defendant

NOTICE TO:    Carol James
1648 St. Elizabeth Square
Montgomery, Alabama 36117

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **Wesley Chadwick Cook** WHOSE ADDRESS IS **Post Office Box 4160, Montgomery, AL 36103**.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

_____ You are here commanded to serve this summons and a copy of the complaint in this action upon the defendant.

__X__ Service by certified mail of this summons is initiated upon the written request of Plaintiff pursuant to the Alabama Rules of Civil Procedure.

Date 12/20/07                    _Melissa Rittenauer_
                                        Clerk/Register            By: _____

7160 3901 9845 1853 8778

**TO:** Carol James                        _____
1648 St. Elizabeth Square            Plaintiff's/Attorney's Signature
Montgomery, Alabama 36117

this office on _____
                            (Date)
I a copy of the Summons and Complaint to
_____County, Alabama on _____
                                        (Date)

**SENDER:**

**REFERENCE:** Finley v. Merck & Co., Inc.            Server's Signature _____

                                        Type of Process Server _____

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

| US Postal Service | POSTMARK OR DATE |
| --- | --- |
| **Receipt for Certified Mail** | |
| No Insurance Coverage Provided | |

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2007 DEC 17 AM 9:43

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

MARTHA FINLEY,            *

        PLAINTIFF,        *

vs.                  *      CIVIL ACTION NO.: CV-07-1987

MERCK & COMPANY, INC., a New   *
Jersey corporation; JULIE MELTON,  *
Sales Representative; CAROL JAMES,  *
Sales Representative; MICHAEL BECK, *
Sales Representative; SHELIA DAVIS,  *
Sales Representative; and FICTITIOUS  *
DEFENDANTS A, B, C, D, E, and F,   *
being those persons, sales          *      JURY TRIAL DEMANDED
representatives, firms or corporations  *
whose fraud, scheme to defraud,     *
negligence, and/or other wrongful   *
conduct caused or contributed to the  *
Plaintiff's injuries and damages, and  *
whose true names and identities are  *
presently unknown to the Plaintiff but *
will be substituted by amendment when *
ascertained,               *
                        *
        DEFENDANTS.       *

FILED
CIRCUIT COURT OF
MONTGOMERY COUNTY
2007 DEC 17 AM 9: 42

## COMPLAINT

## STATEMENT OF FACTS

1.     This is a civil action brought on behalf of Plaintiff Martha Finley (hereinafter referred to as "Plaintiff"). Plaintiff is an adult resident of Montgomery County, Alabama.

2.     Defendant Merck & Company, Inc. (hereinafter referred to as "Merck") is incorporated in the state of New Jersey and has its principal place of business in Whitehouse Station, New Jersey.

3.    At all times relevant hereto, Merck was in the business of designing, testing, manufacturing, labeling, advertising, marketing, promoting, selling, and distributing pharmaceutical products including FOSAMAX.

4.    Merck does business in the state of Alabama and, on information and belief, at all times relevant hereto, manufactured, advertised, marketed, promoted, sold, and/or distributed FOSAMAX in the state of Alabama.

5.    At all times relevant hereto, Defendants Julie Melton, Carol James, Michael Beck, and Shelia Davis (hereinafter referred to as "the Sales Representatives") were residents of the state of Alabama and were employed as Sales Representatives by Merck.

6.    On information and belief, at all times relevant hereto, the Sales Representatives were in the business of marketing, selling and distributing FOSAMAX in the state of Alabama in the scope and course of their regular employment with Merck.

7.    On information and belief, the Sales Representatives encouraged the use of this drug in improper customers, misrepresented the safety and effectiveness of this drug, and concealed or understated its dangerous side effects in order to increase their financial gain by way of salaries, bonuses, and other incentives.

8.    Fictitious Defendants A, B, C, D, E, and F are those persons, sales representatives, district managers, firm or corporations whose fraud, scheme to defraud, and/or other wrongful conduct caused or contributed to the injuries sustained by the Plaintiff, and whose true names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained. At all times relevant hereto, the Fictitious

Defendants were in the business of marketing, selling, and distributing FOSAMAX in and from the state of Alabama, including Montgomery County.

9.    "Defendants" refers collectively to all Defendants named in this Complaint unless otherwise specified.

10.    Plaintiff's claim accrued all or in part in Montgomery County, and Plaintiff resides in Montgomery County. Some of the Defendants are foreign corporations which have been and are currently engaged in business, directly or by authorized agent, in Montgomery County. Jurisdiction and venue are therefore proper. The claims of the Plaintiff herein satisfy the jurisdictional amount of this Court.

11.    FOSAMAX is a bisphosphonate drug used primarily to mitigate or reverse the effects of osteoporosis, osteopenia, and Paget's Disease. FOSAMAX has been widely advertised by the Defendants as a safe and effective treatment for these conditions.

12.    Plaintiff was caused to suffer injuries and damages as a direct and proximate result of using FOSAMAX.

13.    Plaintiff was required to, and did employ physicians to examine, treat, and care for her, and Plaintiff incurred, and will continue to incur expenses as a result of using FOSAMAX.

14.    At all times relevant hereto, the Defendants themselves, or through others, did manufacture, create, design, test, label, sterilize, package, supply, market, sell, advertise, and otherwise distribute FOSAMAX.

15.    Beginning in 1995, Defendants aggressively marketed and sold FOSAMAX by misleading potential users about the safety of the product and by failing

3

to protect users from dangers which Defendants knew or should have known could result from FOSAMAX use.

16.     Rather than warn patients, and despite knowledge by Defendants of increased risk of injury to patients using FOSAMAX, Defendants continue to defend FOSAMAX, mislead physicians and the public, and minimize unfavorable findings as those findings appeared in medical literature.

17.     Plaintiff would not have used FOSAMAX had Defendants properly disclosed the known or knowable risks associated with the drug. Alternatively, Plaintiff would have known the warning signs of her injuries and would have been able to avoid the clinical manifestation of those injuries as they developed.

18.     Defendants, through their affirmative misrepresentations and omissions, actively concealed from Plaintiff and her physicians the true and significant risks associated with taking FOSAMAX.

19.     As a result of Defendants' actions, Plaintiff and her prescribing physicians were unaware, and could not have reasonably known or have learned through reasonable diligence that Plaintiff had been exposed to the true risks of FOSAMAX known only by Defendants.

20.     The statute of limitations has thus been tolled by reason of Defendants' fraudulent concealment.

21.     Defendants acted with oppression, fraud, and malice towards Plaintiff, who accordingly requests that the trier of fact, in the exercise of its sound discretion, award additional damages for the sake of example and for the purpose of punishing

Defendants for their conduct, in an amount sufficiently large to be an example to others, and to deter these Defendants and others from engaging in similar conduct in the future.

## COUNT I

## NEGLIGENCE

22.    Plaintiff restates the allegations set forth above as if fully rewritten herein.

23.    Defendants owed Plaintiff a duty to exercise reasonable care when designing, manufacturing, marketing, advertising, distributing, and selling FOSAMAX.

24.    Defendants failed to exercise due care under the circumstances and therefore breached this duty by:

a.    Failing to properly and thoroughly test FOSAMAX before releasing the drug to market;

b.    Failing to properly and thoroughly analyze the data resulting from the pre-marketing tests of FOSAMAX;

c.    Failing to conduct sufficient post-market testing and surveillance of FOSAMAX;

d.    Designing, manufacturing, marketing, advertising, distributing, and selling FOSAMAX to consumers, including Plaintiff, without an adequate warning of the significant and dangerous risks of FOSAMAX and without proper instructions to avoid the harm which could foreseeably occur as a result of using the drug;

e.    Failing to exercise due care when advertising and promoting FOSAMAX; and

f.    Negligently continuing to manufacture, market, advertise, and distribute FOSAMAX after Defendants knew or should have known of its adverse effects.

25.    Plaintiff was injured as a direct and proximate result of Defendants' actions, omissions, and misrepresentations. Plaintiff has incurred, and will continue to incur expenses as a result of using FOSAMAX.

26.    Defendants acted with oppression, fraud, and malice towards Plaintiff, who accordingly requests that the trier of fact, in the exercise of its sound discretion, award additional damages for the sake of example and for the purpose of punishing Defendants for their conduct, in an amount sufficiently large to be an example to others, and to deter these Defendants and others from engaging in similar conduct in the future.

**WHEREFORE,** Plaintiff demands judgment against Defendants jointly and severally in such an amount of compensatory and punitive damages as a jury deems reasonable, plus costs.

**COUNT II**

**STRICT LIABILITY**

27.    Plaintiff restates the allegations set forth above as if fully rewritten herein.

28.    Defendants manufactured, sold, distributed, marketed, and/or supplied FOSAMAX in a defective and unreasonably dangerous condition to consumers, including Plaintiff.

29.    Defendants designed, manufactured, sold, distributed, supplied, marketed, and/or promoted FOSAMAX, which was expected to reach and did in

fact reach consumers, including Plaintiff, without substantial change in the condition in which it was manufactured and sold by Defendants.

30.    Plaintiff used FOSAMAX as prescribed and in a manner normally intended, recommended, promoted, and marketed by Defendant.

31.    FOSAMAX failed to perform safely when used by ordinary consumers, including Plaintiff, including when it was used as intended and in a reasonably foreseeable manner.

32.    FOSAMAX was defective in its design and was unreasonably dangerous in that its unforeseeable risks exceeded the benefits associated with its design or formulation.

33.    FOSAMAX was defective in design or formulation in that it posed a greater likelihood of injury than other similar medications and was more dangerous than an ordinary consumer could reasonably foresee or anticipate.

34.    FOSAMAX was defective in its design and was unreasonably dangerous in that it neither bore, nor was packaged with, nor accompanied by warnings adequate to alert consumers, including Plaintiff, of the dangerous risks associated with its use.

35.    Although Defendants knew or should have known of the defective nature of FOSAMAX, they continued to design, manufacture, market, and sell FOSAMAX so as to maximize sales and profits at the expense of the public health and safety. By so acting, Defendants acted with conscious and deliberate disregard of the foreseeable harm caused by FOSAMAX.

36.    Neither Plaintiff nor her physicians could, through the exercise of

7

reasonable diligence, have discovered FOSAMAX's defects or perceived the dangers posed by the drug.

37.    Plaintiff was injured as a direct and proximate result of Defendants' actions, omissions, and misrepresentations. Plaintiff has incurred, and will continue to incur expenses as a result of using FOSAMAX.

38.    Defendants acted with oppression, fraud, and malice towards Plaintiff, who accordingly requests that the trier of fact, in the exercise of its sound discretion, award additional damages for the sake of example and for the purpose of punishing Defendants for their conduct, in an amount sufficiently large to be an example to others, and to deter these Defendants and others from engaging in similar conduct in the future.

**WHEREFORE,** Plaintiff demands judgment against Defendants jointly and severally in such an amount of compensatory and punitive damages as a jury deems reasonable, plus costs.

## COUNT III

## BREACH OF EXPRESS WARRANTY

39.    Plaintiff restates the allegations set forth above as if fully rewritten herein.

40.    Defendants expressly represented to Plaintiff and the medical community that FOSAMAX was safe and fit for its intended purposes, that it was of merchantable quality, that it did not produce any dangerous side effects, and that it was adequately tested.

41.    FOSAMAX does not conform to Defendants' express representations because it is not safe, has numerous and serious side effects, and causes severe and permanent injuries.

8

42.    At all relevant times FOSAMAX did not perform as safely as an ordinary consumer would expect, when used as intended or in a reasonably foreseeable manner.

43.    Plaintiff and the medical community relied upon Defendants' express warranties.

44.    Plaintiff was injured as a direct and proximate result of Defendants' actions, omissions, and misrepresentations.  Plaintiff has incurred, and will continue to incur expenses as a result of using FOSAMAX.

WHEREFORE, Plaintiff demands judgment against Defendants jointly and severally in such an amount of damages as a jury deems reasonable, plus costs, or as otherwise authorized by statute.

## COUNT IV

## **BREACH OF IMPLIED WARRANTIES**

45.    Plaintiff restates the allegations set forth above as if fully rewritten herein.

46.    Defendants manufactured, distributed, advertised, promoted, and sold FOSAMAX.

47.    At all relevant times, Defendants knew of the use for which FOSAMAX was intended and impliedly warranted the product to be of merchantable quality and safe and fit for such use.

48.    Defendants were aware that consumers, including Plaintiff, would use FOSAMAX for treatment of osteoporosis and for other purposes for which it was promoted.

49.    Plaintiff and the medical community reasonably relied upon the judgment and sensibility of Merck to sell and/or recommend FOSAMAX only if it was indeed of

merchantable quality and safe and fit for its intended use.  Plaintiff, thus, reasonably relied upon Defendants' implied warranties for FOSAMAX.

50.    Defendants breached their implied warranty to consumers, including Plaintiff in that FOSAMAX was not of merchantable quality or safe and/or fit for its intended use.

51.    FOSAMAX reached consumers without substantial change in the condition in which it was manufactured and sold by Defendants.

52.    Plaintiff was injured as a direct and proximate result of Defendants' actions, omissions, and misrepresentations.  Plaintiff has incurred, and will continue to incur expenses as a result of using FOSAMAX.

**WHEREFORE**, Plaintiff demands judgment against Defendants jointly and severally in such an amount of damages as a jury deems reasonable, plus costs, or as otherwise authorized by statute.

**COUNT V**

**FRAUDULENT MISREPRESENTATION**

53.    Plaintiff restates the allegations set forth above as if fully rewritten herein.

54.    Defendants made fraudulent misrepresentations with respect to FOSAMAX in the following particulars:

a.    Defendants represented through the labeling, advertising, marketing materials, detail persons, seminar presentations, publications, notice letters, and regulatory submissions that FOSAMAX had been tested and found to be safe and effective for the treatment of pain and inflammation; and

b.      Defendants represented that FOSAMAX was safer than other

alternative medications.

55.     Defendants knew that their representations were false, yet they

willfully, wantonly, and recklessly disregarded their obligation to provide truthful

representations regarding the safety and risk of FOSAMAX to consumers, including

Plaintiff, and the medical community.

56.     The representations were made by Defendants with the intent that

doctors and patients, including Plaintiff, rely upon them.

57.     Defendants' representations were made with the intent of defrauding

and deceiving Plaintiff, other consumers, and the medical community to induce and

encourage the sale of FOSAMAX.

58.     Plaintiff and her physicians did in fact rely upon the representations.

59.     Defendants' fraudulent representations evinced its callous, reckless,

willful, and depraved indifference to the health, safety, and welfare of consumers,

including Plaintiff.

60.     Plaintiff was injured as a direct and proximate result of Defendants'

actions, omissions, and misrepresentations.  Plaintiff has incurred, and will continue

to incur expenses as a result of using FOSAMAX.

61.     Defendants acted with oppression, fraud, and malice towards Plaintiff,

who accordingly requests that the trier of fact, in the exercise of its sound discretion,

award additional damages for the sake of example and for the purpose of punishing

Defendants for their conduct, in an amount sufficiently large to be an example to others,

and to deter these Defendants and others from engaging in similar conduct in the future.

**WHEREFORE**, Plaintiff demands judgment against Defendants jointly and severally in such an amount of compensatory and punitive damages as a jury deems reasonable, plus costs.

**COUNT VI**

**<u>FRAUDULENT CONCEALMENT</u>**

62.    Plaintiff restates the allegations set forth above as if fully rewritten herein.

63.    Defendants fraudulently concealed information with respect to FOSAMAX in the following particulars:

a.    Defendants represented through the labeling, advertising, marketing materials, detail persons, seminar presentations, publications, notice letters, and regulatory submissions that FOSAMAX was safe and fraudulently withheld and concealed information about the substantial risks of using FOSAMAX; and

b.    Defendants represented that FOSAMAX was safer than other alternative medications and fraudulently concealed information which demonstrated that FOSAMAX was not safer than alternatives available on the market.

64.    Defendants had sole access to material facts concerning the dangers and unreasonable risks of FOSAMAX.

65.    The concealment of information by Defendants about the risks of FOSAMAX was intentional, and the representations made by Defendants were known by Defendants to be false.

12

66.    The concealment of information and the misrepresentations about FOSAMAX were made by Defendants with the intent that doctors and patients, including Plaintiff, rely upon them.

67.    Plaintiff and her physicians relied upon the representations and were unaware of the substantial risks of FOSAMAX which Defendants concealed from the public, including Plaintiff and her physicians.

68.    Plaintiff was injured as a direct and proximate result of Defendants' actions, omissions, and misrepresentations. Plaintiff has incurred, and will continue to incur expenses as a result of using FOSAMAX.

69.    Defendants acted with oppression, fraud, and malice towards Plaintiff, who accordingly requests that the trier of fact, in the exercise of its sound discretion, award additional damages for the sake of example and for the purpose of punishing Defendants for their conduct, in an amount sufficiently large to be an example to others, and to deter these Defendants and others from engaging in similar conduct in the future.

**WHEREFORE**, Plaintiff demands judgment against Defendants jointly and severally in such an amount of compensatory and punitive damages as a jury deems reasonable, plus costs.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts and issues so triable.

DATED: December 17, 2007

_____
E. FRANK WOODSON (WOO034)
LEIGH O'DELL (ODE006)
WESLEY CHADWICK COOK (COO079)
Counsel for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343 telephone
(334) 954-7555 facsimile

14



**AlaFile E-Notice**

03-CV-2007-001987.00

Judge: EUGENE W. REESE

To:  COOK WESLEY CHADWICK
chad.cook@beasleyallen.com

---

# NOTICE OF SERVICE

---

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### MARTHA FINLEY V. MERCK & CO., INC.; ET AL
### 03-CV-2007-001987.00

The following matter was served on 12/26/2007

**D001 MERCK & CO. INC**

**CERTIFIED MAIL**

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950

STATE OF ALABAMA
MONTGOMERY COUNTY
I, as Circuit Clerk, Montgomery County
Circuit Court, do hereby certify that the within
is a complete, true and correct copy of the
Notice of Service & certified mail
on file in said office.
Witness my hand and the seal of said Court
is hereto affixed, this the 16th
day of January, 2008
Melissa Rittenour
CIRCUIT CLERK

2. Article Number

||||||||||| (barcode)

7160 3901 9845 1853 8808

3. Service Type    **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

Merck & Co., Inc
The Corporation Company
2000 Interstate Park Dr. # 204
Montgomery, Alabama 36109

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)        B. Date of Delivery
The Corporation Company    12/26/07

C. Signature
X The Corporation Company        ☐ Agent
                                ☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:           ☐ No

2-1

(2)-07-0187 S#C

Reference Information

Finley v. Merck & Co., Inc.

PS Form 3811, January 2005        Domestic Return Receipt

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MARTHA FINLEY,

      PLAINTIFF,

vs.

                        CASE NUMBER: CV-

MERCK & COMPANY, INC., a New
Jersey corporation; JULIE MELTON,
Sales Representative; CAROL JAMES,
Sales Representative; MICHAEL BECK,
Sales Representative; SHEILA DAVIS,
Sales Representative; and FICTITIOUS
DEFENDANTS A, B, C, D, E, and F,
being those persons, sales
representatives, firms or corporations
whose fraud, scheme to defraud,
negligence, and/or other wrongful
conduct caused or contributed to the
Plaintiff's injuries and damages, and
whose true names and identities are
presently unknown to the Plaintiff but
will be substituted by amendment when
ascertained,

      DEFENDANTS.

Removed from the
Circuit Court of
Montgomery County, Alabama
(CV-07-1987)

## DECLARATION OF CAROL JAMES

    1.      My name is Carol James. I am over twenty-one years of age, am

of sound mind, and am competent to make this Declaration. This Declaration is based

upon my personal knowledge.

    2.      Merck & Co., Inc. ("Merck") has never assigned me any

responsibilities with respect to the promotion of FOSAMAX® ("Fosamax"). At no time

did I ever promote Fosamax or provide information concerning Fosamax to any physician

or pharmacist.

EXHIBIT

B.

Blumberg No. 5119

3.    I am not a physician, and have therefore never prescribed Fosamax. I am also not a pharmacist and I have therefore never written or filled a Fosamax prescription as a pharmacist.

4.    At no time did I have any involvement at all with the manufacture, development, or testing of Fosamax.

5.    At no time did I ever sell, offer to sell or take orders for the sale of Fosamax to patients.

6.    I have never met nor spoken with Martha Finley.

7.    I have never made any presentations to the general public regarding Fosamax.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January *16*, 2008.

_____
Carol James

2

quIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MARTHA FINLEY, | * | |
| | * | |
| PLAINTIFF, | * | |
| vs. | * | CASE NUMBER: CV- |
| | * | |
| MERCK & COMPANY, INC., a New | * | |
| Jersey corporation; JULIE MELTON, | * | |
| Sales Representative; CAROL JAMES, | * | |
| Sales Representative; MICHAEL BECK, | * | |
| Sales Representative; SHEILA DAVIS, | * | |
| Sales Representative; and FICTITIOUS | * | |
| DEFENDANTS A, B, C, D, E, and F, | * | |
| being those persons, sales | * | Removed from the |
| representatives, firms or corporations | * | Circuit Court of |
| whose fraud, scheme to defraud, | * | Montgomery County, Alabama |
| negligence, and/or other wrongful | * | (CV-07-1987) |
| conduct caused or contributed to the | * | |
| Plaintiff's injuries and damages, and | * | |
| whose true names and identities are | * | |
| presently unknown to the Plaintiff but | * | |
| will be substituted by amendment when | * | |
| ascertained, | * | |
| | * | |
| DEFENDANTS. | * | |

## DECLARATION OF MICHAEL BECK

1.      My name is Michael Beck. I am over twenty-one years of age, am

of sound mind, and am competent to make this Declaration. This Declaration is based

upon my personal knowledge.

2.      At no time did I ever provide Fosamax or information concerning

Fosamax directly to Martha Finley.

3.      I am not a physician, and have therefore never prescribed

Fosamax. I am also not a pharmacist and I have therefore never written or filled a

Fosamax prescription as a pharmacist. The information that I used during the course of

my employment was provided to me by my employer. Specifically, Merck provided me

EXHIBIT

C.

Blumberg No. 5119

with the FDA-approved prescribing information and the other information I used in speaking with physicians regarding Fosamax. I had no involvement in the development or preparation of prescribing information for Fosamax, and did not have responsibility for the content or other written warnings concerning Fosamax contained in other information provided to me by my employer. I was not expected, as a Professional Representative, to conduct independent research regarding drugs I detailed. I was not expected to review independent scientific studies published in journals unless Merck supplied them to me.

4.    I was not aware of any alleged association between Fosamax and osteonecrosis of the jaw during the time I worked for Merck beyond what was stated in the prescribing information and approved materials provided to me by Merck.

5.    At no time did I have any involvement at all with the manufacture, development, or testing of Fosamax. The physicians with whom I dealt and on whom I called in my job were highly skilled professionals. They were, in my judgment and to the best of my knowledge, in a better position than I to make determinations concerning prescribing Fosamax. I had no discussions at all at any time with any patients of any of the physicians on whom I called regarding Fosamax.

6.    At no time did I ever sell, offer to sell or take orders for the sale of Fosamax to patients. Physicians upon whom I would call would write their prescriptions for Fosamax based upon their own independent medical knowledge and judgment and I would not have direct knowledge of any specific prescriptions these physicians may have written for individual patients including, but not limited to, Martha Finley.

7.    I made no knowing misrepresentations concerning the safety or efficacy of Fosamax and acted in good faith at all times in my dealings with physicians who may have prescribed Fosamax.

8.    I have never met nor spoken with Martha Finley.

2

9.      I have never made any presentations to the general public regarding Fosamax.


Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January *16*, 2008.

_____
Michael Beck

3

# MERCK & CO., INC.
## Whitehouse Station, NJ 08889, USA

9635604
9636804

## FOSAMAX®
### (ALENDRONATE SODIUM) TABLETS AND ORAL SOLUTION

### DESCRIPTION

FOSAMAX* (alendronate sodium) is a bisphosphonate that acts as a specific inhibitor of osteoclast-mediated bone resorption. Bisphosphonates are synthetic analogs of pyrophosphate that bind to the hydroxyapatite found in bone.

Alendronate sodium is chemically described as (4-amino-1-hydroxybutylidene) bisphosphonic acid monosodium salt trihydrate.

The empirical formula of alendronate sodium is $C_4H_{12}NNaO_7P_2 \cdot 3H_2O$ and its formula weight is 325.12. The structural formula is:

$$
\begin{array}{c}
NH_2 \\
| \\
CH_2 \\
| \\
CH_2 \\
| \\
\quad\; O \quad\; CH_2 \quad O \\
\quad\; \| \quad\;\; | \quad\;\; \| \\
HO\!-\!P\!-\!C\!-\!P\!-\!ONa \cdot 3H_2O \\
\;\;| \quad\; | \quad\; | \\
OH \quad OH \quad OH
\end{array}
$$

Alendronate sodium is a white, crystalline, nonhygroscopic powder. It is soluble in water, very slightly soluble in alcohol, and practically insoluble in chloroform.

Tablets FOSAMAX for oral administration contain 6.53, 13.05, 45.68, 52.21 or 91.37 mg of alendronate monosodium salt trihydrate, which is the molar equivalent of 5, 10, 35, 40 and 70 mg, respectively, of free acid, and the following inactive ingredients: microcrystalline cellulose, anhydrous lactose, croscarmellose sodium, and magnesium stearate. Tablets FOSAMAX 10 mg also contain carnauba wax.

Each bottle of the oral solution contains 91.35 mg of alendronate monosodium salt trihydrate, which is the molar equivalent to 70 mg of free acid. Each bottle also contains the following inactive ingredients: sodium citrate dihydrate and citric acid anhydrous as buffering agents, sodium saccharin, artificial raspberry flavor, and purified water. Added as preservatives are sodium propylparaben 0.0225% and sodium butylparaben 0.0075%.

### CLINICAL PHARMACOLOGY

*Mechanism of Action*

Animal studies have indicated the following mode of action. At the cellular level, alendronate shows preferential localization to sites of bone resorption, specifically under osteoclasts. The osteoclasts adhere normally to the bone surface but lack the ruffled border that is indicative of active resorption. Alendronate does not interfere with osteoclast recruitment or attachment, but it does inhibit osteoclast activity. Studies

---

* Registered trademark of MERCK & CO., Inc.
COPYRIGHT ©1995, 1997, 2000 MERCK & CO., Inc.
All rights reserved

Blumberg No. 5118

EXHIBIT
D.

in mice on the localization of radioactive [3H]alendronate in bone showed about 10-fold higher uptake on osteoclast surfaces than on osteoblast surfaces. Bones examined 6 and 49 days after [3H]alendronate administration in rats and mice, respectively, showed that normal bone was formed on top of the alendronate, which was incorporated inside the matrix. While incorporated in bone matrix, alendronate is not pharmacologically active. Thus, alendronate must be continuously administered to suppress osteoclasts on newly formed resorption surfaces. Histomorphometry in baboons and rats showed that alendronate treatment reduces bone turnover (i.e., the number of sites at which bone is remodeled). In addition, bone formation exceeds bone resorption at these remodeling sites, leading to progressive gains in bone mass.

## Pharmacokinetics

### Absorption

Relative to an intravenous (IV) reference dose, the mean oral bioavailability of alendronate in women was 0.64% for doses ranging from 5 to 70 mg when administered after an overnight fast and two hours before a standardized breakfast. Oral bioavailability of the 10 mg tablet in men (0.59%) was similar to that in women when administered after an overnight fast and 2 hours before breakfast.

FOSAMAX 70 mg oral solution and FOSAMAX 70 mg tablet are equally bioavailable.

A study examining the effect of timing of a meal on the bioavailability of alendronate was performed in 49 postmenopausal women. Bioavailability was decreased (by approximately 40%) when 10 mg alendronate was administered either 0.5 or 1 hour before a standardized breakfast, when compared to dosing 2 hours before eating. In studies of treatment and prevention of osteoporosis, alendronate was effective when administered at least 30 minutes before breakfast.

Bioavailability was negligible whether alendronate was administered with or up to two hours after a standardized breakfast. Concomitant administration of alendronate with coffee or orange juice reduced bioavailability by approximately 60%.

### Distribution

Preclinical studies (in male rats) show that alendronate transiently distributes to soft tissues following 1 mg/kg IV administration but is then rapidly redistributed to bone or excreted in the urine. The mean steady-state volume of distribution, exclusive of bone, is at least 28 L in humans. Concentrations of drug in plasma following therapeutic oral doses are too low (less than 5 ng/mL) for analytical detection. Protein binding in human plasma is approximately 78%.

### Metabolism

There is no evidence that alendronate is metabolized in animals or humans.

### Excretion

Following a single IV dose of [14C]alendronate, approximately 50% of the radioactivity was excreted in the urine within 72 hours and little or no radioactivity was recovered in the feces. Following a single 10 mg IV dose, the renal clearance of alendronate was 71 mL/min (64, 78; 90% confidence interval [CI]), and systemic clearance did not exceed 200 mL/min. Plasma concentrations fell by more than 95% within 6 hours following IV administration. The terminal half-life in humans is estimated to exceed 10 years, probably reflecting release of alendronate from the skeleton. Based on the above, it is estimated that after 10 years of oral treatment with FOSAMAX (10 mg daily) the amount of alendronate released daily from the skeleton is approximately 25% of that absorbed from the gastrointestinal tract.

### Special Populations

*Pediatric:* The oral bioavailability in children was similar to that observed in adults; however, FOSAMAX is not indicated for use in children (see PRECAUTIONS, *Pediatric Use*).

*Gender:* Bioavailability and the fraction of an IV dose excreted in urine were similar in men and women.

*Geriatric:* Bioavailability and disposition (urinary excretion) were similar in elderly and younger patients. No dosage adjustment is necessary (see DOSAGE AND ADMINISTRATION).

*Race:* Pharmacokinetic differences due to race have not been studied.

*Renal Insufficiency:* Preclinical studies show that, in rats with kidney failure, increasing amounts of drug are present in plasma, kidney, spleen, and tibia. In healthy controls, drug that is not deposited in bone is rapidly excreted in the urine. No evidence of saturation of bone uptake was found after 3 weeks dosing with cumulative IV doses of 35 mg/kg in young male rats. Although no clinical information is available, it is likely that, as in animals, elimination of alendronate via the kidney will be reduced in

FOSAMAX®                                                                9635604
(alendronate sodium) Tablets and Oral Solution                         9636804

patients with impaired renal function. Therefore, somewhat greater accumulation of alendronate in bone might be expected in patients with impaired renal function.

No dosage adjustment is necessary for patients with mild-to-moderate renal insufficiency (creatinine clearance 35 to 60 mL/min). **FOSAMAX is not recommended for patients with more severe renal insufficiency (creatinine clearance <35 mL/min) due to lack of experience with alendronate in renal failure.**

*Hepatic Insufficiency:* As there is evidence that alendronate is not metabolized or excreted in the bile, no studies were conducted in patients with hepatic insufficiency. No dosage adjustment is necessary.
Drug Interactions (also see PRECAUTIONS, *Drug Interactions*)

Intravenous ranitidine was shown to double the bioavailability of oral alendronate. The clinical significance of this increased bioavailability and whether similar increases will occur in patients given oral $H_2$-antagonists is unknown.

In healthy subjects, oral prednisone (20 mg three times daily for five days) did not produce a clinically meaningful change in the oral bioavailability of alendronate (a mean increase ranging from 20 to 44%).

Products containing calcium and other multivalent cations are likely to interfere with absorption of alendronate.
Pharmacodynamics

Alendronate is a bisphosphonate that binds to bone hydroxyapatite and specifically inhibits the activity of osteoclasts, the bone-resorbing cells. Alendronate reduces bone resorption with no direct effect on bone formation, although the latter process is ultimately reduced because bone resorption and formation are coupled during bone turnover.
*Osteoporosis in postmenopausal women*

Osteoporosis is characterized by low bone mass that leads to an increased risk of fracture. The diagnosis can be confirmed by the finding of low bone mass, evidence of fracture on x-ray, a history of osteoporotic fracture, or height loss or kyphosis, indicative of vertebral (spinal) fracture. Osteoporosis occurs in both males and females but is most common among women following the menopause, when bone turnover increases and the rate of bone resorption exceeds that of bone formation. These changes result in progressive bone loss and lead to osteoporosis in a significant proportion of women over age 50. Fractures, usually of the spine, hip, and wrist, are the common consequences. From age 50 to age 90, the risk of hip fracture in white women increases 50-fold and the risk of vertebral fracture 15- to 30-fold. It is estimated that approximately 40% of 50-year-old women will sustain one or more osteoporosis-related fractures of the spine, hip, or wrist during their remaining lifetimes. Hip fractures, in particular, are associated with substantial morbidity, disability, and mortality.

Daily oral doses of alendronate (5, 20, and 40 mg for six weeks) in postmenopausal women produced biochemical changes indicative of dose-dependent inhibition of bone resorption, including decreases in urinary calcium and urinary markers of bone collagen degradation (such as deoxypyridinoline and cross-linked N-telopeptides of type I collagen). These biochemical changes tended to return toward baseline values as early as 3 weeks following the discontinuation of therapy with alendronate and did not differ from placebo after 7 months.

Long-term treatment of osteoporosis with FOSAMAX 10 mg/day (for up to five years) reduced urinary excretion of markers of bone resorption, deoxypyridinoline and cross-linked N-telopeptides of type I collagen, by approximately 50% and 70%, respectively, to reach levels similar to those seen in healthy premenopausal women. Similar decreases were seen in patients in osteoporosis prevention studies who received FOSAMAX 5 mg/day. The decrease in the rate of bone resorption indicated by these markers was evident as early as one month and at three to six months reached a plateau that was maintained for the entire duration of treatment with FOSAMAX. In osteoporosis treatment studies FOSAMAX 10 mg/day decreased the markers of bone formation, osteocalcin and bone specific alkaline phosphatase by approximately 50%, and total serum alkaline phosphatase by approximately 25 to 30% to reach a plateau after 6 to 12 months. In osteoporosis prevention studies FOSAMAX 5 mg/day decreased osteocalcin and total serum alkaline phosphatase by approximately 40% and 15%, respectively. Similar reductions in the rate of bone turnover were observed in postmenopausal women during one-year studies with once weekly FOSAMAX 70 mg for the treatment of osteoporosis and once weekly FOSAMAX 35 mg for the prevention of osteoporosis. These data indicate that the rate of bone turnover reached a new steady-state, despite the progressive increase in the total amount of alendronate deposited within bone.

3

FOSAMAX®                                                                            9635604
(alendronate sodium) Tablets and Oral Solution                                     9636804

As a result of inhibition of bone resorption, asymptomatic reductions in serum calcium and phosphate concentrations were also observed following treatment with FOSAMAX. In the long-term studies, reductions from baseline in serum calcium (approximately 2%) and phosphate (approximately 4 to 6%) were evident the first month after the initiation of FOSAMAX 10 mg. No further decreases in serum calcium were observed for the five-year duration of treatment; however, serum phosphate returned toward prestudy levels during years three through five. Similar reductions were observed with FOSAMAX 5 mg/day. In one-year studies with once weekly FOSAMAX 35 and 70 mg, similar reductions were observed at 6 and 12 months. The reduction in serum phosphate may reflect not only the positive bone mineral balance due to FOSAMAX but also a decrease in renal phosphate reabsorption.

*Osteoporosis in men*

Treatment of men with osteoporosis with FOSAMAX 10 mg/day for two years reduced urinary excretion of cross-linked N-telopeptides of type I collagen by approximately 60% and bone-specific alkaline phosphatase by approximately 40%. Similar reductions were observed in a one-year study in men with osteoporosis receiving once weekly FOSAMAX 70 mg.

*Glucocorticoid-induced Osteoporosis*

Sustained use of glucocorticoids is commonly associated with development of osteoporosis and resulting fractures (especially vertebral, hip, and rib). It occurs both in males and females of all ages. Osteoporosis occurs as a result of inhibited bone formation and increased bone resorption resulting in net bone loss. Alendronate decreases bone resorption without directly inhibiting bone formation.

In clinical studies of up to two years' duration, FOSAMAX 5 and 10 mg/day reduced cross-linked N-telopeptides of type I collagen (a marker of bone resorption) by approximately 60% and reduced bone-specific alkaline phosphatase and total serum alkaline phosphatase (markers of bone formation) by approximately 15 to 30% and 8 to 18%, respectively. As a result of inhibition of bone resorption, FOSAMAX 5 and 10 mg/day induced asymptomatic decreases in serum calcium (approximately 1 to 2%) and serum phosphate (approximately 1 to 8%).

*Paget's disease of bone*

Paget's disease of bone is a chronic, focal skeletal disorder characterized by greatly increased and disorderly bone remodeling. Excessive osteoclastic bone resorption is followed by osteoblastic new bone formation, leading to the replacement of the normal bone architecture by disorganized, enlarged, and weakened bone structure.

Clinical manifestations of Paget's disease range from no symptoms to severe morbidity due to bone pain, bone deformity, pathological fractures, and neurological and other complications. Serum alkaline phosphatase, the most frequently used biochemical index of disease activity, provides an objective measure of disease severity and response to therapy.

FOSAMAX decreases the rate of bone resorption directly, which leads to an indirect decrease in bone formation. In clinical trials, FOSAMAX 40 mg once daily for six months produced significant decreases in serum alkaline phosphatase as well as in urinary markers of bone collagen degradation. As a result of the inhibition of bone resorption, FOSAMAX induced generally mild, transient, and asymptomatic decreases in serum calcium and phosphate.

*Clinical Studies*
*Treatment of osteoporosis*
*Postmenopausal women*
*Effect on bone mineral density*

The efficacy of FOSAMAX 10 mg once daily in postmenopausal women, 44 to 84 years of age, with osteoporosis (lumbar spine bone mineral density [BMD] of at least 2 standard deviations below the premenopausal mean) was demonstrated in four double-blind, placebo-controlled clinical studies of two or three years' duration. These included two three-year, multicenter studies of virtually identical design, one performed in the United States (U.S.) and the other in 15 different countries (Multinational), which enrolled 478 and 516 patients, respectively. The following graph shows the mean increases in BMD of the lumbar spine, femoral neck, and trochanter in patients receiving FOSAMAX 10 mg/day relative to placebo-treated patients at three years for each of these studies.

FOSAMAX®                                                                          9635604
(alendronate sodium) Tablets and Oral Solution                                    9636804

Osteoporosis Treatment Studies in Postmenopausal Women
Increase in BMD
FOSAMAX 10 mg/day at Three Years



At three years significant increases in BMD, relative both to baseline and placebo, were seen at each measurement site in each study in patients who received FOSAMAX 10 mg/day. Total body BMD also increased significantly in each study, suggesting that the increases in bone mass of the spine and hip did not occur at the expense of other skeletal sites. Increases in BMD were evident as early as three months and continued throughout the three years of treatment. (See figures below for lumbar spine results.) In the two-year extension of these studies, treatment of 147 patients with FOSAMAX 10 mg/day resulted in continued increases in BMD at the lumbar spine and trochanter (absolute additional increases between years 3 and 5: lumbar spine, 0.94%; trochanter, 0.88%). BMD at the femoral neck, forearm and total body were maintained. FOSAMAX was similarly effective regardless of age, race, baseline rate of bone turnover, and baseline BMD in the range studied (at least 2 standard deviations below the premenopausal mean). Thus, overall FOSAMAX reverses the loss of bone mineral density, a central factor in the progression of osteoporosis.

Osteoporosis Treatment Studies in Postmenopausal Women

Time Course of Effect of FOSAMAX 10 mg/day Versus Placebo:
Lumbar Spine BMD Percent Change From Baseline



In patients with postmenopausal osteoporosis treated with FOSAMAX 10 mg/day for one or two years, the effects of treatment withdrawal were assessed. Following discontinuation, there were no further increases in bone mass and the rates of bone loss were similar to those of the placebo groups. These data indicate that continued treatment with FOSAMAX is required to maintain the effect of the drug.

The therapeutic equivalence of once weekly FOSAMAX 70 mg (n=519) and FOSAMAX 10 mg daily (n=370) was demonstrated in a one-year, double-blind, multicenter study of postmenopausal women with osteoporosis. In the primary analysis of completers, the mean increases from baseline in lumbar spine BMD at one year were 5.1% (4.8, 5.4%; 95% CI) in the 70-mg once-weekly group (n=440) and 5.4% (5.0, 5.8%; 95% CI) in the 10-mg daily group (n=330). The two treatment groups were also similar with regard

5

FOSAMAX®                                                                    9635604
(alendronate sodium) Tablets and Oral Solution                             9636804

to BMD increases at other skeletal sites. The results of the intention-to-treat analysis were consistent with the primary analysis of completers.

*Effect on fracture incidence*

Data on the effects of FOSAMAX on fracture incidence are derived from three clinical studies: 1) U.S. and Multinational combined: a study of patients with a BMD T-score at or below minus 2.5 with or without a prior vertebral fracture, 2) Three-Year Study of the Fracture Intervention Trial (FIT): a study of patients with at least one baseline vertebral fracture, and 3) Four-Year Study of FIT: a study of patients with low bone mass but without a baseline vertebral fracture.

To assess the effects of FOSAMAX on the incidence of vertebral fractures (detected by digitized radiography; approximately one third of these were clinically symptomatic), the U.S. and Multinational studies were combined in an analysis that compared placebo to the pooled dosage groups of FOSAMAX (5 or 10 mg for three years or 20 mg for two years followed by 5 mg for one year). There was a statistically significant reduction in the proportion of patients treated with FOSAMAX experiencing one or more new vertebral fractures relative to those treated with placebo (3.2% vs. 6.2%; a 48% relative risk reduction). A reduction in the total number of new vertebral fractures (4.2 vs. 11.3 per 100 patients) was also observed. In the pooled analysis, patients who received FOSAMAX had a loss in stature that was statistically significantly less than was observed in those who received placebo (-3.0 mm vs. -4.6 mm).

The Fracture Intervention Trial (FIT) consisted of two studies in postmenopausal women: the Three-Year Study of patients who had at least one baseline radiographic vertebral fracture and the Four-Year Study of patients with low bone mass but without a baseline vertebral fracture. In both studies of FIT, 96% of randomized patients completed the studies (i.e., had a closeout visit at the scheduled end of the study); approximately 80% of patients were still taking study medication upon completion.

*Fracture Intervention Trial: Three-Year Study (patients with at least one baseline radiographic vertebral fracture)*

This randomized, double-blind, placebo-controlled, 2027-patient study (FOSAMAX, n=1022; placebo, n=1005) demonstrated that treatment with FOSAMAX resulted in statistically significant reductions in fracture incidence at three years as shown in the table below.

**Effect of FOSAMAX on Fracture Incidence in the Three-Year Study of FIT (patients with vertebral fracture at baseline)**

|  | Percent of Patients | | Absolute Reduction in Fracture Incidence | Relative Reduction in Fracture Risk % |
|---|---|---|---|---|
|  | FOSAMAX (n=1022) | Placebo (n=1005) |  |  |
| Patients with: | | | | |
| Vertebral fractures (diagnosed by X-ray)[†] | | | | |
| ≥ 1 new vertebral fracture | 7.9 | 15.0 | 7.1 | 47*** |
| ≥ 2 new vertebral fractures | 0.5 | 4.9 | 4.4 | 90*** |
| Clinical (symptomatic) fractures | | | | |
| Any clinical (symptomatic) fracture | 13.8 | 18.1 | 4.3 | 26‡ |
| ≥ 1 clinical (symptomatic) vertebral fracture | 2.3 | 5.0 | 2.7 | 54** |
| Hip fracture | 1.1 | 2.2 | 1.1 | 51* |
| Wrist (forearm) fracture | 2.2 | 4.1 | 1.9 | 48* |

[†]Number evaluable for vertebral fractures: FOSAMAX, n=984; placebo, n=966
*p<0.05, **p<0.01, ***p<0.001, ‡p=0.007

Furthermore, in this population of patients with baseline vertebral fracture, treatment with FOSAMAX significantly reduced the incidence of hospitalizations (25.0% vs. 30.7%).

In the Three-Year Study of FIT, fractures of the hip occurred in 22 (2.2%) of 1005 patients on placebo and 11 (1.1%) of 1022 patients on FOSAMAX, p=0.047. The figure below displays the cumulative incidence of hip fractures in this study.

Cumulative Incidence of Hip Fractures in the
Three-Year Study of FIT
(patients with radiographic vertebral fracture at baseline)

FOSAMAX®                                                                                          9635604
(alendronate sodium) Tablets and Oral Solution                                                   9636804



*Fracture Intervention Trial: Four-Year Study (patients with low bone mass but without a baseline radiographic vertebral fracture)*

This randomized, double-blind, placebo-controlled, 4432-patient study (FOSAMAX, n=2214; placebo, n=2218) further investigated the reduction in fracture incidence due to FOSAMAX. The intent of the study was to recruit women with osteoporosis, defined as a baseline femoral neck BMD at least two standard deviations below the mean for young adult women. However, due to subsequent revisions to the normative values for femoral neck BMD, 31% of patients were found not to meet this entry criterion and thus this study included both osteoporotic and non-osteoporotic women. The results are shown in the table below for the patients with osteoporosis.

Effect of FOSAMAX on Fracture Incidence in Osteoporotic[†] Patients in the Four-Year Study of FIT
(patients without vertebral fracture at baseline)

| | Percent of Patients | | | |
| --- | --- | --- | --- | --- |
| | FOSAMAX (n=1545) | Placebo (n=1521) | Absolute Reduction in Fracture Incidence | Relative Reduction in Fracture Risk (%) |
| Patients with: | | | | |
| Vertebral fractures (diagnosed by X-ray)[††] | | | | |
| ≥ 1 new vertebral fracture | 2.5 | 4.8 | 2.3 | 48*** |
| ≥ 2 new vertebral fractures | 0.1 | 0.6 | 0.5 | 78* |
| Clinical (symptomatic) fractures | | | | |
| Any clinical (symptomatic) fracture | 12.9 | 16.2 | 3.3 | 22** |
| ≥ 1 clinical (symptomatic) vertebral fracture | 1.0 | 1.6 | 0.6 | 41 (NS)[†††] |
| Hip fracture | 1.0 | 1.4 | 0.4 | 29 (NS)[†††] |
| Wrist (forearm) fracture | 3.9 | 3.8 | -0.1 | NS[†††] |

[†]Baseline femoral neck BMD at least 2 SD below the mean for young adult women
[††]Number evaluable for vertebral fractures: FOSAMAX, n=1426; placebo, n=1428
[†††]Not significant. This study was not powered to detect differences at these sites.
*p=0.035, ** p=0.01, ***p<0.001

*Fracture results across studies*

In the Three-Year Study of FIT, FOSAMAX reduced the percentage of women experiencing at least one new radiographic vertebral fracture from 15.0% to 7.9% (47% relative risk reduction, p<0.001); in the Four-Year Study of FIT, the percentage was reduced from 3.8% to 2.1% (44% relative risk reduction, p=0.001); and in the combined U.S./Multinational studies, from 6.2% to 3.2% (48% relative risk reduction, p=0.034).

FOSAMAX reduced the percentage of women experiencing multiple (two or more) new vertebral fractures from 4.2% to 0.6% (87% relative risk reduction, p<0.001) in the combined U.S./Multinational studies and from 4.9% to 0.5% (90% relative risk reduction, p<0.001) in the Three-Year Study of FIT. In the Four-Year Study of FIT, FOSAMAX reduced the percentage of osteoporotic women experiencing multiple vertebral fractures from 0.6% to 0.1% (78% relative risk reduction, p=0.035).

FOSAMAX®                                                                        9635604
(alendronate sodium) Tablets and Oral Solution                                 9636804

Thus, FOSAMAX reduced the incidence of radiographic vertebral fractures in osteoporotic women whether or not they had a previous radiographic vertebral fracture.

FOSAMAX, over a three- or four-year period, was associated with statistically significant reductions in loss of height vs. placebo in patients with and without baseline radiographic vertebral fractures. At the end of the FIT studies the between-treatment group differences were 3.2 mm in the Three-Year Study and 1.3 mm in the Four-Year Study.

*Bone histology*

Bone histology in 270 postmenopausal patients with osteoporosis treated with FOSAMAX at doses ranging from 1 to 20 mg/day for one, two, or three years revealed normal mineralization and structure, as well as the expected decrease in bone turnover relative to placebo. These data, together with the normal bone histology and increased bone strength observed in rats and baboons exposed to long-term alendronate treatment, support the conclusion that bone formed during therapy with FOSAMAX is of normal quality.

*Men*

The efficacy of FOSAMAX in men with hypogonadal or idiopathic osteoporosis was demonstrated in two clinical studies.

A two-year, double-blind, placebo-controlled, multicenter study of FOSAMAX 10 mg once daily enrolled a total of 241 men between the ages of 31 and 87 (mean, 63). All patients in the trial had either: 1) a BMD T-score $\leq$-2 at the femoral neck and $\leq$-1 at the lumbar spine, or 2) a baseline osteoporotic fracture and a BMD T-score $\leq$-1 at the femoral neck. At two years, the mean increases relative to placebo in BMD in men receiving FOSAMAX 10 mg/day were significant at the following sites: lumbar spine, 5.3%; femoral neck, 2.6%; trochanter, 3.1%; and total body, 1.6%. Treatment with FOSAMAX also reduced height loss (FOSAMAX, -0.6 mm vs. placebo, -2.4 mm).

A one-year, double-blind, placebo-controlled, multicenter study of once weekly FOSAMAX 70 mg enrolled a total of 167 men between the ages of 38 and 91 (mean, 66). Patients in the study had either: 1) a BMD T-score $\leq$-2 at the femoral neck and $\leq$-1 at the lumbar spine, 2) a BMD T-score $\leq$-2 at the lumbar spine and $\leq$-1 at the femoral neck, or 3) a baseline osteoporotic fracture and a BMD T-score $\leq$-1 at the femoral neck. At one year, the mean increases relative to placebo in BMD in men receiving FOSAMAX 70 mg once weekly were significant at the following sites: lumbar spine, 2.8%; femoral neck, 1.9%; trochanter, 2.0%; and total body, 1.2%. These increases in BMD were similar to those seen at one year in the 10 mg once-daily study.

In both studies, BMD responses were similar regardless of age ($\geq$65 years vs. <65 years), gonadal function (baseline testosterone <9 ng/dL vs. $\geq$9 ng/dL), or baseline BMD (femoral neck and lumbar spine T-score $\leq$-2.5 vs. >-2.5).

*Prevention of osteoporosis in postmenopausal women*

Prevention of bone loss was demonstrated in two double-blind, placebo-controlled studies of postmenopausal women 40-60 years of age. One thousand six hundred nine patients (FOSAMAX 5 mg/day; n=498) who were at least six months postmenopausal were entered into a two-year study without regard to their baseline BMD. In the other study, 447 patients (FOSAMAX 5 mg/day; n=88), who were between six months and three years postmenopause, were treated for up to three years. In the placebo-treated patients BMD losses of approximately 1% per year were seen at the spine, hip (femoral neck and trochanter) and total body. In contrast, FOSAMAX 5 mg/day prevented bone loss in the majority of patients and induced significant increases in mean bone mass at each of these sites (see figures below). In addition, FOSAMAX 5 mg/day reduced the rate of bone loss at the forearm by approximately half relative to placebo. FOSAMAX 5 mg/day was similarly effective in this population regardless of age, time since menopause, race and baseline rate of bone turnover.

FOSAMAX®                                                                                     9635604
(alendronate sodium) Tablets and Oral Solution                                              9636804

Osteoporosis Prevention Studies in Postmenopausal Women




The therapeutic equivalence of once weekly FOSAMAX 35 mg (n=362) and FOSAMAX 5 mg daily (n=361) was demonstrated in a one-year, double-blind, multicenter study of postmenopausal women without osteoporosis. In the primary analysis of completers, the mean increases from baseline in lumbar spine BMD at one year were 2.9% (2.6, 3.2%; 95% CI) in the 35-mg once-weekly group (n=307) and 3.2% (2.9, 3.5%; 95% CI) in the 5-mg daily group (n=298). The two treatment groups were also similar with regard to BMD increases at other skeletal sites. The results of the intention-to-treat analysis were consistent with the primary analysis of completers.

*Bone histology*

Bone histology was normal in the 28 patients biopsied at the end of three years who received FOSAMAX at doses of up to 10 mg/day.

*Concomitant use with estrogen/hormone replacement therapy (HRT)*

The effects on BMD of treatment with FOSAMAX 10 mg once daily and conjugated estrogen (0.625 mg/day) either alone or in combination were assessed in a two-year, double-blind, placebo-controlled study of hysterectomized postmenopausal osteoporotic women (n=425). At two years, the increases in lumbar spine BMD from baseline were significantly greater with the combination (8.3%) than with either estrogen or FOSAMAX alone (both 6.0%).

The effects on BMD when FOSAMAX was added to stable doses (for at least one year) of HRT (estrogen ± progestin) were assessed in a one-year, double-blind, placebo-controlled study in postmenopausal osteoporotic women (n=428). The addition of FOSAMAX 10 mg once daily to HRT produced, at one year, significantly greater increases in lumbar spine BMD (3.7%) vs. HRT alone (1.1%).

In these studies, significant increases or favorable trends in BMD for combined therapy compared with HRT alone were seen at the total hip, femoral neck, and trochanter. No significant effect was seen for total body BMD.

Histomorphometric studies of transiliac biopsies in 92 subjects showed normal bone architecture. Compared to placebo there was a 98% suppression of bone turnover (as assessed by mineralizing surface) after 18 months of combined treatment with FOSAMAX and HRT, 94% on FOSAMAX alone, and 78% on HRT alone. The long-term effects of combined FOSAMAX and HRT on fracture occurrence and fracture healing have not been studied.

*Glucocorticoid-induced osteoporosis*

The efficacy of FOSAMAX 5 and 10 mg once daily in men and women receiving glucocorticoids (at least 7.5 mg/day of prednisone or equivalent) was demonstrated in two, one-year, double-blind, randomized, placebo-controlled, multicenter studies of virtually identical design, one performed in the United States and the other in 15 different countries (Multinational [which also included FOSAMAX 2.5 mg/day]). These studies enrolled 232 and 328 patients, respectively, between the ages of 17 and 83 with a variety of glucocorticoid-requiring diseases. Patients received supplemental calcium and vitamin D. The following figure shows the mean increases relative to placebo in BMD of the lumbar spine, femoral neck, and trochanter in patients receiving FOSAMAX 5 mg/day for each study.

9

FOSAMAX®                                                                 9635604
(alendronate sodium) Tablets and Oral Solution                          9636804



**Studies in Glucocorticoid - Treated Patients**
**Increase in BMD**
**FOSAMAX 5 mg/day at One Year**

After one year, significant increases relative to placebo in BMD were seen in the combined studies at each of these sites in patients who received FOSAMAX 5 mg/day. In the placebo-treated patients, a significant decrease in BMD occurred at the femoral neck (-1.2%), and smaller decreases were seen at the lumbar spine and trochanter. Total body BMD was maintained with FOSAMAX 5 mg/day. The increases in BMD with FOSAMAX 10 mg/day were similar to those with FOSAMAX 5 mg/day in all patients except for postmenopausal women not receiving estrogen therapy. In these women, the increases (relative to placebo) with FOSAMAX 10 mg/day were greater than those with FOSAMAX 5 mg/day at the lumbar spine (4.1% vs. 1.6%) and trochanter (2.8% vs. 1.7%), but not at other sites. FOSAMAX was effective regardless of dose or duration of glucocorticoid use. In addition, FOSAMAX was similarly effective regardless of age (<65 vs. ≥65 years), race (Caucasian vs. other races), gender, underlying disease, baseline BMD, baseline bone turnover, and use with a variety of common medications.

Bone histology was normal in the 49 patients biopsied at the end of one year who received FOSAMAX at doses of up to 10 mg/day.

Of the original 560 patients in these studies, 208 patients who remained on at least 7.5 mg/day of prednisone or equivalent continued into a one-year double-blind extension. After two years of treatment, spine BMD increased by 3.7% and 5.0% relative to placebo with FOSAMAX 5 and 10 mg/day, respectively. Significant increases in BMD (relative to placebo) were also observed at the femoral neck, trochanter, and total body.

After one year, 2.3% of patients treated with FOSAMAX 5 or 10 mg/day vs. 3.7% of those treated with placebo experienced a new vertebral fracture (not significant). However, in the population studied for two years, treatment with FOSAMAX (pooled dosage groups: 5 or 10 mg for two years or 2.5 mg for one year followed by 10 mg for one year) significantly reduced the incidence of patients with a new vertebral fracture (FOSAMAX 0.7% vs. placebo 6.8%).

*Paget's disease of bone*

The efficacy of FOSAMAX 40 mg once daily for six months was demonstrated in two double-blind clinical studies of male and female patients with moderate to severe Paget's disease (alkaline phosphatase at least twice the upper limit of normal): a placebo-controlled, multinational study and a U.S. comparative study with etidronate disodium 400 mg/day. The following figure shows the mean percent changes from baseline in serum alkaline phosphatase for up to six months of randomized treatment.

FOSAMAX®                                                                     9635604
(alendronate sodium) Tablets and Oral Solution                              9636804

Studies in Paget's Disease of Bone
Effect on Serum Alkaline Phosphatase of FOSAMAX 40 mg/day
Versus Placebo or Etidronate 400 mg/day



At six months the suppression in alkaline phosphatase in patients treated with FOSAMAX was significantly greater than that achieved with etidronate and contrasted with the complete lack of response in placebo-treated patients. Response (defined as either normalization of serum alkaline phosphatase or decrease from baseline $\geq 60\%$) occurred in approximately 85% of patients treated with FOSAMAX in the combined studies vs. 30% in the etidronate group and 0% in the placebo group. FOSAMAX was similarly effective regardless of age, gender, race, prior use of other bisphosphonates, or baseline alkaline phosphatase within the range studied (at least twice the upper limit of normal).

Bone histology was evaluated in 33 patients with Paget's disease treated with FOSAMAX 40 mg/day for 6 months. As in patients treated for osteoporosis (see *Clinical Studies, Treatment of osteoporosis in postmenopausal women, Bone histology*), FOSAMAX did not impair mineralization, and the expected decrease in the rate of bone turnover was observed. Normal lamellar bone was produced during treatment with FOSAMAX, even where preexisting bone was woven and disorganized. Overall, bone histology data support the conclusion that bone formed during treatment with FOSAMAX is of normal quality.

**ANIMAL PHARMACOLOGY**

The relative inhibitory activities on bone resorption and mineralization of alendronate and etidronate were compared in the Schenk assay, which is based on histological examination of the epiphyses of growing rats. In this assay, the lowest dose of alendronate that interfered with bone mineralization (leading to osteomalacia) was 6000-fold the antiresorptive dose. The corresponding ratio for etidronate was one to one. These data suggest that alendronate administered in therapeutic doses is highly unlikely to induce osteomalacia.

**INDICATIONS AND USAGE**

FOSAMAX is indicated for:
- Treatment and prevention of osteoporosis in postmenopausal women

  - For the treatment of osteoporosis, FOSAMAX increases bone mass and reduces the incidence of fractures, including those of the hip and spine (vertebral compression fractures). Osteoporosis may be confirmed by the finding of low bone mass (for example, at least 2 standard deviations below the premenopausal mean) or by the presence or history of osteoporotic fracture. (See CLINICAL PHARMACOLOGY, *Pharmacodynamics.*)

  - For the prevention of osteoporosis, FOSAMAX may be considered in postmenopausal women who are at risk of developing osteoporosis and for whom the desired clinical outcome is to maintain bone mass and to reduce the risk of future fracture.

FOSAMAX®                                                                          9635604
(alendronate sodium) Tablets and Oral Solution                                    9636804

Bone loss is particularly rapid in postmenopausal women younger than age 60. Risk factors often associated with the development of postmenopausal osteoporosis include early menopause; moderately low bone mass (for example, at least 1 standard deviation below the mean for healthy young adult women); thin body build; Caucasian or Asian race; and family history of osteoporosis. The presence of such risk factors may be important when considering the use of FOSAMAX for prevention of osteoporosis.

- Treatment to increase bone mass in men with osteoporosis

- Treatment of glucocorticoid-induced osteoporosis in men and women receiving glucocorticoids in a daily dosage equivalent to 7.5 mg or greater of prednisone and who have low bone mineral density (see PRECAUTIONS, *Glucocorticoid-induced osteoporosis*). Patients treated with glucocorticoids should receive adequate amounts of calcium and vitamin D.

- Treatment of Paget's disease of bone in men and women

  - Treatment is indicated in patients with Paget's disease of bone having alkaline phosphatase at least two times the upper limit of normal, or those who are symptomatic, or those at risk for future complications from their disease.

## CONTRAINDICATIONS

- Abnormalities of the esophagus which delay esophageal emptying such as stricture or achalasia
- Inability to stand or sit upright for at least 30 minutes
- Patients at increased risk of aspiration should not receive FOSAMAX oral solution.
- Hypersensitivity to any component of this product
- Hypocalcemia (see PRECAUTIONS, *General*)

## WARNINGS

FOSAMAX, like other bisphosphonates, may cause local irritation of the upper gastrointestinal mucosa.

Esophageal adverse experiences, such as esophagitis, esophageal ulcers and esophageal erosions, occasionally with bleeding and rarely followed by esophageal stricture or perforation, have been reported in patients receiving treatment with FOSAMAX. In some cases these have been severe and required hospitalization. Physicians should therefore be alert to any signs or symptoms signaling a possible esophageal reaction and patients should be instructed to discontinue FOSAMAX and seek medical attention if they develop dysphagia, odynophagia, retrosternal pain or new or worsening heartburn.

The risk of severe esophageal adverse experiences appears to be greater in patients who lie down after taking FOSAMAX and/or who fail to swallow it with the recommended amount of water, and/or who continue to take FOSAMAX after developing symptoms suggestive of esophageal irritation. Therefore, it is very important that the full dosing instructions are provided to, and understood by, the patient (see DOSAGE AND ADMINISTRATION). In patients who cannot comply with dosing instructions due to mental disability, therapy with FOSAMAX should be used under appropriate supervision.

Because of possible irritant effects of FOSAMAX on the upper gastrointestinal mucosa and a potential for worsening of the underlying disease, caution should be used when FOSAMAX is given to patients with active upper gastrointestinal problems (such as dysphagia, esophageal diseases, gastritis, duodenitis, or ulcers).

There have been post-marketing reports of gastric and duodenal ulcers, some severe and with complications, although no increased risk was observed in controlled clinical trials.

## PRECAUTIONS

*General*

Causes of osteoporosis other than estrogen deficiency, aging, and glucocorticoid use should be considered.

FOSAMAX®                                                                    9635604
(alendronate sodium) Tablets and Oral Solution                             9636804

Hypocalcemia must be corrected before initiating therapy with FOSAMAX (see CONTRAINDICATIONS). Other disorders affecting mineral metabolism (such as vitamin D deficiency) should also be effectively treated. In patients with these conditions, serum calcium and symptoms of hypocalcemia should be monitored during therapy with FOSAMAX.

Presumably due to the effects of FOSAMAX on increasing bone mineral, small, asymptomatic decreases in serum calcium and phosphate may occur, especially in patients with Paget's disease, in whom the pretreatment rate of bone turnover may be greatly elevated and in patients receiving glucocorticoids, in whom calcium absorption may be decreased.

Ensuring adequate calcium and vitamin D intake is especially important in patients with Paget's disease of bone and in patients receiving glucocorticoids.

*Musculoskeletal Pain*

In post marketing experience, severe and occasionally incapacitating bone, joint, and/or muscle pain has been reported in patients taking bisphosphonates that are approved for the prevention and treatment of osteoporosis (see ADVERSE REACTIONS). However, such reports have been infrequent. This category of drugs includes FOSAMAX (alendronate). Most of the patients were postmenopausal women. The time to onset of symptoms varied from one day to several months after starting the drug. Most patients had relief of symptoms after stopping. A subset had recurrence of symptoms when rechallenged with the same drug or another bisphosphonate.

In placebo-controlled clinical studies of FOSAMAX, the percentages of patients with these symptoms were similar in the FOSAMAX and placebo groups.

*Dental*

Osteonecrosis of the jaw, generally associated with tooth extraction and/or local infection, often with delayed healing, has been reported in patients taking bisphosphonates. Most reported cases of bisphosphonate-associated osteonecrosis have been in cancer patients treated with intravenous bisphosphonates, but some have occurred in patients with postmenopausal osteoporosis. Known risk factors for osteonecrosis include a diagnosis of cancer, concomitant therapies (e.g., chemotherapy, radiotherapy, corticosteroids), poor oral hygiene, and co-morbid disorders (e.g., pre-existing dental disease, anemia, coagulopathy, infection).

Patients who develop osteonecrosis of the jaw (ONJ) while on bisphosphonate therapy should receive care by an oral surgeon. Dental surgery may exacerbate the condition. For patients requiring dental procedures, there are no data available to suggest whether discontinuation of bisphosphonate treatment reduces the risk for ONJ. Clinical judgment of the treating physician should guide the management plan of each patient based on individual benefit/risk assessment.

*Renal insufficiency*

FOSAMAX is not recommended for patients with renal insufficiency (creatinine clearance <35 mL/min). (See DOSAGE AND ADMINISTRATION.)

*Glucocorticoid-induced osteoporosis*

The risk versus benefit of FOSAMAX for treatment at daily dosages of glucocorticoids less than 7.5 mg of prednisone or equivalent has not been established (see INDICATIONS AND USAGE). Before initiating treatment, the hormonal status of both men and women should be ascertained and appropriate replacement considered.

A bone mineral density measurement should be made at the initiation of therapy and repeated after 6 to 12 months of combined FOSAMAX and glucocorticoid treatment.

The efficacy of FOSAMAX for the treatment of glucocorticoid-induced osteoporosis has been shown in patients with a median bone mineral density which was 1.2 standard deviations below the mean for healthy young adults.

The efficacy of FOSAMAX has been established in studies of two years' duration. The greatest increase in bone mineral density occurred in the first year with maintenance or smaller gains during the second year. Efficacy of FOSAMAX beyond two years has not been studied.

The efficacy of FOSAMAX in respect to fracture prevention has been demonstrated for vertebral fractures. However, this finding was based on very few fractures that occurred primarily in postmenopausal women. The efficacy for prevention of non-vertebral fractures has not been demonstrated.

FOSAMAX®                                                                                          9635604
(alendronate sodium) Tablets and Oral Solution                                                   9636804

*Information for Patients*
*General*

Physicians should instruct their patients to read the patient package insert before starting therapy with FOSAMAX and to reread it each time the prescription is renewed.

Patients should be instructed to take supplemental calcium and vitamin D, if daily dietary intake is inadequate. Weight-bearing exercise should be considered along with the modification of certain behavioral factors, such as cigarette smoking and/or excessive alcohol consumption, if these factors exist.

*Dosing Instructions*

Patients should be instructed that the expected benefits of FOSAMAX may only be obtained when it is taken with plain water the first thing upon arising for the day at least 30 minutes before the first food, beverage, or medication of the day. Even dosing with orange juice or coffee has been shown to markedly reduce the absorption of FOSAMAX (see CLINICAL PHARMACOLOGY, *Pharmacokinetics, Absorption*).

To facilitate delivery to the stomach and thus reduce the potential for esophageal irritation patients should be instructed to swallow each tablet of FOSAMAX with a full glass of water (6-8 oz). To facilitate gastric emptying patients should drink at least 2 oz (a quarter of a cup) of water after taking FOSAMAX oral solution. Patients should be instructed not to lie down for at least 30 minutes <u>and</u> until after their first food of the day. Patients should not chew or suck on the tablet because of a potential for oropharyngeal ulceration. Patients should be specifically instructed not to take FOSAMAX at bedtime or before arising for the day. Patients should be informed that failure to follow these instructions may increase their risk of esophageal problems. Patients should be instructed that if they develop symptoms of esophageal disease (such as difficulty or pain upon swallowing, retrosternal pain or new or worsening heartburn) they should stop taking FOSAMAX and consult their physician.

Patients should be instructed that if they miss a dose of once weekly FOSAMAX, they should take one dose on the morning after they remember. They should not take two doses on the same day but should return to taking one dose once a week, as originally scheduled on their chosen day.

*Drug Interactions* (also see CLINICAL PHARMACOLOGY, *Pharmacokinetics, Drug Interactions*)
*Estrogen/hormone replacement therapy (HRT)*

Concomitant use of HRT (estrogen ± progestin) and FOSAMAX was assessed in two clinical studies of one or two years' duration in postmenopausal osteoporotic women. In these studies, the safety and tolerability profile of the combination was consistent with those of the individual treatments; however, the degree of suppression of bone turnover (as assessed by mineralizing surface) was significantly greater with the combination than with either component alone. The long-term effects of combined FOSAMAX and HRT on fracture occurrence have not been studied (see CLINICAL PHARMACOLOGY, *Clinical Studies, Concomitant use with estrogen/hormone replacement therapy (HRT)* and ADVERSE REACTIONS, *Clinical Studies, Concomitant use with estrogen/hormone replacement therapy*).

*Calcium Supplements/Antacids*

It is likely that calcium supplements, antacids, and some oral medications will interfere with absorption of FOSAMAX. Therefore, patients must wait at least one-half hour after taking FOSAMAX before taking any other oral medications.

*Aspirin*

In clinical studies, the incidence of upper gastrointestinal adverse events was increased in patients receiving concomitant therapy with daily doses of FOSAMAX greater than 10 mg and aspirin-containing products.

*Nonsteroidal Anti-inflammatory Drugs (NSAIDs)*

FOSAMAX may be administered to patients taking NSAIDs. In a 3-year, controlled, clinical study (n=2027) during which a majority of patients received concomitant NSAIDs, the incidence of upper gastrointestinal adverse events was similar in patients taking FOSAMAX 5 or 10 mg/day compared to those taking placebo. However, since NSAID use is associated with gastrointestinal irritation, caution should be used during concomitant use with FOSAMAX.

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

Harderian gland (a retro-orbital gland not present in humans) adenomas were increased in high-dose female mice (p=0.003) in a 92-week oral carcinogenicity study at doses of alendronate of 1, 3, and 10 mg/kg/day (males) or 1, 2, and 5 mg/kg/day (females). These doses are equivalent to 0.12

14

FOSAMAX®                                                                    9635604
(alendronate sodium) Tablets and Oral Solution                             9636804

to 1.2 times a maximum recommended daily dose of 40 mg (Paget's disease) based on surface area, mg/m². The relevance of this finding to humans is unknown.

Parafollicular cell (thyroid) adenomas were increased in high-dose male rats (p=0.003) in a 2-year oral carcinogenicity study at doses of 1 and 3.75 mg/kg body weight. These doses are equivalent to 0.26 and 1 times a 40 mg human daily dose based on surface area, mg/m². The relevance of this finding to humans is unknown.

Alendronate was not genotoxic in the *in vitro* microbial mutagenesis assay with and without metabolic activation, in an *in vitro* mammalian cell mutagenesis assay, in an *in vitro* alkaline elution assay in rat hepatocytes, and in an *in vivo* chromosomal aberration assay in mice. In an *in vitro* chromosomal aberration assay in Chinese hamster ovary cells, however, alendronate gave equivocal results.

Alendronate had no effect on fertility (male or female) in rats at oral doses up to 5 mg/kg/day (1.3 times a 40 mg human daily dose based on surface area, mg/m²).

*Pregnancy*
*Pregnancy Category C:*

Reproduction studies in rats showed decreased postimplantation survival at 2 mg/kg/day and decreased body weight gain in normal pups at 1 mg/kg/day. Sites of incomplete fetal ossification were statistically significantly increased in rats beginning at 10 mg/kg/day in vertebral (cervical, thoracic, and lumbar), skull, and sternebral bones. The above doses ranged from 0.26 times (1 mg/kg) to 2.6 times (10 mg/kg) a maximum recommended daily dose of 40 mg (Paget's disease) based on surface area, mg/m². No similar fetal effects were seen when pregnant rabbits were treated at doses up to 35 mg/kg/day (10.3 times a 40 mg human daily dose based on surface area, mg/m²).

Both total and ionized calcium decreased in pregnant rats at 15 mg/kg/day (3.9 times a 40 mg human daily dose based on surface area, mg/m²) resulting in delays and failures of delivery. Protracted parturition due to maternal hypocalcemia occurred in rats at doses as low as 0.5 mg/kg/day (0.13 times a 40 mg human daily dose based on surface area, mg/m²) when rats were treated from before mating through gestation. Maternotoxicity (late pregnancy deaths) occurred in the female rats treated with 15 mg/kg/day for varying periods of time ranging from treatment only during pre-mating to treatment only during early, middle, or late gestation; these deaths were lessened but not eliminated by cessation of treatment. Calcium supplementation either in the drinking water or by minipump could not ameliorate the hypocalcemia or prevent maternal and neonatal deaths due to delays in delivery; calcium supplementation IV prevented maternal, but not fetal deaths.

Bisphosphonates are incorporated into the bone matrix, from which they are gradually released over a period of years. The amount of bisphosphonate incorporated into adult bone, and hence, the amount available for release back into the systemic circulation, is directly related to the dose and duration of bisphosphonate use. There are no data on fetal risk in humans. However, there is a theoretical risk of fetal harm, predominantly skeletal, if a woman becomes pregnant after completing a course of bisphosphonate therapy. The impact of variables such as time between cessation of bisphosphonate therapy to conception, the particular bisphosphonate used, and the route of administration (intravenous versus oral) on the risk has not been studied.

There are no studies in pregnant women. FOSAMAX should be used during pregnancy only if the potential benefit justifies the potential risk to the mother and fetus.

*Nursing Mothers*

It is not known whether alendronate is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when FOSAMAX is administered to nursing women.

*Pediatric Use*

The efficacy and safety of FOSAMAX were examined in a randomized, double-blind, placebo-controlled two-year study of 139 pediatric patients, aged 4-18 years, with severe osteogenesis imperfecta. One-hundred-and-nine patients were randomized to 5 mg FOSAMAX daily (weight <40 kg) or 10 mg FOSAMAX daily (weight ≥40 kg) and 30 patients to placebo. The mean baseline lumbar spine BMD Z-score of the patients was -4.5. The mean change in lumbar spine BMD Z-score from baseline to Month 24 was 1.3 in the FOSAMAX-treated patients and 0.1 in the placebo-treated patients. Treatment with FOSAMAX did not reduce the risk of fracture. Sixteen percent of the FOSAMAX patients who sustained a radiologically-confirmed fracture by Month 12 of the study had delayed fracture healing (callus remodeling) or fracture non-union when assessed radiographically at Month 24 compared with 9% of the placebo-treated patients. In FOSAMAX-treated patients, bone histomorphometry data obtained at

FOSAMAX®                                                                          9635604
(alendronate sodium) Tablets and Oral Solution                                   9636804

Month 24 demonstrated decreased bone turnover and delayed mineralization time; however, there were no mineralization defects. There were no statistically significant differences between the FOSAMAX and placebo groups in reduction of bone pain.

FOSAMAX is not indicated for use in children.

(For clinical adverse experiences in children, see ADVERSE REACTIONS, *Clinical Studies, Osteogenesis Imperfecta.*)

*Geriatric Use*

Of the patients receiving FOSAMAX in the Fracture Intervention Trial (FIT), 71% (n=2302) were ≥65 years of age and 17% (n=550) were ≥75 years of age. Of the patients receiving FOSAMAX in the United States and Multinational osteoporosis treatment studies in women, osteoporosis studies in men, glucocorticoid-induced osteoporosis studies, and Paget's disease studies (see CLINICAL PHARMACOLOGY, *Clinical Studies*), 45%, 54%, 37%, and 70%, respectively, were 65 years of age or over. No overall differences in efficacy or safety were observed between these patients and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

## ADVERSE REACTIONS

*Clinical Studies*

In clinical studies of up to five years in duration adverse experiences associated with FOSAMAX usually were mild, and generally did not require discontinuation of therapy.

FOSAMAX has been evaluated for safety in approximately 8000 postmenopausal women in clinical studies.

*Treatment of osteoporosis*

*Postmenopausal women*

In two identically designed, three-year, placebo-controlled, double-blind, multicenter studies (United States and Multinational; n=994), discontinuation of therapy due to any clinical adverse experience occurred in 4.1% of 196 patients treated with FOSAMAX 10 mg/day and 6.0% of 397 patients treated with placebo. In the Fracture Intervention Trial (n=6459), discontinuation of therapy due to any clinical adverse experience occurred in 9.1% of 3236 patients treated with FOSAMAX 5 mg/day for 2 years and 10 mg/day for either one or two additional years and 10.1% of 3223 patients treated with placebo. Discontinuations due to upper gastrointestinal adverse experiences were: FOSAMAX, 3.2%; placebo, 2.7%. In these study populations, 49-54% had a history of gastrointestinal disorders at baseline and 54-89% used nonsteroidal anti-inflammatory drugs or aspirin at some time during the studies. Adverse experiences from these studies considered by the investigators as possibly, probably, or definitely drug related in ≥1% of patients treated with either FOSAMAX or placebo are presented in the following table.

FOSAMAX®                                                                    9635604
(alendronate sodium) Tablets and Oral Solution                             9636804

<table>
<tr><td colspan="5">Osteoporosis Treatment Studies in Postmenopausal Women<br>Adverse Experiences Considered Possibly, Probably, or Definitely Drug Related by the Investigators and<br>Reported in ≥1% of Patients</td></tr>
<tr><td></td><td colspan="2">United States/Multinational Studies</td><td colspan="2">Fracture Intervention Trial</td></tr>
<tr><td></td><td>FOSAMAX*<br>%<br>(n=196)</td><td>Placebo<br>%<br>(n=397)</td><td>FOSAMAX**<br>%<br>(n=3236)</td><td>Placebo<br>%<br>(n=3223)</td></tr>
<tr><td><i>Gastrointestinal</i></td><td></td><td></td><td></td><td></td></tr>
<tr><td>abdominal pain</td><td>6.6</td><td>4.8</td><td>1.5</td><td>1.5</td></tr>
<tr><td>nausea</td><td>3.6</td><td>4.0</td><td>1.1</td><td>1.5</td></tr>
<tr><td>dyspepsia</td><td>3.6</td><td>3.5</td><td>1.1</td><td>1.2</td></tr>
<tr><td>constipation</td><td>3.1</td><td>1.8</td><td>0.0</td><td>0.2</td></tr>
<tr><td>diarrhea</td><td>3.1</td><td>1.8</td><td>0.6</td><td>0.3</td></tr>
<tr><td>flatulence</td><td>2.6</td><td>0.5</td><td>0.2</td><td>0.3</td></tr>
<tr><td>acid regurgitation</td><td>2.0</td><td>4.3</td><td>1.1</td><td>0.9</td></tr>
<tr><td>esophageal ulcer</td><td>1.5</td><td>0.0</td><td>0.1</td><td>0.1</td></tr>
<tr><td>vomiting</td><td>1.0</td><td>1.5</td><td>0.2</td><td>0.3</td></tr>
<tr><td>dysphagia</td><td>1.0</td><td>0.0</td><td>0.1</td><td>0.1</td></tr>
<tr><td>abdominal distention</td><td>1.0</td><td>0.8</td><td>0.0</td><td>0.0</td></tr>
<tr><td>gastritis</td><td>0.5</td><td>1.3</td><td>0.6</td><td>0.7</td></tr>
<tr><td><i>Musculoskeletal</i></td><td></td><td></td><td></td><td></td></tr>
<tr><td>musculoskeletal (bone,<br>muscle or joint) pain</td><td>4.1</td><td>2.5</td><td>0.4</td><td>0.3</td></tr>
<tr><td>muscle cramp</td><td>0.0</td><td>1.0</td><td>0.2</td><td>0.1</td></tr>
<tr><td><i>Nervous System/Psychiatric</i></td><td></td><td></td><td></td><td></td></tr>
<tr><td>headache</td><td>2.6</td><td>1.5</td><td>0.2</td><td>0.2</td></tr>
<tr><td>dizziness</td><td>0.0</td><td>1.0</td><td>0.0</td><td>0.1</td></tr>
<tr><td><i>Special Senses</i></td><td></td><td></td><td></td><td></td></tr>
<tr><td>taste perversion</td><td>0.5</td><td>1.0</td><td>0.1</td><td>0.0</td></tr>
</table>

\* 10 mg/day for three years
\*\* 5 mg/day for 2 years and 10 mg/day for either 1 or 2 additional years

Rarely, rash and erythema have occurred.

One patient treated with FOSAMAX (10 mg/day), who had a history of peptic ulcer disease and gastrectomy and who was taking concomitant aspirin developed an anastomotic ulcer with mild hemorrhage, which was considered drug related. Aspirin and FOSAMAX were discontinued and the patient recovered.

The adverse experience profile was similar for the 401 patients treated with either 5 or 20 mg doses of FOSAMAX in the United States and Multinational studies. The adverse experience profile for the 296 patients who received continued treatment with either 5 or 10 mg doses of FOSAMAX in the two-year extension of these studies (treatment years 4 and 5) was similar to that observed during the three-year placebo-controlled period. During the extension period, of the 151 patients treated with FOSAMAX 10 mg/day, the proportion of patients who discontinued therapy due to any clinical adverse experience was similar to that during the first three years of the study.

In a one-year, double-blind, multicenter study, the overall safety and tolerability profiles of once weekly FOSAMAX 70 mg and FOSAMAX 10 mg daily were similar. The adverse experiences considered by the investigators as possibly, probably, or definitely drug related in ≥1% of patients in either treatment group are presented in the following table.

<table>
<tr><td colspan="3">Osteoporosis Treatment Studies in Postmenopausal Women<br>Adverse Experiences Considered Possibly, Probably, or Definitely Drug Related<br>by the Investigators and Reported in ≥1% of Patients</td></tr>
<tr><td></td><td>Once Weekly FOSAMAX<br>70 mg<br>%<br>(n=519)</td><td>FOSAMAX<br>10 mg/day<br>%<br>(n=370)</td></tr>
</table>

FOSAMAX®                                                                        9635604
(alendronate sodium) Tablets and Oral Solution                                 9636804

| | | |
|---|---|---|
| *Gastrointestinal* | | |
| abdominal pain | 3.7 | 3.0 |
| dyspepsia | 2.7 | 2.2 |
| acid regurgitation | 1.9 | 2.4 |
| nausea | 1.9 | 2.4 |
| abdominal distention | 1.0 | 1.4 |
| constipation | 0.8 | 1.6 |
| flatulence | 0.4 | 1.6 |
| gastritis | 0.2 | 1.1 |
| gastric ulcer | 0.0 | 1.1 |
| *Musculoskeletal* | | |
| musculoskeletal (bone, muscle, joint) pain | 2.9 | 3.2 |
| muscle cramp | 0.2 | 1.1 |

*Men*

In two placebo-controlled, double-blind, multicenter studies in men (a two-year study of FOSAMAX 10 mg/day and a one-year study of once weekly FOSAMAX 70 mg) the rates of discontinuation of therapy due to any clinical adverse experience were 2.7% for FOSAMAX 10 mg/day vs. 10.5% for placebo, and 6.4% for once weekly FOSAMAX 70 mg vs. 8.6% for placebo. The adverse experiences considered by the investigators as possibly, probably, or definitely drug related in ≥2% of patients treated with either FOSAMAX or placebo are presented in the following table.

Osteoporosis Studies in Men
Adverse Experiences Considered Possibly, Probably, or
Definitely Drug Related by the Investigators and
Reported in ≥2% of Patients

| | Two-year Study | | One-year Study | |
|---|---|---|---|---|
| | | | Once Weekly | |
| | FOSAMAX 10 mg/day % (n=146) | Placebo % (n=95) | FOSAMAX 70 mg % (n=109) | Placebo % (n=58) |
| *Gastrointestinal* | | | | |
| acid regurgitation | 4.1 | 3.2 | 0.0 | 0.0 |
| flatulence | 4.1 | 1.1 | 0.0 | 0.0 |
| gastroesophageal reflux disease | 0.7 | 3.2 | 2.8 | 0.0 |
| dyspepsia | 3.4 | 0.0 | 2.8 | 1.7 |
| diarrhea | 1.4 | 1.1 | 2.8 | 0.0 |
| abdominal pain | 2.1 | 1.1 | 0.9 | 3.4 |
| nausea | 2.1 | 0.0 | 0.0 | 0.0 |

*Prevention of osteoporosis in postmenopausal women*

The safety of FOSAMAX 5 mg/day in postmenopausal women 40-60 years of age has been evaluated in three double-blind, placebo-controlled studies involving over 1,400 patients randomized to receive FOSAMAX for either two or three years. In these studies the overall safety profiles of FOSAMAX 5 mg/day and placebo were similar. Discontinuation of therapy due to any clinical adverse experience occurred in 7.5% of 642 patients treated with FOSAMAX 5 mg/day and 5.7% of 648 patients treated with placebo.

In a one-year, double-blind, multicenter study, the overall safety and tolerability profiles of once weekly FOSAMAX 35 mg and FOSAMAX 5 mg daily were similar.

The adverse experiences from these studies considered by the investigators as possibly, probably, or definitely drug related in ≥1% of patients treated with either once weekly FOSAMAX 35 mg, FOSAMAX 5 mg/day or placebo are presented in the following table.

FOSAMAX®                                                                                    9635604
(alendronate sodium) Tablets and Oral Solution                                             9636804

Osteoporosis Prevention Studies in Postmenopausal Women
Adverse Experiences Considered Possibly, Probably, or
Definitely Drug Related by the Investigators and
Reported in ≥1% of Patients

| | Two/Three-Year Studies | | One-Year Study | |
| | FOSAMAX 5 mg/day % (n=642) | Placebo % (n=648) | FOSAMAX 5 mg/day % (n=361) | Once Weekly FOSAMAX 35 mg % (n=362) |
|---|---|---|---|---|
| *Gastrointestinal* | | | | |
| dyspepsia | 1.9 | 1.4 | 2.2 | 1.7 |
| abdominal pain | 1.7 | 3.4 | 4.2 | 2.2 |
| acid regurgitation | 1.4 | 2.5 | 4.2 | 4.7 |
| nausea | 1.4 | 1.4 | 2.5 | 1.4 |
| diarrhea | 1.1 | 1.7 | 1.1 | 0.6 |
| constipation | 0.9 | 0.5 | 1.7 | 0.3 |
| abdominal distention | 0.2 | 0.3 | 1.4 | 1.1 |
| *Musculoskeletal* | | | | |
| musculoskeletal (bone, muscle or joint) pain | 0.8 | 0.9 | 1.9 | 2.2 |

*Concomitant use with estrogen/hormone replacement therapy*

In two studies (of one and two years' duration) of postmenopausal osteoporotic women (total: n=853), the safety and tolerability profile of combined treatment with FOSAMAX 10 mg once daily and estrogen ± progestin (n=354) was consistent with those of the individual treatments.

*Treatment of glucocorticoid-induced osteoporosis*

In two, one-year, placebo-controlled, double-blind, multicenter studies in patients receiving glucocorticoid treatment, the overall safety and tolerability profiles of FOSAMAX 5 and 10 mg/day were generally similar to that of placebo. The adverse experiences considered by the investigators as possibly, probably, or definitely drug related in ≥1% of patients treated with either FOSAMAX 5 or 10 mg/day or placebo are presented in the following table.

One-Year Studies in Glucocorticoid-Treated Patients
Adverse Experiences Considered Possibly, Probably, or
Definitely Drug Related by the Investigators and
Reported in ≥1% of Patients

| | FOSAMAX 10 mg/day % (n=157) | FOSAMAX 5 mg/day % (n=161) | Placebo % (n=159) |
|---|---|---|---|
| *Gastrointestinal* | | | |
| abdominal pain | 3.2 | 1.9 | 0.0 |
| acid regurgitation | 2.5 | 1.9 | 1.3 |
| constipation | 1.3 | 0.6 | 0.0 |
| melena | 1.3 | 0.0 | 0.0 |
| nausea | 0.6 | 1.2 | 0.6 |
| diarrhea | 0.0 | 0.0 | 1.3 |
| *Nervous System/Psychiatric* | | | |
| headache | 0.6 | 0.0 | 1.3 |

The overall safety and tolerability profile in the glucocorticoid-induced osteoporosis population that continued therapy for the second year of the studies (FOSAMAX: n=147) was consistent with that observed in the first year.

*Paget's disease of bone*

In clinical studies (osteoporosis and Paget's disease), adverse experiences reported in 175 patients taking FOSAMAX 40 mg/day for 3-12 months were similar to those in postmenopausal women treated with FOSAMAX 10 mg/day. However, there was an apparent increased incidence of upper gastrointestinal adverse experiences in patients taking FOSAMAX 40 mg/day (17.7% FOSAMAX vs. 10.2% placebo). One case of esophagitis and two cases of gastritis resulted in discontinuation of treatment.

Additionally, musculoskeletal (bone, muscle or joint) pain, which has been described in patients with Paget's disease treated with other bisphosphonates, was considered by the investigators as possibly,

FOSAMAX®                                                                                          9635604
(alendronate sodium) Tablets and Oral Solution                                                   9636804

probably, or definitely drug related in approximately 6% of patients treated with FOSAMAX 40 mg/day versus approximately 1% of patients treated with placebo, but rarely resulted in discontinuation of therapy. Discontinuation of therapy due to any clinical adverse experience occurred in 6.4% of patients with Paget's disease treated with FOSAMAX 40 mg/day and 2.4% of patients treated with placebo.

*Osteogenesis Imperfecta*
FOSAMAX is not indicated for use in children.

The overall safety profile of FOSAMAX in OI patients treated for up to 24 months was generally similar to that of adults with osteoporosis treated with FOSAMAX. However, there was an increased occurrence of vomiting in OI patients treated with FOSAMAX compared to placebo. During the 24-month treatment period, vomiting was observed in 32 of 109 (29.4%) patients treated with FOSAMAX and 3 of 30 (10%) patients treated with placebo.

In a pharmacokinetic study, 6 of 24 pediatric OI patients who received a single oral dose of FOSAMAX 35 or 70 mg developed fever, flu-like symptoms, and/or mild lymphocytopenia within 24 to 48 hours after administration. These events, lasting no more than 2 to 3 days and responding to acetaminophen, are consistent with an acute-phase response that has been reported in patients receiving bisphosphonates, including FOSAMAX. See ADVERSE REACTIONS, *Post-Marketing Experience, Body as a Whole*.

*Laboratory Test Findings*
In double-blind, multicenter, controlled studies, asymptomatic, mild, and transient decreases in serum calcium and phosphate were observed in approximately 18% and 10%, respectively, of patients taking FOSAMAX versus approximately 12% and 3% of those taking placebo. However, the incidences of decreases in serum calcium to <8.0 mg/dL (2.0 mM) and serum phosphate to ≤2.0 mg/dL (0.65 mM) were similar in both treatment groups.

*Post-Marketing Experience*
The following adverse reactions have been reported in post-marketing use:

*Body as a Whole:* hypersensitivity reactions including urticaria and rarely angioedema. Transient symptoms of myalgia, malaise, asthenia and rarely, fever have been reported with FOSAMAX, typically in association with initiation of treatment. Rarely, symptomatic hypocalcemia has occurred, generally in association with predisposing conditions. Rarely, peripheral edema.

*Gastrointestinal:* esophagitis, esophageal erosions, esophageal ulcers, rarely esophageal stricture or perforation, and oropharyngeal ulceration. Gastric or duodenal ulcers, some severe and with complications have also been reported (see WARNINGS, PRECAUTIONS, *Information for Patients*, and DOSAGE AND ADMINISTRATION).

Localized osteonecrosis of the jaw, generally associated with tooth extraction and/or local infection, often with delayed healing, has been reported rarely (see PRECAUTIONS, *Dental*).

*Musculoskeletal:* bone, joint, and/or muscle pain, occasionally severe, and rarely incapacitating (see PRECAUTIONS, *Musculoskeletal Pain*); joint swelling.

*Nervous system:* dizziness and vertigo.

*Skin:* rash (occasionally with photosensitivity), pruritus, rarely severe skin reactions, including Stevens-Johnson syndrome and toxic epidermal necrolysis.

*Special Senses:* rarely uveitis, scleritis or episcleritis.

## OVERDOSAGE

Significant lethality after single oral doses was seen in female rats and mice at 552 mg/kg (3256 mg/m$^2$) and 966 mg/kg (2898 mg/m$^2$), respectively. In males, these values were slightly higher, 626 and 1280 mg/kg, respectively. There was no lethality in dogs at oral doses up to 200 mg/kg (4000 mg/m$^2$).

No specific information is available on the treatment of overdosage with FOSAMAX. Hypocalcemia, hypophosphatemia, and upper gastrointestinal adverse events, such as upset stomach, heartburn, esophagitis, gastritis, or ulcer, may result from oral overdosage. Milk or antacids should be given to bind alendronate. Due to the risk of esophageal irritation, vomiting should not be induced and the patient should remain fully upright.

Dialysis would not be beneficial.

FOSAMAX®                                                          9635604
(alendronate sodium) Tablets and Oral Solution                  9636804

**DOSAGE AND ADMINISTRATION**

FOSAMAX must be taken *at least* one-half hour before the first food, beverage, or medication of the day with plain water only (see PRECAUTIONS, *Information for Patients*). Other beverages (including mineral water), food, and some medications are likely to reduce the absorption of FOSAMAX (see PRECAUTIONS, *Drug Interactions*). Waiting less than 30 minutes, or taking FOSAMAX with food, beverages (other than plain water) or other medications will lessen the effect of FOSAMAX by decreasing its absorption into the body.

FOSAMAX should only be taken upon arising for the day. To facilitate delivery to the stomach and thus reduce the potential for esophageal irritation, a FOSAMAX tablet should be swallowed with a full glass of water (6-8 oz). To facilitate gastric emptying FOSAMAX oral solution should be followed by at least 2 oz (a quarter of a cup) of water. Patients should not lie down for at least 30 minutes <u>and</u> until after their first food of the day. FOSAMAX should not be taken at bedtime or before arising for the day. Failure to follow these instructions may increase the risk of esophageal adverse experiences (see WARNINGS, PRECAUTIONS, *Information for Patients*).

Patients should receive supplemental calcium and vitamin D, if dietary intake is inadequate (see PRECAUTIONS, *General*).

No dosage adjustment is necessary for the elderly or for patients with mild-to-moderate renal insufficiency (creatinine clearance 35 to 60 mL/min). FOSAMAX is not recommended for patients with more severe renal insufficiency (creatinine clearance <35 mL/min) due to lack of experience.

*Treatment of osteoporosis in postmenopausal women* (see INDICATIONS AND USAGE)

The recommended dosage is:
- one 70 mg tablet once weekly
  or
- one bottle of 70 mg oral solution once weekly
  or
- one 10 mg tablet once daily

*Treatment to increase bone mass in men with osteoporosis*

The recommended dosage is:
- one 70 mg tablet once weekly
  or
- one bottle of 70 mg oral solution once weekly
  or
- one 10 mg tablet once daily

*Prevention of osteoporosis in postmenopausal women* (see INDICATIONS AND USAGE)

The recommended dosage is:
- one 35 mg tablet once weekly
  or
- one 5 mg tablet once daily

The safety of treatment and prevention of osteoporosis with FOSAMAX has been studied for up to 7 years.

*Treatment of glucocorticoid-induced osteoporosis in men and women*

The recommended dosage is one 5 mg tablet once daily, except for postmenopausal women not receiving estrogen, for whom the recommended dosage is one 10 mg tablet once daily.

*Paget's disease of bone in men and women*

The recommended treatment regimen is 40 mg once a day for six months.

*Retreatment of Paget's disease*

In clinical studies in which patients were followed every six months, relapses during the 12 months following therapy occurred in 9% (3 out of 32) of patients who responded to treatment with FOSAMAX. Specific retreatment data are not available, although responses to FOSAMAX were similar in patients who had received prior bisphosphonate therapy and those who had not. Retreatment with FOSAMAX may be considered, following a six-month post-treatment evaluation period in patients who have relapsed, based on increases in serum alkaline phosphatase, which should be measured periodically. Retreatment may also be considered in those who failed to normalize their serum alkaline phosphatase.

FOSAMAX®                                                                 9635604
(alendronate sodium) Tablets and Oral Solution                          9636804

**HOW SUPPLIED**

No. 3759 — Tablets FOSAMAX, 5 mg, are white, round, uncoated tablets with an outline of a bone image on one side and code MRK 925 on the other. They are supplied as follows:

**NDC** 0006-0925-31 unit-of-use bottles of 30

**NDC** 0006-0925-58 unit-of-use bottles of 100.

No. 3797 — Tablets FOSAMAX, 10 mg, are white, oval, wax-polished tablets with code MRK on one side and 936 on the other. They are supplied as follows:

**NDC** 0006-0936-31 unit-of-use bottles of 30

**NDC** 0006-0936-58 unit-of-use bottles of 100

**NDC** 0006-0936-28 unit dose packages of 100

**NDC** 0006-0936-82 bottles of 1,000.

No. 3813 — Tablets FOSAMAX, 35 mg, are white, oval, uncoated tablets with code 77 on one side and a bone image on the other. They are supplied as follows:

**NDC** 0006-0077-44 unit-of-use blister package of 4

**NDC** 0006-0077-21 unit dose packages of 20.

No. 3592 — Tablets FOSAMAX, 40 mg, are white, triangular-shaped, uncoated tablets with code MRK 212 on one side and FOSAMAX on the other. They are supplied as follows:

**NDC** 0006-0212-31 unit-of-use bottles of 30.

No. 3814 — Tablets FOSAMAX, 70 mg, are white, oval, uncoated tablets with code 31 on one side and an outline of a bone image on the other. They are supplied as follows:

**NDC** 0006-0031-44 unit-of-use blister package of 4

**NDC** 0006-0031-21 unit dose packages of 20.

No. 3833 — Oral Solution FOSAMAX, 70 mg, is a clear, colorless solution with a raspberry flavor and is supplied as follows:

**NDC** 0006-3833-34 unit-of-use cartons of 4 single-dose bottles containing 75 mL each.

*Storage*
*FOSAMAX Tablets:*

Store in a well-closed container at room temperature, 15-30°C (59-86°F).

*FOSAMAX Oral Solution:*

Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.] Do not freeze.

 **MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

Issued February 2006
Printed in USA

# MERCK & CO., INC.
## Whitehouse Station, NJ 08889, USA

9655602

# FOSAMAX PLUS D™
## (ALENDRONATE SODIUM/CHOLECALCIFEROL) TABLETS

### DESCRIPTION

FOSAMAX PLUS D* contains alendronate sodium, a bisphosphonate, and cholecalciferol (vitamin $D_3$).

Alendronate sodium is a bisphosphonate that acts as a specific inhibitor of osteoclast-mediated bone resorption. Bisphosphonates are synthetic analogs of pyrophosphate that bind to the hydroxyapatite found in bone.

Alendronate sodium is chemically described as (4-amino-1-hydroxybutylidene) bisphosphonic acid monosodium salt trihydrate.

The empirical formula of alendronate sodium is $C_4H_{12}NNaO_7P_2 \cdot 3H_2O$ and its formula weight is 325.12. The structural formula is:



Alendronate sodium is a white, crystalline, nonhygroscopic powder. It is soluble in water, very slightly soluble in alcohol, and practically insoluble in chloroform.

Cholecalciferol (vitamin $D_3$) is a secosterol that is the natural precursor of the calcium-regulating hormone calcitriol (1,25 dihydroxyvitamin $D_3$).

The chemical name of cholecalciferol is (3β,5Z,7E)-9,10-secocholesta-5,7,10(19)-trien-3-ol. The empirical formula of cholecalciferol is $C_{27}H_{44}O$ and its molecular weight is 384.6. The structural formula is:

---

*    Trademark of MERCK & CO., Inc.
     COPYRIGHT © 2005 MERCK & CO., Inc.
     All rights reserved

FOSAMAX PLUS D™                                                         9655602
(alendronate sodium/cholecalciferol) Tablets



Cholecalciferol is a white, crystalline, odorless powder. Cholecalciferol is practically insoluble in water, freely soluble in usual organic solvents, and slightly soluble in vegetable oils.

FOSAMAX PLUS D for oral administration contains 91.37 mg of alendronate monosodium salt trihydrate, the molar equivalent of 70 mg of free acid, and 70 mcg of cholecalciferol equivalent to 2800 International Units (IU) vitamin D. Each tablet contains the following inactive ingredients: microcrystalline cellulose, lactose anhydrous, medium chain triglycerides, gelatin, croscarmellose sodium, sucrose, colloidal silicon dioxide, magnesium stearate, butylated hydroxytoluene, modified food starch, and sodium aluminum silicate.

## CLINICAL PHARMACOLOGY

*Mechanism of Action*
*Alendronate Sodium*
Animal studies have indicated the following mode of action. At the cellular level, alendronate shows preferential localization to sites of bone resorption, specifically under osteoclasts. The osteoclasts adhere normally to the bone surface but lack the ruffled border that is indicative of active resorption. Alendronate does not interfere with osteoclast recruitment or attachment, but it does inhibit osteoclast activity. Studies in mice on the localization of radioactive [3H]alendronate in bone showed about 10-fold higher uptake on osteoclast surfaces than on osteoblast surfaces. Bones examined 6 and 49 days after [3H]alendronate administration in rats and mice, respectively, showed that normal bone was formed on top of the alendronate, which was incorporated inside the matrix. While incorporated in bone matrix, alendronate is not pharmacologically active. Thus, alendronate must be continuously administered to suppress osteoclasts on newly formed resorption surfaces. Histomorphometry in baboons and rats showed that alendronate treatment reduces bone turnover (i.e., the number of sites at which bone is remodeled). In addition, bone formation exceeds bone resorption at these remodeling sites, leading to progressive gains in bone mass.

*Cholecalciferol*
Vitamin $D_3$ is produced in the skin by photochemical conversion of 7-dehydrocholesterol to previtamin $D_3$ by ultraviolet light. This is followed by non-enzymatic isomerization to vitamin $D_3$. In the absence of adequate sunlight exposure, vitamin $D_3$ is an essential dietary nutrient. Vitamin $D_3$ in skin and dietary vitamin $D_3$ (absorbed into chylomicrons) is converted to 25-hydroxyvitamin $D_3$ in the liver. Conversion to the active calcium-mobilizing hormone 1,25-dihydroxyvitamin $D_3$ (calcitriol) in the kidney is stimulated by both parathyroid hormone and hypophosphatemia. The principal action of 1,25-dihydroxyvitamin $D_3$ is to increase intestinal absorption of both calcium and phosphate as well as regulate serum calcium, renal calcium and phosphate excretion, bone formation and bone resorption.

Vitamin D is required for normal bone formation. Vitamin D insufficiency develops when both sunlight exposure and dietary intake are inadequate. Insufficiency is associated with negative calcium balance, increased parathyroid hormone levels, bone loss, and increased risk of skeletal fracture. In severe cases, deficiency results in more severe hyperparathyroidism, hypophosphatemia, proximal muscle weakness, bone pain and osteomalacia.

FOSAMAX PLUS D™                                                                                          9655602
(alendronate sodium/cholecalciferol) Tablets

*Pharmacokinetics*
*Absorption*
*Alendronate Sodium*
    Relative to an intravenous (IV) reference dose, the mean oral bioavailability of alendronate in women was 0.64% for doses ranging from 5 to 70 mg when administered after an overnight fast and two hours before a standardized breakfast. Oral bioavailability of the 10 mg tablet in men (0.59%) was similar to that in women when administered after an overnight fast and 2 hours before breakfast.
    The alendronate in the FOSAMAX PLUS D tablet and the FOSAMAX®** (alendronate sodium) 70 mg tablet is equally bioavailable.
    A study examining the effect of timing of a meal on the bioavailability of alendronate was performed in 49 postmenopausal women. Bioavailability was decreased (by approximately 40%) when 10 mg alendronate was administered either 0.5 or 1 hour before a standardized breakfast, when compared to dosing 2 hours before eating. In studies of treatment and prevention of osteoporosis, alendronate was effective when administered at least 30 minutes before breakfast.
    Bioavailability was negligible whether alendronate was administered with or up to two hours after a standardized breakfast. Concomitant administration of alendronate with coffee or orange juice reduced bioavailability by approximately 60%.
*Cholecalciferol*
    Following administration of FOSAMAX PLUS D after an overnight fast and two hours before a standard meal, the baseline adjusted mean area under the serum-concentration-time curve ($AUC_{0-120\ hrs}$) for vitamin $D_3$ was 120.7 ng-hr/mL. The baseline adjusted mean maximal serum concentration ($C_{max}$) of vitamin $D_3$ was 4.0 ng/mL, and the baseline adjusted mean time to maximal serum concentration ($T_{max}$) was 10.6 hrs. The bioavailability of the 2800 IU vitamin $D_3$ in FOSAMAX PLUS D is similar to 2800 IU vitamin $D_3$ administered alone.
*Distribution*
*Alendronate Sodium*
    Preclinical studies (in male rats) show that alendronate transiently distributes to soft tissues following 1 mg/kg IV administration but is then rapidly redistributed to bone or excreted in the urine. The mean steady-state volume of distribution, exclusive of bone, is at least 28 L in humans. Concentrations of drug in plasma following therapeutic oral doses are too low (less than 5 ng/mL) for analytical detection. Protein binding in human plasma is approximately 78%.
*Cholecalciferol*
    Following absorption, vitamin $D_3$ enters the blood as part of chylomicrons. Vitamin $D_3$ is rapidly distributed mostly to the liver where it undergoes metabolism to 25-hydroxyvitamin $D_3$, the major storage form. Lesser amounts are distributed to adipose tissue and stored as vitamin $D_3$ at these sites for later release into the circulation. Circulating vitamin $D_3$ is bound to vitamin D-binding protein.
*Metabolism*
*Alendronate Sodium*
    There is no evidence that alendronate is metabolized in animals or humans.
*Cholecalciferol*
    Vitamin $D_3$ is rapidly metabolized by hydroxylation in the liver to 25-hydroxyvitamin $D_3$, and subsequently metabolized in the kidney to 1,25-dihydroxyvitamin $D_3$, which represents the biologically active form. Further hydroxylation occurs prior to elimination. A small percentage of vitamin $D_3$ undergoes glucuronidation prior to elimination.
*Excretion*
*Alendronate Sodium*
    Following a single IV dose of [$^{14}$C]alendronate, approximately 50% of the radioactivity was excreted in the urine within 72 hours and little or no radioactivity was recovered in the feces. Following a single 10 mg IV dose, the renal clearance of alendronate was 71 mL/min (64, 78; 90% confidence interval [CI]), and systemic clearance did not exceed 200 mL/min. Plasma concentrations fell by more than 95% within 6 hours following IV administration. The terminal half-life in humans is estimated to exceed 10 years, probably reflecting release of alendronate from the skeleton. Based on the above, it is estimated that after

---

** Registered trademark of MERCK & CO., Inc.

FOSAMAX PLUS D™                                                                                9655602
(alendronate sodium/cholecalciferol) Tablets

10 years of oral treatment with FOSAMAX (10 mg daily) the amount of alendronate released daily from the skeleton is approximately 25% of that absorbed from the gastrointestinal tract.
*Cholecalciferol*
     When radioactive vitamin $D_3$ was intravenously administered to healthy subjects, the mean urinary excretion of radioactivity after 48 hours was 2.4% of the administered dose, and the mean fecal excretion of radioactivity after 48 hours was 4.9% of the administered dose. In both cases, the excreted radioactivity was almost exclusively as metabolites of the parent. The mean half-life of baseline adjusted vitamin $D_3$ in the serum following an oral dose of FOSAMAX PLUS D is approximately 14 hours.
*Special Populations*
     *Pediatric:* Alendronate pharmacokinetics have not been investigated in patients <18 years of age.
     *Gender:* Bioavailability and the fraction of an IV dose of alendronate excreted in urine were similar in men and women.
     *Geriatric:*
     *Alendronate Sodium*
     Bioavailability and disposition of alendronate (urinary excretion) were similar in elderly and younger patients. No dosage adjustment of alendronate is necessary (see DOSAGE AND ADMINISTRATION).
     *Cholecalciferol*
     Dietary requirements of vitamin $D_3$ are increased in the elderly.
     *Race:* Pharmacokinetic differences due to race have not been studied.
     *Renal Insufficiency:*
     *Alendronate Sodium*
     Preclinical studies show that, in rats with kidney failure, increasing amounts of drug are present in plasma, kidney, spleen, and tibia. In healthy controls, drug that is not deposited in bone is rapidly excreted in the urine. No evidence of saturation of bone uptake was found after 3 weeks dosing with cumulative IV doses of 35 mg/kg in young male rats. Although no clinical information is available, it is likely that, as in animals, elimination of alendronate via the kidney will be reduced in patients with impaired renal function. Therefore, somewhat greater accumulation of alendronate in bone might be expected in patients with impaired renal function.
     No dosage adjustment is necessary for patients with mild-to-moderate renal insufficiency (creatinine clearance 35 to 60 mL/min). **FOSAMAX PLUS D is not recommended for patients with more severe renal insufficiency (creatinine clearance <35 mL/min) due to lack of experience with alendronate in renal failure.**
     *Cholecalciferol*
     Patients with renal insufficiency will have decreased ability to form the active 1,25-dihydroxyvitamin $D_3$ metabolite.
     *Hepatic Insufficiency:*
     *Alendronate Sodium*
     As there is evidence that alendronate is not metabolized or excreted in the bile, no studies were conducted in patients with hepatic insufficiency. No dosage adjustment is necessary.
     *Cholecalciferol*
     Vitamin $D_3$ may not be adequately absorbed in patients who have malabsorption due to inadequate bile production.
*Drug Interactions* (also see PRECAUTIONS, *Drug Interactions*)
*Alendronate Sodium*
     Intravenous ranitidine was shown to double the bioavailability of oral alendronate. The clinical significance of this increased bioavailability and whether similar increases will occur in patients given oral $H_2$-antagonists is unknown.
     In healthy subjects, oral prednisone (20 mg three times daily for five days) did not produce a clinically meaningful change in the oral bioavailability of alendronate (a mean increase ranging from 20 to 44%).
     Products containing calcium and other multivalent cations are likely to interfere with absorption of alendronate.
*Cholecalciferol*
     Olestra, mineral oils, orlistat, and bile acid sequestrants (e.g., cholestyramine, colestipol) may impair the absorption of vitamin D. Anticonvulsants, cimetidine, and thiazides may increase the catabolism of vitamin D.

FOSAMAX PLUS D™                                                                9655602
(alendronate sodium/cholecalciferol) Tablets

*Pharmacodynamics*
*Alendronate Sodium*
    Alendronate is a bisphosphonate that binds to bone hydroxyapatite and specifically inhibits the activity of osteoclasts, the bone-resorbing cells. Alendronate reduces bone resorption with no direct effect on bone formation, although the latter process is ultimately reduced because bone resorption and formation are coupled during bone turnover.
*Osteoporosis in postmenopausal women*
    Osteoporosis is characterized by low bone mass that leads to an increased risk of fracture. The diagnosis can be confirmed by the finding of low bone mass, evidence of fracture on x-ray, a history of osteoporotic fracture, or height loss or kyphosis, indicative of vertebral (spinal) fracture. Osteoporosis occurs in both males and females but is most common among women following the menopause, when bone turnover increases and the rate of bone resorption exceeds that of bone formation. These changes result in progressive bone loss and lead to osteoporosis in a significant proportion of women over age 50. Fractures, usually of the spine, hip, and wrist, are the common consequences. From age 50 to age 90, the risk of hip fracture in white women increases 50-fold and the risk of vertebral fracture 15- to 30-fold. It is estimated that approximately 40% of 50-year-old women will sustain one or more osteoporosis-related fractures of the spine, hip, or wrist during their remaining lifetimes. Hip fractures, in particular, are associated with substantial morbidity, disability, and mortality.
    Daily oral doses of alendronate (5, 20, and 40 mg for six weeks) in postmenopausal women produced biochemical changes indicative of dose-dependent inhibition of bone resorption, including decreases in urinary calcium and urinary markers of bone collagen degradation (such as deoxypyridinoline and cross-linked N-telopeptides of type I collagen). These biochemical changes tended to return toward baseline values as early as 3 weeks following the discontinuation of therapy with alendronate and did not differ from placebo after 7 months.
    Long-term treatment of osteoporosis with FOSAMAX 10 mg/day (for up to five years) reduced urinary excretion of markers of bone resorption, deoxypyridinoline and cross-linked N-telopeptides of type I collagen, by approximately 50% and 70%, respectively, to reach levels similar to those seen in healthy premenopausal women. The decrease in the rate of bone resorption indicated by these markers was evident as early as one month and at three to six months reached a plateau that was maintained for the entire duration of treatment with FOSAMAX. In osteoporosis treatment studies FOSAMAX 10 mg/day decreased the markers of bone formation, osteocalcin and bone specific alkaline phosphatase by approximately 50%, and total serum alkaline phosphatase by approximately 25 to 30% to reach a plateau after 6 to 12 months. Similar reductions in the rate of bone turnover were observed in postmenopausal women during one-year studies with once weekly FOSAMAX 70 mg for the treatment of osteoporosis. These data indicate that the rate of bone turnover reached a new steady-state, despite the progressive increase in the total amount of alendronate deposited within bone.
    As a result of inhibition of bone resorption, asymptomatic reductions in serum calcium and phosphate concentrations were also observed following treatment with FOSAMAX. In the long-term studies, reductions from serum calcium (approximately 2%) and phosphate (approximately 4 to 6%) were evident the first month after the initiation of FOSAMAX 10 mg. No further decreases in serum calcium were observed for the five-year duration of treatment; however, serum phosphate returned toward prestudy levels during years three through five. In one-year studies with once weekly FOSAMAX 70 mg, similar reductions were observed at 6 and 12 months. The reduction in serum phosphate may reflect not only the positive bone mineral balance due to FOSAMAX but also a decrease in renal phosphate reabsorption.
*Osteoporosis in men*
    Treatment of men with osteoporosis with FOSAMAX 10 mg/day for two years reduced urinary excretion of cross-linked N-telopeptides of type I collagen by approximately 60% and bone-specific alkaline phosphatase by approximately 40%. Similar reductions were observed in a one-year study in men with osteoporosis receiving once weekly FOSAMAX 70 mg.
*Cholecalciferol*
    Vitamin D is required for normal bone formation. Vitamin D insufficiency is associated with negative calcium balance, leading to increased parathyroid hormone levels and worsening of bone loss associated with osteoporosis. When taken without vitamin D, alendronate is also associated with a reduction in serum calcium concentrations and increased parathyroid hormone levels. In a 15-week trial,

5

FOSAMAX PLUS D™                                                                    9655602
(alendronate sodium/cholecalciferol) Tablets

717 postmenopausal women and men, mean age 67 years, with osteoporosis (lumbar spine bone mineral density [BMD] of at least 2.5 standard deviations below the premenopausal mean) were randomized to receive either weekly FOSAMAX PLUS D 70 mg/2800 IU vitamin D or weekly FOSAMAX 70 mg alone with no vitamin D supplementation. Patients who were vitamin D deficient (25-hydroxyvitamin D <9 ng/mL) at baseline were excluded. Treatment with FOSAMAX PLUS D 70 mg/2800 IU resulted in a smaller reduction in serum calcium levels (-0.9%) when compared to FOSAMAX 70 mg alone (-1.4%). As well, treatment with FOSAMAX PLUS D 70 mg/2800 IU resulted in a significantly smaller increase in parathyroid hormone levels when compared to FOSAMAX 70 mg alone (14% and 24%, respectively).

The sufficiency of patients' vitamin D status is best assessed by measuring 25-hydroxyvitamin D levels. In the 15-week trial mentioned above, baseline 25-hydroxyvitamin D levels were 22.2 ng/mL in the FOSAMAX PLUS D group and 22.1 ng/mL in the FOSAMAX only group. After 15 weeks of treatment, the mean levels were 23.1 ng/mL and 18.4 ng/mL in the FOSAMAX PLUS D and FOSAMAX only groups, respectively. The final levels of 25-hydroxyvitamin D at week 15 are summarized in the table below.

| 25-hydroxyvitamin D Levels after Treatment with FOSAMAX PLUS D and FOSAMAX 70 mg at Week 15* | | | | | | |
|---|---|---|---|---|---|---|
| | Number (%) of Patients | | | | | |
| 25-hydroxyvitamin D Ranges (ng / mL) | < 9 | 9-14 | 15-19 | 20-24 | 25-29 | 30-62 |
| FOSAMAX PLUS D (N=357) | 4 (1.1) | 37 (10.4) | 87 (24.4) | 84 (23.5) | 82 (23.0) | 63 (17.7) |
| FOSAMAX 70 mg (N=351) | 46 (13.1) | 66 (18.8) | 108 (30.8) | 58 (16.5) | 37 (10.5) | 36 (10.3) |

* Patients who were vitamin D deficient (25-hydroxyvitamin D <9 ng/mL) at baseline were excluded.

*Clinical Studies*
*Treatment of osteoporosis*
*Postmenopausal women*
*Effect on bone mineral density*

The efficacy of FOSAMAX 10 mg once daily in postmenopausal women, 44 to 84 years of age, with osteoporosis (lumbar spine bone mineral density [BMD] of at least 2 standard deviations below the premenopausal mean) was demonstrated in four double-blind, placebo-controlled clinical studies of two or three years' duration. These included two three-year, multicenter studies of virtually identical design, one performed in the United States (U.S.) and the other in 15 different countries (Multinational), which enrolled 478 and 516 patients, respectively. The following graph shows the mean increases in BMD of the lumbar spine, femoral neck, and trochanter in patients receiving FOSAMAX 10 mg/day relative to placebo-treated patients at three years for each of these studies.

Osteoporosis Treatment Studies in Postmenopausal Women

Increase in BMD
FOSAMAX 10 mg/day at Three Years



At three years significant increases in BMD, relative both to baseline and placebo, were seen at each measurement site in each study in patients who received FOSAMAX 10 mg/day. Total body BMD also increased significantly in each study, suggesting that the increases in bone mass of the spine and hip did not occur at the expense of other skeletal sites. Increases in BMD were evident as early as three months

6

FOSAMAX PLUS D™                                                                9655602
(alendronate sodium/cholecalciferol) Tablets

and continued throughout the three years of treatment. (See figures below for lumbar spine results.) In the two-year extension of these studies, treatment of 147 patients with FOSAMAX 10 mg/day resulted in continued increases in BMD at the lumbar spine and trochanter (absolute additional increases between years 3 and 5: lumbar spine, 0.94%; trochanter, 0.88%). BMD at the femoral neck, forearm and total body were maintained. FOSAMAX was similarly effective regardless of age, race, baseline rate of bone turnover, and baseline BMD in the range studied (at least 2 standard deviations below the premenopausal mean). Thus, overall FOSAMAX reverses the loss of bone mineral density, a central factor in the progression of osteoporosis.

Osteoporosis Treatment Studies in Postmenopausal Women

Time Course of Effect of FOSAMAX 10 mg/day Versus Placebo:
Lumbar Spine BMD Percent Change From Baseline

In patients with postmenopausal osteoporosis treated with FOSAMAX 10 mg/day for one or two years, the effects of treatment withdrawal were assessed. Following discontinuation, there were no further increases in bone mass and the rates of bone loss were similar to those of the placebo groups. These data indicate that continued treatment with FOSAMAX is required to maintain the effect of the drug.

The therapeutic equivalence of once weekly FOSAMAX 70 mg (n=519) and FOSAMAX 10 mg daily (n=370) was demonstrated in a one-year, double-blind, multicenter study of postmenopausal women with osteoporosis. In the primary analysis of completers, the mean increases from baseline in lumbar spine BMD at one year were 5.1% (4.8, 5.4%; 95% CI) in the 70-mg once-weekly group (n=440) and 5.4% (5.0, 5.8%; 95% CI) in the 10-mg daily group (n=330). The two treatment groups were also similar with regard to BMD increases at other skeletal sites. The results of the intention-to-treat analysis were consistent with the primary analysis of completers.

*Effect on fracture incidence*

Data on the effects of FOSAMAX on fracture incidence are derived from three clinical studies: 1) U.S. and Multinational combined: a study of patients with a BMD T-score at or below minus 2.5 with or without a prior vertebral fracture, 2) Three-Year Study of the Fracture Intervention Trial (FIT): a study of patients with at least one baseline vertebral fracture, and 3) Four-Year Study of FIT: a study of patients with low bone mass but without a baseline vertebral fracture.

To assess the effects of FOSAMAX on the incidence of vertebral fractures (detected by digitized radiography; approximately one third of these were clinically symptomatic), the U.S. and Multinational studies were combined in an analysis that compared placebo to the pooled dosage groups of FOSAMAX (5 or 10 mg for three years or 20 mg for two years followed by 5 mg for one year). There was a statistically significant reduction in the proportion of patients treated with FOSAMAX experiencing one or more new vertebral fractures relative to those treated with placebo (3.2% vs. 6.2%; a 48% relative risk reduction). A reduction in the total number of new vertebral fractures (4.2 vs. 11.3 per 100 patients) was also observed. In the pooled analysis, patients who received FOSAMAX had a loss in stature that was statistically significantly less than was observed in those who received placebo (-3.0 mm vs. -4.6 mm).

The Fracture Intervention Trial (FIT) consisted of two studies in postmenopausal women: the Three-Year Study of patients who had at least one baseline radiographic vertebral fracture and the Four-Year Study of patients with low bone mass but without a baseline vertebral fracture. In both studies of FIT,

7

FOSAMAX PLUS D™                                                          9655602
(alendronate sodium/cholecalciferol) Tablets

96% of randomized patients completed the studies (i.e., had a closeout visit at the scheduled end of the study); approximately 80% of patients were still taking study medication upon completion.
*Fracture Intervention Trial: Three-Year Study (patients with at least one baseline radiographic vertebral fracture)*
    This randomized, double-blind, placebo-controlled, 2027-patient study (FOSAMAX, n=1022; placebo, n=1005) demonstrated that treatment with FOSAMAX resulted in statistically significant reductions in fracture incidence at three years as shown in the table below.

| Effect of FOSAMAX on Fracture Incidence in the Three-Year Study of FIT (patients with vertebral fracture at baseline) | | | | |
|---|---|---|---|---|
| | Percent of Patients | | Absolute Reduction in Fracture Incidence | Relative Reduction in Fracture Risk % |
| | FOSAMAX (n=1022) | Placebo (n=1005) | | |
| Patients with: | | | | |
| Vertebral fractures (diagnosed by X-ray)[†] | | | | |
| ≥ 1 new vertebral fracture | 7.9 | 15.0 | 7.1 | 47*** |
| ≥ 2 new vertebral fractures | 0.5 | 4.9 | 4.4 | 90*** |
| Clinical (symptomatic) fractures | | | | |
| Any clinical (symptomatic) fracture | 13.8 | 18.1 | 4.3 | 26‡ |
| ≥ 1 clinical (symptomatic) vertebral fracture | 2.3 | 5.0 | 2.7 | 54** |
| Hip fracture | 1.1 | 2.2 | 1.1 | 51* |
| Wrist (forearm) fracture | 2.2 | 4.1 | 1.9 | 48* |

[†]Number evaluable for vertebral fractures: FOSAMAX, n=984; placebo, n=966
*p<0.05, **p<0.01, ***p<0.001, ‡p=0.007

    Furthermore, in this population of patients with baseline vertebral fracture, treatment with FOSAMAX significantly reduced the incidence of hospitalizations (25.0% vs. 30.7%).
    In the Three-Year Study of FIT, fractures of the hip occurred in 22 (2.2%) of 1005 patients on placebo and 11 (1.1%) of 1022 patients on FOSAMAX, p=0.047. The figure below displays the cumulative incidence of hip fractures in this study.



Cumulative Incidence of Hip Fractures in the
Three-Year Study of FIT
(patients with radiographic vertebral fracture at baseline)



*Fracture Intervention Trial: Four-Year Study (patients with low bone mass but without a baseline radiographic vertebral fracture)*
    This randomized, double-blind, placebo-controlled, 4432-patient study (FOSAMAX, n=2214; placebo, n=2218) further investigated the reduction in fracture incidence due to FOSAMAX. The intent of the study was to recruit women with osteoporosis, defined as a baseline femoral neck BMD at least two standard deviations below the mean for young adult women. However, due to subsequent revisions to the normative values for femoral neck BMD, 31% of patients were found not to meet this entry criterion and

8

FOSAMAX PLUS D™                                                          9655602
(alendronate sodium/cholecalciferol) Tablets

thus this study included both osteoporotic and non-osteoporotic women. The results are shown in the table below for the patients with osteoporosis.

| Effect of FOSAMAX on Fracture Incidence in Osteoporotic[†] Patients in the Four-Year Study of FIT (patients without vertebral fracture at baseline) | | | | |
|---|---|---|---|---|
| | Percent of Patients | | Absolute Reduction in Fracture Incidence | Relative Reduction in Fracture Risk (%) |
| | FOSAMAX (n=1545) | Placebo (n=1521) | | |
| Patients with: | | | | |
| Vertebral fractures (diagnosed by X-ray)[††] | | | | |
| ≥ 1 new vertebral fracture | 2.5 | 4.8 | 2.3 | 48[***] |
| ≥ 2 new vertebral fractures | 0.1 | 0.6 | 0.5 | 78[*] |
| Clinical (symptomatic) fractures | | | | |
| Any clinical (symptomatic) fracture | 12.9 | 16.2 | 3.3 | 22[**] |
| ≥ 1 clinical (symptomatic) vertebral fracture | 1.0 | 1.6 | 0.6 | 41 (NS)[†††] |
| Hip fracture | 1.0 | 1.4 | 0.4 | 29 (NS)[†††] |
| Wrist (forearm) fracture | 3.9 | 3.8 | -0.1 | NS[†††] |

[†]Baseline femoral neck BMD at least 2 SD below the mean for young adult women
[††]Number evaluable for vertebral fractures: FOSAMAX, n=1426; placebo, n=1428
[†††]Not significant. This study was not powered to detect differences at these sites.
[*]p=0.035, [**] p=0.01, [***]p<0.001

*Fracture results across studies*

In the Three-Year Study of FIT, FOSAMAX reduced the percentage of women experiencing at least one new radiographic vertebral fracture from 15.0% to 7.9% (47% relative risk reduction, p<0.001); in the Four-Year Study of FIT, the percentage was reduced from 3.8% to 2.1% (44% relative risk reduction, p=0.001); and in the combined U.S./Multinational studies, from 6.2% to 3.2% (48% relative risk reduction, p=0.034).

FOSAMAX reduced the percentage of women experiencing multiple (two or more) new vertebral fractures from 4.2% to 0.6% (87% relative risk reduction, p<0.001) in the combined U.S./Multinational studies and from 4.9% to 0.5% (90% relative risk reduction, p<0.001) in the Three-Year Study of FIT. In the Four-Year Study of FIT, FOSAMAX reduced the percentage of osteoporotic women experiencing multiple vertebral fractures from 0.6% to 0.1% (78% relative risk reduction, p=0.035).

Thus, FOSAMAX reduced the incidence of radiographic vertebral fractures in osteoporotic women whether or not they had a previous radiographic vertebral fracture.

FOSAMAX, over a three- or four-year period, was associated with statistically significant reductions in loss of height vs. placebo in patients with and without baseline radiographic vertebral fractures. At the end of the FIT studies the between-treatment group differences were 3.2 mm in the Three-Year Study and 1.3 mm in the Four-Year Study.

*Bone histology*

Bone histology in 270 postmenopausal patients with osteoporosis treated with FOSAMAX at doses ranging from 1 to 20 mg/day for one, two, or three years revealed normal mineralization and structure, as well as the expected decrease in bone turnover relative to placebo. These data, together with the normal bone histology and increased bone strength observed in rats and baboons exposed to long-term alendronate treatment, support the conclusion that bone formed during therapy with FOSAMAX is of normal quality.

*Men*

The efficacy of FOSAMAX in men with hypogonadal or idiopathic osteoporosis was demonstrated in two clinical studies.

A two-year, double-blind, placebo-controlled, multicenter study of FOSAMAX 10 mg once daily enrolled a total of 241 men between the ages of 31 and 87 (mean, 63). All patients in the trial had either: 1) a BMD T-score ≤-2 at the femoral neck and ≤-1 at the lumbar spine, or 2) a baseline osteoporotic fracture and a BMD T-score ≤-1 at the femoral neck. At two years, the mean increases relative to placebo in BMD in men receiving FOSAMAX 10 mg/day were significant at the following sites: lumbar spine, 5.3%; femoral neck, 2.6%; trochanter, 3.1%; and total body, 1.6%. Treatment with FOSAMAX also reduced height loss (FOSAMAX, -0.6 mm vs. placebo, -2.4 mm).

FOSAMAX PLUS D™                                                    9655602
(alendronate sodium/cholecalciferol) Tablets

A one-year, double-blind, placebo-controlled, multicenter study of once weekly FOSAMAX 70 mg enrolled a total of 167 men between the ages of 38 and 91 (mean, 66). Patients in the study had either: 1) a BMD T-score ≤-2 at the femoral neck and ≤-1 at the lumbar spine, 2) a BMD T-score ≤-2 at the lumbar spine and ≤-1 at the femoral neck, or 3) a baseline osteoporotic fracture and a BMD T-score ≤-1 at the femoral neck. At one year, the mean increases relative to placebo in BMD in men receiving FOSAMAX 70 mg once weekly were significant at the following sites: lumbar spine, 2.8%; femoral neck, 1.9%; trochanter, 2.0%; and total body, 1.2%. These increases in BMD were similar to those seen at one year in the 10 mg once-daily study.

In both studies, BMD responses were similar regardless of age (≥65 years vs. <65 years), gonadal function (baseline testosterone <9 ng/dL vs. ≥9 ng/dL), or baseline BMD (femoral neck and lumbar spine T-score ≤-2.5 vs. >-2.5).

*Concomitant use with estrogen hormone replacement therapy (HRT)*

The effects on BMD of treatment with FOSAMAX 10 mg once daily and conjugated estrogen (0.625 mg/day) either alone or in combination were assessed in a two-year, double-blind, placebo-controlled study of hysterectomized postmenopausal women (n=425). At two years, the increases in lumbar spine BMD from baseline were significantly greater with the combination (8.3%) than with either estrogen or FOSAMAX alone (both 6.0%).

The effects on BMD when FOSAMAX was added to stable doses (for at least one year) of HRT (estrogen ± progestin) were assessed in a one-year, double-blind, placebo-controlled study in postmenopausal osteoporotic women (n=428). The addition of FOSAMAX 10 mg once daily to HRT produced, at one year, significantly greater increases in lumbar spine BMD (3.7%) vs. HRT alone (1.1%).

In these studies, significant increases or favorable trends in BMD for combined therapy compared with HRT alone were seen at the total hip, femoral neck, and trochanter. No significant effect was seen for total body BMD.

Histomorphometric studies of transiliac biopsies in 92 subjects showed normal bone architecture. Compared to placebo there was a 98% suppression of bone turnover (as assessed by mineralizing surface) after 18 months of combined treatment with FOSAMAX and HRT, 94% on FOSAMAX alone, and 78% on HRT alone. The long-term effects of combined FOSAMAX and HRT on fracture occurrence and fracture healing have not been studied.

## ANIMAL PHARMACOLOGY

The relative inhibitory activities on bone resorption and mineralization of alendronate and etidronate were compared in the Schenk assay, which is based on histological examination of the epiphyses of growing rats. In this assay, the lowest dose of alendronate that interfered with bone mineralization (leading to osteomalacia) was 6000-fold the antiresorptive dose. The corresponding ratio for etidronate was one to one. These data suggest that alendronate administered in therapeutic doses is highly unlikely to induce osteomalacia.

## INDICATIONS AND USAGE

FOSAMAX PLUS D is indicated for:
- Treatment of osteoporosis in postmenopausal women
  - For the treatment of osteoporosis, FOSAMAX PLUS D increases bone mass and reduces the incidence of fractures, including those of the hip and spine (vertebral compression fractures). Osteoporosis may be confirmed by the finding of low bone mass (for example, at least 2 standard deviations below the premenopausal mean) or by the presence or history of osteoporotic fracture. (See CLINICAL PHARMACOLOGY, *Pharmacodynamics*.)

- Treatment to increase bone mass in men with osteoporosis

## CONTRAINDICATIONS

- Abnormalities of the esophagus which delay esophageal emptying such as stricture or achalasia
- Inability to stand or sit upright for at least 30 minutes
- Hypersensitivity to any component of this product

10

FOSAMAX PLUS D™                                                              9655602
(alendronate sodium/cholecalciferol) Tablets

- Hypocalcemia (see PRECAUTIONS, *General*)

**WARNINGS**

FOSAMAX PLUS D, like other bisphosphonate-containing products, may cause local irritation of the upper gastrointestinal mucosa.

Esophageal adverse experiences, such as esophagitis, esophageal ulcers and esophageal erosions, occasionally with bleeding and rarely followed by esophageal stricture or perforation, have been reported in patients receiving treatment with alendronate. In some cases these have been severe and required hospitalization. Physicians should therefore be alert to any signs or symptoms signaling a possible esophageal reaction and patients should be instructed to discontinue FOSAMAX PLUS D and seek medical attention if they develop dysphagia, odynophagia, retrosternal pain or new or worsening heartburn.

The risk of severe esophageal adverse experiences appears to be greater in patients who lie down after taking FOSAMAX PLUS D and/or who fail to swallow it with a full glass (6-8 oz) of water, and/or who continue to take FOSAMAX PLUS D after developing symptoms suggestive of esophageal irritation. Therefore, it is very important that the full dosing instructions are provided to, and understood by, the patient (see DOSAGE AND ADMINISTRATION). In patients who cannot comply with dosing instructions due to mental disability, therapy with FOSAMAX PLUS D should be used under appropriate supervision.

Because of possible irritant effects of alendronate on the upper gastrointestinal mucosa and a potential for worsening of the underlying disease, caution should be used when FOSAMAX PLUS D is given to patients with active upper gastrointestinal problems (such as dysphagia, esophageal diseases, gastritis, duodenitis, or ulcers).

There have been post-marketing reports of gastric and duodenal ulcers with alendronate, some severe and with complications, although no increased risk was observed in controlled clinical trials.

**PRECAUTIONS**

*General*

Causes of osteoporosis other than estrogen deficiency, aging, and glucocorticoid use should be considered.

*Alendronate Sodium*

Hypocalcemia must be corrected before initiating therapy with FOSAMAX PLUS D (see CONTRAINDICATIONS). Other disorders affecting mineral metabolism (such as vitamin D deficiency) should also be effectively treated. In patients with these conditions, serum calcium and symptoms of hypocalcemia should be monitored during therapy with FOSAMAX PLUS D.

Presumably due to the effects of alendronate on increasing bone mineral, small, asymptomatic decreases in serum calcium and phosphate may occur.

*Cholecalciferol*

FOSAMAX PLUS D alone should not be used to treat vitamin D deficiency (commonly defined as 25-hydroxyvitamin D level below 9 ng/mL). Patients at increased risk for vitamin D insufficiency (e.g., those who are nursing home bound, chronically ill, over the age of 70 years) should receive vitamin D supplementation in addition to that provided in FOSAMAX PLUS D. Patients with gastrointestinal malabsorption syndromes may require higher doses of vitamin D supplementation and measurement of 25-hydroxyvitamin D should be considered.

Vitamin $D_3$ supplementation may worsen hypercalcemia and/or hypercalciuria when administered to patients with diseases associated with unregulated overproduction of 1,25 dihydroxyvitamin D (e.g., leukemia, lymphoma, sarcoidosis). Urine and serum calcium should be monitored in these patients.

*Musculoskeletal Pain*

In post marketing experience, severe and occasionally incapacitating bone, joint, and/or muscle pain has been reported in patients taking bisphosphonates that are approved for the prevention and treatment of osteoporosis (see ADVERSE REACTIONS). However, such reports have been infrequent. This category of drugs includes FOSAMAX (alendronate). Most of the patients were postmenopausal women. The time to onset of symptoms varied from one day to several months after starting the drug. Most patients had relief of symptoms after stopping. A subset had recurrence of symptoms when rechallenged with the same drug or another bisphosphonate.

FOSAMAX PLUS D™                                                        9655602
(alendronate sodium/cholecalciferol) Tablets

In placebo-controlled clinical studies of FOSAMAX, the percentages of patients with these symptoms were similar in the FOSAMAX and placebo groups.

*Dental*

Osteonecrosis of the jaw, generally associated with tooth extraction and/or local infection, often with delayed healing, has been reported in patients taking bisphosphonates. Most reported cases of bisphosphonate-associated osteonecrosis have been in cancer patients treated with intravenous bisphosphonates, but some have occurred in patients with postmenopausal osteoporosis. Known risk factors for osteonecrosis include a diagnosis of cancer, concomitant therapies (e.g., chemotherapy, radiotherapy, corticosteroids), poor oral hygiene, and co-morbid disorders (e.g., pre-existing dental disease, anemia, coagulopathy, infection).

Patients who develop osteonecrosis of the jaw (ONJ) while on bisphosphonate therapy should receive care by an oral surgeon. Dental surgery may exacerbate the condition. For patients requiring dental procedures, there are no data available to suggest whether discontinuation of bisphosphonate treatment reduces the risk for ONJ. Clinical judgment of the treating physician should guide the management plan of each patient based on individual benefit/risk assessment.

*Renal insufficiency*

FOSAMAX PLUS D is not recommended for patients with renal insufficiency (creatinine clearance <35 mL/min). (See DOSAGE AND ADMINISTRATION.)

*Information for Patients*

*General*

Physicians should instruct their patients to read the patient package insert before starting therapy with FOSAMAX PLUS D and to reread it each time the prescription is renewed.

Patients should be instructed to take supplemental calcium if intake is inadequate. Patients at increased risk for Vitamin D insufficiency (e.g., those who are nursing home bound, chronically ill, over the age of 70 years) should be instructed to take additional vitamin D. Patients with gastrointestinal malabsorption syndromes should be informed that they may require additional vitamin D supplementation. Weight-bearing exercise should be considered along with the modification of certain behavioral factors, such as cigarette smoking and/or excessive alcohol consumption, if these factors exist.

*Dosing Instructions*

Patients should be instructed that the expected benefits of FOSAMAX PLUS D may only be obtained when it is taken with plain water the first thing upon arising for the day at least 30 minutes before the first food, beverage, or medication of the day. Even dosing with orange juice or coffee has been shown to markedly reduce the absorption of alendronate (see CLINICAL PHARMACOLOGY, *Pharmacokinetics, Absorption*).

To facilitate delivery to the stomach and thus reduce the potential for esophageal irritation patients should be instructed to swallow each tablet of FOSAMAX PLUS D with a full glass of water (6-8 oz) and not to lie down for at least 30 minutes and until after their first food of the day. Patients should not chew or suck on the tablet because of a potential for oropharyngeal ulceration. Patients should be specifically instructed not to take FOSAMAX PLUS D at bedtime or before arising for the day. Patients should be informed that failure to follow these instructions may increase their risk of esophageal problems. Patients should be instructed that if they develop symptoms of esophageal disease (such as difficulty or pain upon swallowing, retrosternal pain or new or worsening heartburn) they should stop taking FOSAMAX PLUS D and consult their physician.

Patients should be instructed that if they miss a dose of FOSAMAX PLUS D, they should take one tablet on the morning after they remember. They should not take two tablets on the same day but should return to taking one tablet once a week, as originally scheduled on their chosen day.

*Drug Interactions* (also see CLINICAL PHARMACOLOGY, *Pharmacokinetics, Drug Interactions*)

*Alendronate Sodium*

*Estrogen/hormone replacement therapy (HRT)*

Concomitant use of HRT (estrogen ± progestin) and FOSAMAX was assessed in two clinical studies of one or two years' duration in postmenopausal osteoporotic women. In these studies, the safety and tolerability profile of the combination was consistent with those of the individual treatments; however, the degree of suppression of bone turnover (as assessed by mineralizing surface) was significantly greater with the combination than with either component alone. The long-term effects of combined FOSAMAX

12

FOSAMAX PLUS D™                                                                                              9655602
(alendronate sodium/cholecalciferol) Tablets

and HRT on fracture occurrence have not been studied (see CLINICAL PHARMACOLOGY, *Clinical Studies, Concomitant use with estrogen/hormone replacement therapy (HRT)* and ADVERSE REACTIONS, *Clinical Studies, Concomitant use with estrogen/hormone replacement therapy).*

*Calcium Supplements/Antacids*

It is likely that calcium supplements, antacids, and some oral medications will interfere with absorption of alendronate. Therefore, patients must wait at least one-half hour after taking FOSAMAX PLUS D before taking any other oral medications.

*Aspirin*

In clinical studies, the incidence of upper gastrointestinal adverse events was increased in patients receiving concomitant therapy with daily doses of FOSAMAX greater than 10 mg and aspirin-containing products.

*Nonsteroidal Anti-inflammatory Drugs (NSAIDs)*

FOSAMAX PLUS D may be administered to patients taking NSAIDs. In a 3-year, controlled, clinical study (n=2027) during which a majority of patients received concomitant NSAIDs, the incidence of upper gastrointestinal adverse events was similar in patients taking FOSAMAX 5 or 10 mg/day compared to those taking placebo. However, since NSAID use is associated with gastrointestinal irritation, caution should be used during concomitant use with FOSAMAX PLUS D.

*Cholecalciferol*

*Drugs that may impair the absorption of cholecalciferol*

Olestra, mineral oils, orlistat, and bile acid sequestrants (e.g., cholestyramine, colestipol) may impair the absorption of vitamin D.

*Drugs that may increase the catabolism of cholecalciferol*

Anticonvulsants, cimetidine, and thiazides may increase the catabolism of vitamin D.

*Carcinogenesis, Mutagenesis, Impairment of Fertility*

The following data are based on findings for the individual components of FOSAMAX PLUS D.

*Alendronate Sodium*

Harderian gland (a retro-orbital gland not present in humans) adenomas were increased in high-dose female mice (p=0.003) in a 92-week oral carcinogenicity study at doses of alendronate of 1, 3, and 10 mg/kg/day (males) or 1, 2, and 5 mg/kg/day (females). These doses are equivalent to 0.12 to 1.2 times a maximum recommended daily dose of 40 mg (Paget's disease) based on surface area, mg/m². The relevance of this finding to humans is unknown.

Parafollicular cell (thyroid) adenomas were increased in high-dose male rats (p=0.003) in a 2-year oral carcinogenicity study at doses of 1 and 3.75 mg/kg body weight. These doses are equivalent to 0.26 and 1 times a 40 mg human daily dose based on surface area, mg/m². The relevance of this finding to humans is unknown.

Alendronate was not genotoxic in the *in vitro* microbial mutagenesis assay with and without metabolic activation, in an *in vitro* mammalian cell mutagenesis assay, in an *in vitro* alkaline elution assay in rat hepatocytes, and in an *in vivo* chromosomal aberration assay in mice. In an *in vitro* chromosomal aberration assay in Chinese hamster ovary cells, however, alendronate gave equivocal results.

Alendronate had no effect on fertility (male or female) in rats at oral doses up to 5 mg/kg/day (1.3 times a 40 mg human daily dose based on surface area, mg/m²).

*Cholecalciferol*

The carcinogenic potential of cholecalciferol (vitamin D₃) has not been studied in rodents. Calcitriol, the hormonal metabolite of cholecalciferol, was not genotoxic in the Ames microbial mutagenesis assay with or without metabolic activation, and in an *in vivo* micronucleus assay in mice.

Ergocalciferol (vitamin D₂) at high doses (150,000 to 200,000 IU/kg/day) administered prior to mating resulted in altered estrous cycle and inhibition of pregnancy in rats. The potential effect of cholecalciferol on male fertility is unknown in rats.

*Pregnancy*

*Pregnancy Category C:*

*Alendronate Sodium*

Reproduction studies in rats showed decreased postimplantation survival at 2 mg/kg/day and decreased body weight gain in normal pups at 1 mg/kg/day. Sites of incomplete fetal ossification were statistically significantly increased in rats beginning at 10 mg/kg/day in vertebral (cervical, thoracic, and lumbar), skull, and sternebral bones. The above doses ranged from 0.26 times (1 mg/kg) to 2.6 times

13

FOSAMAX PLUS D™                                                                    9655602
(alendronate sodium/cholecalciferol) Tablets

(10 mg/kg) a maximum recommended daily dose of 40 mg (Paget's disease) based on surface area, mg/m$^2$. No similar fetal effects were seen when pregnant rabbits were treated at doses up to 35 mg/kg/day (10.3 times a 40 mg human daily dose based on surface area, mg/m$^2$).

Both total and ionized calcium decreased in pregnant rats at 15 mg/kg/day (3.9 times a 40 mg human daily dose based on surface area, mg/m$^2$) resulting in delays and failures of delivery. Protracted parturition due to maternal hypocalcemia occurred in rats at doses as low as 0.5 mg/kg/day (0.13 times a 40 mg human daily dose based on surface area, mg/m$^2$) when rats were treated from before mating through gestation. Maternotoxicity (late pregnancy deaths) occurred in the female rats treated with 15 mg/kg/day for varying periods of time ranging from treatment only during pre-mating to treatment only during early, middle, or late gestation; these deaths were lessened but not eliminated by cessation of treatment. Calcium supplementation either in the drinking water or by minipump could not ameliorate the hypocalcemia or prevent maternal and neonatal deaths due to delays in delivery; calcium supplementation IV prevented maternal, but not fetal deaths.

Bisphosphonates are incorporated into the bone matrix, from which they are gradually released over a period of years. The amount of bisphosphonate incorporated into adult bone, and hence, the amount available for release back into the systemic circulation, is directly related to the dose and duration of bisphosphonate use. There are no data on fetal risk in humans. However, there is a theoretical risk of fetal harm, predominantly skeletal, if a woman becomes pregnant after completing a course of bisphosphonate therapy. The impact of variables such as time between cessation of bisphosphonate therapy to conception, the particular bisphosphonate used, and the route of administration (intravenous versus oral) on the risk has not been studied.

*Cholecalciferol*

No data are available for cholecalciferol (vitamin D$_3$). Administration of high doses (≥10,000 IU/every other day) of ergocalciferol (vitamin D$_2$) to pregnant rabbits, resulted in abortions and an increased incidence of fetal aortic stenosis. Administration of vitamin D$_2$ (40,000 IU/day) to pregnant rats resulted in neonatal death, decreased fetal weight, and impaired osteogenesis of long bones postnatally.

There are no studies in pregnant women. FOSAMAX PLUS D should be used during pregnancy only if the potential benefit justifies the potential risk to the mother and fetus.

*Nursing Mothers*

Cholecalciferol and some of its active metabolites pass into breast milk. It is not known whether alendronate is excreted in human milk. Because many drugs are excreted in human milk, caution should be exercised when FOSAMAX PLUS D is administered to nursing women.

*Pediatric Use*

Safety and effectiveness in pediatric patients have not been established.

*Geriatric Use*

Of the patients receiving FOSAMAX in the Fracture Intervention Trial (FIT), 71% (n=2302) were ≥65 years of age and 17% (n=550) were ≥75 years of age. Of the patients receiving FOSAMAX in the United States and Multinational osteoporosis treatment studies in women, and osteoporosis studies in men (see CLINICAL PHARMACOLOGY, *Clinical Studies*), 45% and 54%, respectively, were 65 years of age or over. No overall differences in efficacy or safety were observed between these patients and younger patients, but greater sensitivity of some older individuals cannot be ruled out. Dietary requirements of vitamin D$_3$ are increased in the elderly.

## ADVERSE REACTIONS

*Clinical Studies*
FOSAMAX

In clinical studies of up to five years in duration adverse experiences associated with FOSAMAX usually were mild, and generally did not require discontinuation of therapy.

FOSAMAX has been evaluated for safety in approximately 8000 postmenopausal women in clinical studies.

*Treatment of osteoporosis*
*Postmenopausal women*

In two identically designed, three-year, placebo-controlled, double-blind, multicenter studies (United States and Multinational; n=994), discontinuation of therapy due to any clinical adverse experience

14

FOSAMAX PLUS D™                                                                    9655602
(alendronate sodium/cholecalciferol) Tablets

occurred in 4.1% of 196 patients treated with FOSAMAX 10 mg/day and 6.0% of 397 patients treated with placebo. In the Fracture Intervention Trial (n=6459), discontinuation of therapy due to any clinical adverse experience occurred in 9.1% of 3236 patients treated with FOSAMAX 5 mg/day for 2 years and 10 mg/day for either one or two additional years and 10.1% of 3223 patients treated with placebo. Discontinuations due to upper gastrointestinal adverse experiences were: FOSAMAX, 3.2%; placebo, 2.7%. In these study populations, 49-54% had a history of gastrointestinal disorders at baseline and 54-89% used nonsteroidal anti-inflammatory drugs or aspirin at some time during the studies. Adverse experiences from these studies considered by the investigators as possibly, probably, or definitely drug related in ≥1% of patients treated with either FOSAMAX or placebo are presented in the following table.

| Osteoporosis Treatment Studies in Postmenopausal Women Adverse Experiences Considered Possibly, Probably, or Definitely Drug Related by the Investigators and Reported in ≥1% of Patients | | | | |
|---|---|---|---|---|
| | United States/Multinational Studies | | Fracture Intervention Trial | |
| | FOSAMAX* % (n=196) | Placebo % (n=397) | FOSAMAX** % (n=3236) | Placebo % (n=3223) |
| *Gastrointestinal* | | | | |
| abdominal pain | 6.6 | 4.8 | 1.5 | 1.5 |
| nausea | 3.6 | 4.0 | 1.1 | 1.5 |
| dyspepsia | 3.6 | 3.5 | 1.1 | 1.2 |
| constipation | 3.1 | 1.8 | 0.0 | 0.2 |
| diarrhea | 3.1 | 1.8 | 0.6 | 0.3 |
| flatulence | 2.6 | 0.5 | 0.2 | 0.3 |
| acid regurgitation | 2.0 | 4.3 | 1.1 | 0.9 |
| esophageal ulcer | 1.5 | 0.0 | 0.1 | 0.1 |
| vomiting | 1.0 | 1.5 | 0.2 | 0.3 |
| dysphagia | 1.0 | 0.0 | 0.1 | 0.1 |
| abdominal distention | 1.0 | 0.8 | 0.0 | 0.0 |
| gastritis | 0.5 | 1.3 | 0.6 | 0.7 |
| *Musculoskeletal* | | | | |
| musculoskeletal (bone, muscle or joint) pain | 4.1 | 2.5 | 0.4 | 0.3 |
| muscle cramp | 0.0 | 1.0 | 0.2 | 0.1 |
| *Nervous System/Psychiatric* | | | | |
| headache | 2.6 | 1.5 | 0.2 | 0.2 |
| dizziness | 0.0 | 1.0 | 0.0 | 0.1 |
| *Special Senses* | | | | |
| taste perversion | 0.5 | 1.0 | 0.1 | 0.0 |

\* 10 mg/day for three years
\*\* 5 mg/day for 2 years and 10 mg/day for either 1 or 2 additional years

Rarely, rash and erythema have occurred.

One patient treated with FOSAMAX (10 mg/day), who had a history of peptic ulcer disease and gastrectomy and who was taking concomitant aspirin developed an anastomotic ulcer with mild hemorrhage, which was considered drug related. Aspirin and FOSAMAX were discontinued and the patient recovered.

The adverse experience profile was similar for the 401 patients treated with either 5 or 20 mg doses of FOSAMAX in the United States and Multinational studies. The adverse experience profile for the 296 patients who received continued treatment with either 5 or 10 mg doses of FOSAMAX in the two-year extension of these studies (treatment years 4 and 5) was similar to that observed during the three-year placebo-controlled period. During the extension period, of the 151 patients treated with FOSAMAX 10 mg/day, the proportion of patients who discontinued therapy due to any clinical adverse experience was similar to that during the first three years of the study.

In a one-year, double-blind, multicenter study, the overall safety and tolerability profiles of once weekly FOSAMAX 70 mg and FOSAMAX 10 mg daily were similar. The adverse experiences considered by the investigators as possibly, probably, or definitely drug related in ≥1% of patients in either treatment group are presented in the following table.

15

FOSAMAX PLUS D™                                                 9655602
(alendronate sodium/cholecalciferol) Tablets

Osteoporosis Treatment Studies in Postmenopausal Women
Adverse Experiences Considered Possibly, Probably, or Definitely Drug Related
by the Investigators and Reported in ≥1% of Patients

| | Once Weekly FOSAMAX 70 mg % (n=519) | FOSAMAX 10 mg/day % (n=370) |
|---|---|---|
| *Gastrointestinal* | | |
| abdominal pain | 3.7 | 3.0 |
| dyspepsia | 2.7 | 2.2 |
| acid regurgitation | 1.9 | 2.4 |
| nausea | 1.9 | 2.4 |
| abdominal distention | 1.0 | 1.4 |
| constipation | 0.8 | 1.6 |
| flatulence | 0.4 | 1.6 |
| gastritis | 0.2 | 1.1 |
| gastric ulcer | 0.0 | 1.1 |
| *Musculoskeletal* | | |
| musculoskeletal (bone, muscle, joint) pain | 2.9 | 3.2 |
| muscle cramp | 0.2 | 1.1 |

*Men*
    In two placebo-controlled, double-blind, multicenter studies in men (a two-year study of FOSAMAX 10 mg/day and a one-year study of once weekly FOSAMAX 70 mg) the rates of discontinuation of therapy due to any clinical adverse experience were 2.7% for FOSAMAX 10 mg/day vs. 10.5% for placebo, and 6.4% for once weekly FOSAMAX 70 mg vs. 8.6% for placebo. The adverse experiences considered by the investigators as possibly, probably, or definitely drug related in ≥2% of patients treated with either FOSAMAX or placebo are presented in the following table.

Osteoporosis Studies in Men
Adverse Experiences Considered Possibly, Probably, or
Definitely Drug Related by the Investigators and
Reported in ≥2% of Patients

| | Two-year Study | | One-year Study | |
|---|---|---|---|---|
| | FOSAMAX 10 mg/day % (n=146) | Placebo % (n=95) | Once Weekly FOSAMAX 70 mg % (n=109) | Placebo % (n=58) |
| *Gastrointestinal* | | | | |
| acid regurgitation | 4.1 | 3.2 | 0.0 | 0.0 |
| flatulence | 4.1 | 1.1 | 0.0 | 0.0 |
| gastroesophageal reflux disease | 0.7 | 3.2 | 2.8 | 0.0 |
| dyspepsia | 3.4 | 0.0 | 2.8 | 1.7 |
| diarrhea | 1.4 | 1.1 | 2.8 | 0.0 |
| abdominal pain | 2.1 | 1.1 | 0.9 | 3.4 |
| nausea | 2.1 | 0.0 | 0.0 | 0.0 |

*Concomitant use with estrogen/hormone replacement therapy*
    In two studies (of one and two years' duration) of postmenopausal osteoporotic women (total: n=853), the safety and tolerability profile of combined treatment with FOSAMAX 10 mg once daily and estrogen ± progestin (n=354) was consistent with those of the individual treatments.
*Other studies with FOSAMAX*
*Prevention of osteoporosis in postmenopausal women*
    The safety of FOSAMAX 5 mg/day in postmenopausal women 40-60 years of age has been evaluated in three double-blind, placebo-controlled studies involving over 1,400 patients randomized to receive FOSAMAX for either two or three years. In these studies the overall safety profiles of FOSAMAX 5 mg/day and placebo were similar. Discontinuation of therapy due to any clinical adverse experience occurred in 7.5% of 642 patients treated with FOSAMAX 5 mg/day and 5.7% of 648 patients treated with placebo.
    In a one-year, double-blind, multicenter study, the overall safety and tolerability profiles of once weekly FOSAMAX 35 mg and FOSAMAX 5 mg daily were similar.

16

FOSAMAX PLUS D™                                                                9655602
(alendronate sodium/cholecalciferol) Tablets

The adverse experiences from these studies considered by the investigators as possibly, probably, or definitely drug related in ≥1% of patients treated with either once weekly FOSAMAX 35 mg, FOSAMAX 5 mg/day or placebo are presented in the following table.

| | Osteoporosis Prevention Studies in Postmenopausal Women Adverse Experiences Considered Possibly, Probably, or Definitely Drug Related by the Investigators and Reported in ≥1% of Patients | | | |
| --- | --- | --- | --- | --- |
| | Two/Three-Year Studies | | One-Year Study | |
| | FOSAMAX 5 mg/day % (n=642) | Placebo % (n=648) | FOSAMAX 5 mg/day % (n=361) | Once Weekly FOSAMAX 35 mg % (n=362) |
| *Gastrointestinal* | | | | |
| dyspepsia | 1.9 | 1.4 | 2.2 | 1.7 |
| abdominal pain | 1.7 | 3.4 | 4.2 | 2.2 |
| acid regurgitation | 1.4 | 2.5 | 4.2 | 4.7 |
| nausea | 1.4 | 1.4 | 2.5 | 1.4 |
| diarrhea | 1.1 | 1.7 | 1.1 | 0.6 |
| constipation | 0.9 | 0.5 | 1.7 | 0.3 |
| abdominal distention | 0.2 | 0.3 | 1.4 | 1.1 |
| *Musculoskeletal* | | | | |
| musculoskeletal (bone, muscle or joint) pain | 0.8 | 0.9 | 1.9 | 2.2 |

*Treatment of glucocorticoid-induced osteoporosis*

In two, one-year, placebo-controlled, double-blind, multicenter studies in patients receiving glucocorticoid treatment, the overall safety and tolerability profiles of FOSAMAX 5 and 10 mg/day were generally similar to that of placebo. The adverse experiences considered by the investigators as possibly, probably, or definitely drug related in ≥1% of patients treated with either FOSAMAX 5 or 10 mg/day or placebo are presented in the following table.

| | One-Year Studies in Glucocorticoid-Treated Patients Adverse Experiences Considered Possibly, Probably, or Definitely Drug Related by the Investigators and Reported in ≥1% of Patients | | |
| --- | --- | --- | --- |
| | FOSAMAX 10 mg/day % (n=157) | FOSAMAX 5 mg/day % (n=161) | Placebo % (n=159) |
| *Gastrointestinal* | | | |
| abdominal pain | 3.2 | 1.9 | 0.0 |
| acid regurgitation | 2.5 | 1.9 | 1.3 |
| constipation | 1.3 | 0.6 | 0.0 |
| melena | 1.3 | 0.0 | 0.0 |
| nausea | 0.6 | 1.2 | 0.6 |
| diarrhea | 0.0 | 0.0 | 1.3 |
| *Nervous System/Psychiatric* | | | |
| headache | 0.6 | 0.0 | 1.3 |

The overall safety and tolerability profile in the glucocorticoid-induced osteoporosis population that continued therapy for the second year of the studies (FOSAMAX: n=147) was consistent with that observed in the first year.

*Paget's disease of bone*

In clinical studies (osteoporosis and Paget's disease), adverse experiences reported in 175 patients taking FOSAMAX 40 mg/day for 3-12 months were similar to those in postmenopausal women treated with FOSAMAX 10 mg/day. However, there was an apparent increased incidence of upper gastrointestinal adverse experiences in patients taking FOSAMAX 40 mg/day (17.7% FOSAMAX vs. 10.2% placebo). One case of esophagitis and two cases of gastritis resulted in discontinuation of treatment.

Additionally, musculoskeletal (bone, muscle or joint) pain, which has been described in patients with Paget's disease treated with other bisphosphonates, was considered by the investigators as possibly, probably, or definitely drug related in approximately 6% of patients treated with FOSAMAX 40 mg/day

FOSAMAX PLUS D™                                                         9655602
(alendronate sodium/cholecalciferol) Tablets

versus approximately 1% of patients treated with placebo, but rarely resulted in discontinuation of therapy. Discontinuation of therapy due to any clinical adverse experience occurred in 6.4% of patients with Paget's disease treated with FOSAMAX 40 mg/day and 2.4% of patients treated with placebo.

*Laboratory Test Findings*

In double-blind, multicenter, controlled studies, asymptomatic, mild, and transient decreases in serum calcium and phosphate were observed in approximately 18% and 10%, respectively, of patients taking FOSAMAX versus approximately 12% and 3% of those taking placebo. However, the incidences of decreases in serum calcium to <8.0 mg/dL (2.0 mM) and serum phosphate to ≤2.0 mg/dL (0.65 mM) were similar in both treatment groups.

*FOSAMAX PLUS D*

In a fifteen week double-blind, multinational study in osteoporotic postmenopausal women (n=682) and men (n=35), the safety profile of FOSAMAX PLUS D was similar to that of FOSAMAX once weekly 70 mg.

*Post-Marketing Experience*

The following adverse reactions have been reported in post-marketing use with alendronate:

*Body as a Whole:* hypersensitivity reactions including urticaria and rarely angioedema. Transient symptoms of myalgia, malaise, asthenia and rarely, fever have been reported with alendronate, typically in association with initiation of treatment. Rarely, symptomatic hypocalcemia has occurred, generally in association with predisposing conditions. Rarely, peripheral edema.

*Gastrointestinal:* esophagitis, esophageal erosions, esophageal ulcers, rarely esophageal stricture or perforation, and oropharyngeal ulceration. Gastric or duodenal ulcers, some severe and with complications have also been reported (see WARNINGS, PRECAUTIONS, *Information for Patients*, and DOSAGE AND ADMINISTRATION).

Localized osteonecrosis of the jaw, generally associated with tooth extraction and/or local infection, often with delayed healing, has been reported rarely (see PRECAUTIONS, *Dental*).

*Musculoskeletal:* bone, joint, and/or muscle pain, occasionally severe, and rarely incapacitating (see PRECAUTIONS, *Musculoskeletal Pain*); joint swelling.

*Nervous system:* dizziness and vertigo.

*Skin:* rash (occasionally with photosensitivity), pruritus, rarely severe skin reactions, including Stevens-Johnson syndrome and toxic epidermal necrolysis.

*Special Senses:* rarely uveitis, scleritis or episcleritis.

## OVERDOSAGE

*Alendronate Sodium*

Significant lethality after single oral doses with alendronate was seen in female rats and mice at 552 mg/kg (3256 mg/m2) and 966 mg/kg (2898 mg/m2), respectively. In males, these values were slightly higher, 626 and 1280 mg/kg, respectively. There was no lethality in dogs at oral doses up to 200 mg/kg (4000 mg/m2).

No specific information is available on the treatment of overdosage with alendronate. Hypocalcemia, hypophosphatemia, and upper gastrointestinal adverse events, such as upset stomach, heartburn, esophagitis, gastritis, or ulcer, may result from oral overdosage. Milk or antacids should be given to bind alendronate. Due to the risk of esophageal irritation, vomiting should not be induced and the patient should remain fully upright.

Dialysis would not be beneficial.

*Cholecalciferol*

Significant lethality occurred in mice treated with a single high oral dose of calcitriol (4 mg/kg), the hormonal metabolite of cholecalciferol.

There is limited information regarding doses of cholecalciferol associated with acute toxicity, although intermittent (yearly or twice yearly) single doses of ergocalciferol (vitamin $D_2$) as high as 600,000 IU have been given without reports of toxicity. Signs and symptoms of vitamin D toxicity include hypercalcemia, hypercalciuria, anorexia, nausea, vomiting, polyuria, polydipsia, weakness, and lethargy. Serum and urine calcium levels should be monitored in patients with suspected vitamin D toxicity. Standard therapy includes restriction of dietary calcium, hydration, and systemic glucocorticoids in patients with severe hypercalcemia.

FOSAMAX PLUS D™                                                                        9655602
(alendronate sodium/cholecalciferol) Tablets

Dialysis to remove vitamin D would not be beneficial.

**DOSAGE AND ADMINISTRATION**

FOSAMAX PLUS D must be taken *at least* one-half hour before the first food, beverage, or medication of the day with plain water only (see PRECAUTIONS, *Information for Patients*). Other beverages (including mineral water), food, and some medications are likely to reduce the absorption of alendronate (see PRECAUTIONS, *Drug Interactions*). Waiting less than 30 minutes, or taking FOSAMAX PLUS D with food, beverages (other than plain water) or other medications will lessen the effect of alendronate by decreasing its absorption into the body.

To facilitate delivery to the stomach and thus reduce the potential for esophageal irritation, FOSAMAX PLUS D should only be swallowed upon arising for the day with a full glass of water (6-8 oz) and patients should not lie down for at least 30 minutes and until after their first food of the day. FOSAMAX PLUS D should not be taken at bedtime or before arising for the day. Failure to follow these instructions may increase the risk of esophageal adverse experiences (see WARNINGS, PRECAUTIONS, *Information for Patients*).

Patients should receive supplemental calcium if dietary intake is inadequate (see PRECAUTIONS, *General*). Patients at increased risk for Vitamin D insufficiency (e.g., those who are nursing home bound, chronically ill, over the age of 70 years) should receive vitamin D supplementation in addition to that provided in FOSAMAX PLUS D. Patients with gastrointestinal malabsorption syndromes may require higher doses of vitamin D supplementation and measurement of 25-hydroxyvitamin D should be considered.

The recommended intake of vitamin D is 400 IU-800 IU daily. FOSAMAX PLUS D is intended to provide seven days' worth of 400 IU daily vitamin D in a single, once-weekly dose.

No dosage adjustment is necessary for the elderly or for patients with mild-to-moderate renal insufficiency (creatinine clearance 35 to 60 mL/min). FOSAMAX PLUS D is not recommended for patients with more severe renal insufficiency (creatinine clearance <35 mL/min) due to lack of experience.

*Treatment of osteoporosis in postmenopausal women*
(See INDICATIONS AND USAGE.)
The recommended dosage is one 70 mg/2800 IU tablet once weekly.
*Treatment to increase bone mass in men with osteoporosis*
The recommended dosage is one 70 mg/2800 IU tablet once weekly.

**HOW SUPPLIED**

No. 3870 — Tablets FOSAMAX PLUS D 70 mg/2800 IU are white to off-white, modified capsule-shaped tablets with code 710 on one side and an outline of a bone image on the other.  They are supplied as follows:
   **NDC** 0006-0710-44 unit of use blister packages of 4
   **NDC** 0006-0710-21 unit dose packages of 20.
*Storage*
Store at 20-25°C (68-77°F), excursions between 15-30°C (59-86°F) are allowed. [See USP Controlled Room Temperature.] Protect from moisture and light. Store tablets in the original blister package until use.

---

Manufactured for:

 **MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

By:
MSD FROSST IBERICA, S.A.
28805 Alcalá de Henares
Madrid, Spain

Issued February 2006

FOSAMAX PLUS D™                                                    9655602
(alendronate sodium/cholecalciferol) Tablets

Printed in USA

**Patient Information**
**FOSAMAX® (FOSS-ah-max)**
**(alendronate sodium) Tablets**

Read this information before you start taking FOSAMAX[*]. Also, read the leaflet each time you refill your prescription, just in case anything has changed. This leaflet does not take the place of discussions with your doctor. You and your doctor should discuss FOSAMAX when you start taking your medicine and at regular checkups.

**What is the most important information I should know about FOSAMAX?**

- **You must take FOSAMAX exactly as directed to help make sure it works and to help lower the chance of problems in your esophagus (the tube that connects your mouth and stomach). (See "How should I take FOSAMAX?").**

- **If you have chest pain, new or worsening heartburn, or have trouble or pain when you swallow, stop taking FOSAMAX and call your doctor. (See "What are the possible side effects of FOSAMAX?").**

**What is FOSAMAX?**

FOSAMAX is a prescription medicine for:
- The treatment or prevention of osteoporosis (thinning of bone) in women after menopause. It reduces the chance of having a hip or spinal fracture (break).
- Treatment to increase bone mass in men with osteoporosis.
- The treatment of osteoporosis in either men or women who are taking corticosteroid medicines (for example, prednisone).

Improvement in bone density may be observed as early as 3 months after you start taking FOSAMAX even though you won't see or feel a difference. For FOSAMAX to continue to work, you need to keep taking it.

FOSAMAX is not a hormone.

There is more information about osteoporosis at the end of this leaflet.

**Who should not take FOSAMAX?**

Do not take FOSAMAX if you:
- Have certain problems with your esophagus, the tube that connects your mouth with your stomach
- Cannot stand or sit upright for at least 30 minutes
- Have low levels of calcium in your blood
- Are allergic to FOSAMAX or any of its ingredients. A list of ingredients is at the end of this leaflet.

**What should I tell my doctor before using FOSAMAX?**
**Tell your doctor about all of your medical conditions, including if you:**

---

[*]Registered trademark of MERCK & CO., Inc.
COPYRIGHT © 1995, 1997, 2000 MERCK & CO., Inc.
All rights reserved

96368XX

- **have problems with swallowing**
- **have stomach or digestive problems**
- **have kidney problems**
- **are pregnant or planning to become pregnant.** It is not known if FOSAMAX can harm your unborn baby.
- **are breastfeeding.** It is not known if FOSAMAX passes into your milk and if it can harm your baby.

Tell your doctor about all medicines you take, including prescription and non-prescription medicines, vitamins, and herbal supplements.

Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist each time you get a new medicine.

**How should I take FOSAMAX?**

- Take 1 FOSAMAX tablet once a day, every day **after** you get up for the day and **before** taking your first food, drink, or other medicine.

- Take FOSAMAX while you are sitting or standing.

- Swallow your FOSAMAX tablet with a full glass (6-8 oz) of <u>plain water</u> only.

  Do **not** take FOSAMAX with:

  Mineral water
  Coffee or tea
  Juice

  FOSAMAX works only if taken on an empty stomach.

  **Do not chew or suck on a tablet of FOSAMAX.**

  After swallowing your FOSAMAX tablet, wait at least 30 minutes:
  ● before you lie down. You may sit, stand or walk, and do normal activities like reading.
  ● before you take your first food or drink except for plain water.
  ● before you take other medicines, including antacids, calcium, and other supplements and vitamins.

  **Do not lie down until after first food of the day.**

- It is important that you keep taking FOSAMAX for as long as your doctor says to take it. For FOSAMAX to continue to work, you need to keep taking it.

**What should I do if I miss a dose of FOSAMAX or if I take too many?**

- If you miss a dose, do not take it later in the day. Continue your usual schedule of 1 tablet once a day the next morning.

- If you think you took more than the prescribed dose of FOSAMAX, drink a full glass of milk and call your doctor right away. Do not try to vomit. Do not lie down.

**What should I avoid while taking FOSAMAX?**

2

96368XX

- Do not eat, drink, or take other medicines or supplements **before** taking FOSAMAX.

- Wait for at least 30 minutes **after** taking FOSAMAX to eat, drink, or take other medicines or supplements.

- Do not lie down for at least 30 minutes **after** taking FOSAMAX.  Do not lie down until **after** your first food of the day.

**What are the possible side effects of FOSAMAX?**

**FOSAMAX may cause problems in your esophagus (the tube that connects the mouth and stomach).**  (See "What is the most important information I should know about FOSAMAX?".) These problems include irritation, inflammation, or ulcers of the esophagus, which may sometimes bleed. This may occur especially if you do not drink a full glass of water with FOSAMAX or if you lie down in less than 30 minutes or before your first food of the day.

- **Stop taking FOSAMAX and call your doctor right away if you get any of these signs of possible serious problems of the esophagus:**

  - **Chest pain**
  - **New or worsening heartburn**
  - **Trouble or pain when swallowing**

- Esophagus problems may get worse if you continue to take FOSAMAX.

- Mouth sores (ulcers) may occur if the FOSAMAX tablet is chewed or dissolved in the mouth.

- You may get flu-like symptoms typically at the start of treatment with FOSAMAX.

- You may get allergic reactions, such as hives or, in rare cases, swelling of your face, lips, tongue, or throat.

- FOSAMAX may cause jaw-bone problems in some people. Jaw-bone problems may include infection, and delayed healing after teeth are pulled.

- The most common side effect is stomach area (abdominal) pain. Less common side effects are nausea, vomiting, a full or bloated feeling in the stomach, constipation, diarrhea, black or bloody stools (bowel movements), gas, eye pain, rash that may be made worse by sunlight, headache, dizziness, a changed sense of taste, joint swelling or swelling in the hands or legs, and bone, muscle, or joint pain.

- **Call your doctor if you develop severe bone, muscle, or joint pain.**

Tell your doctor about any side effect that bothers you or that does not go away.

These are not all the side effects with FOSAMAX. Ask your doctor or pharmacist for more information.

**How do I store FOSAMAX?**

- Store FOSAMAX at room temperature, 59 to 86°F (15 to 30°C).
- Safely discard FOSAMAX that is out-of-date or no longer needed.
- **Keep FOSAMAX and all medicines out of the reach of children.**

3

96368XX

**General information about using FOSAMAX safely and effectively**

Medicines are sometimes prescribed for conditions that are not mentioned in patient information leaflets. Do not use FOSAMAX for a condition for which it was not prescribed. Do not give FOSAMAX to other people, even if they have the same symptoms you have. It may harm them.

FOSAMAX is not indicated for use in children.

This leaflet is a summary of information about FOSAMAX. If you have any questions or concerns about FOSAMAX or osteoporosis, talk to your doctor, pharmacist, or other health care provider. You can ask your doctor or pharmacist for information about FOSAMAX written for health care providers. For more information, call 1-877-408-4699 (toll-free) or visit the following website: www.fosamax.com.

**What are the ingredients in FOSAMAX?**

FOSAMAX contains alendronate sodium as the active ingredient and the following inactive ingredients: cellulose, lactose, croscarmellose sodium and magnesium stearate. The 10 mg tablet also contains carnauba wax.

**What should I know about osteoporosis?**

Normally your bones are being rebuilt all the time. First, old bone is removed (resorbed). Then a similar amount of new bone is formed. This balanced process keeps your skeleton healthy and strong.

Osteoporosis is a thinning and weakening of the bones. It is common in women after menopause, and may also occur in men. In osteoporosis, bone is removed faster than it is formed, so overall bone mass is lost and bones become weaker. Therefore, keeping bone mass is important to keep your bones healthy. In both men and women, osteoporosis may also be caused by certain medicines called corticosteroids.

At first, osteoporosis usually has no symptoms, but it can cause fractures (broken bones). Fractures usually cause pain. Fractures of the bones of the spine may not be painful, but over time they can make you shorter. Eventually, your spine can curve and your body can become bent over. Fractures may happen during normal, everyday activity, such as lifting, or from minor injury that would normally not cause bones to break. Fractures most often occur at the hip, spine, or wrist. This can lead to pain, severe disability, or loss of ability to move around (mobility).

**Who is at risk for osteoporosis?**

Many things put people at risk of osteoporosis. The following people have a higher chance of getting osteoporosis:

Women who:
- Are going through or who are past menopause

Men who:
- Are elderly

People who:
- Are white (Caucasian) or oriental (Asian)
- Are thin

96368XX

- Have family member with osteoporosis
- Do not get enough calcium or vitamin D
- Do not exercise
- Smoke
- Drink alcohol often
- Take bone thinning medicines (like prednisone or other corticosteroids) for a long time

**What can I do to help prevent or treat osteoporosis?**

In addition to FOSAMAX, your doctor may suggest one or more of the following lifestyle changes:

- **Stop smoking.** Smoking may increase your chance of getting osteoporosis.
- **Reduce the use of alcohol.** Too much alcohol may increase the risk of osteoporosis and injuries that can cause fractures.
- **Exercise regularly.** Like muscles, bones need exercise to stay strong and healthy. Exercise must be safe to prevent injuries, including fractures. Talk with your doctor before you begin any exercise program.
- **Eat a balanced diet.** Having enough calcium in your diet is important. Your doctor can advise you whether you need to change your diet or take any dietary supplements, such as calcium or vitamin D.

**Rx only**

IssuedMonth XXXX

MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA

**Patient Information**
**Once Weekly FOSAMAX® (FOSS-ah-max)**
**(alendronate sodium)**
**Tablets and Oral Solution**

Read this information before you start taking FOSAMAX*. Also, read the leaflet each time you refill your prescription, just in case anything has changed. This leaflet does not take the place of discussions with your doctor. You and your doctor should discuss FOSAMAX when you start taking your medicine and at regular checkups.

**What is the most important information I should know about once weekly FOSAMAX?**

- **You must take once weekly FOSAMAX exactly as directed to help make sure it works and to help lower the chance of problems in your esophagus (the tube that connects your mouth and stomach). (See "How should I take once weekly FOSAMAX?").**

- **If you have chest pain, new or worsening heartburn, or have trouble or pain when you swallow, stop taking FOSAMAX and call your doctor. (See "What are the possible side effects of FOSAMAX?").**

**What is FOSAMAX?**

FOSAMAX is a prescription medicine for:
- The treatment or prevention of osteoporosis (thinning of bone) in women after menopause. It reduces the chance of having a hip or spinal fracture (break).
- Treatment to increase bone mass in men with osteoporosis.

- FOSAMAX tablets are for treatment and prevention of osteoporosis.
- FOSAMAX oral solution is for treatment of osteoporosis.

Improvement in bone density may be observed as early as 3 months after you start taking FOSAMAX even though you won't see or feel a difference. For FOSAMAX to continue to work, you need to keep taking it.

FOSAMAX is not a hormone.

There is more information about osteoporosis at the end of this leaflet.

**Who should not take FOSAMAX?**

Do not take FOSAMAX (tablets or oral solution) if you:
- Have certain problems with your esophagus, the tube that connects your mouth with your stomach
- Cannot stand or sit upright for at least 30 minutes
- Have low levels of calcium in your blood
- Are allergic to FOSAMAX or any of its ingredients. A list of ingredients is at the end of this leaflet.

---

*Registered trademark of MERCK & CO., Inc.
COPYRIGHT © 2000 MERCK & CO., Inc.
All rights reserved

96356XX

Do not take FOSAMAX oral solution if you have trouble swallowing liquids.

**What should I tell my doctor before using FOSAMAX?**
**Tell your doctor about all of your medical conditions, including if you:**

- **have problems with swallowing**
- **have stomach or digestive problems**
- **have kidney problems**
- **are pregnant or planning to become pregnant.** It is not known if FOSAMAX can harm your unborn baby.
- **are breastfeeding.** It is not known if FOSAMAX passes into your milk and if it can harm your baby.

Tell your doctor about all medicines you take, including prescription and non-prescription medicines, vitamins, and herbal supplements.

Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist each time you get a new medicine.

**How should I take once weekly FOSAMAX?**

- Choose the day of the week that best fits your schedule.

- Take 1 dose of FOSAMAX every week on your chosen day **after** you get up for the day and **before** taking your first food, drink, or other medicine

- Take FOSAMAX while you are sitting or standing.

- Take your FOSAMAX with <u>plain water</u> only as follows:

    - **TABLETS**: Swallow one tablet with a full glass (6-8 oz) of plain water.
    - **ORAL SOLUTION**: Drink one entire bottle of solution followed by at least 2 ounces (a quarter of a cup) of plain water.

    Do **not** take FOSAMAX with:

    Mineral water
    Coffee or tea
    Juice

    FOSAMAX works only if it is taken on an empty stomach.

    **Do not chew or suck on a tablet of FOSAMAX.**

    **After taking your FOSAMAX, wait at least 30 minutes:**
    • before you lie down. You may sit, stand or walk, and do normal activities like reading.
    • before you take your first food or drink except for plain water.
    • before you take other medicines, including antacids, calcium, and other supplements and vitamins.

    **Do not lie down until after your first food of the day.**

- It is important that you keep taking FOSAMAX for as long as your doctor says to take it. For FOSAMAX to continue to work, you need to keep taking it.

2

96356XX

**What should I do if I miss a dose of FOSAMAX or if I take too many?**

- If you miss a dose, take only 1 dose of FOSAMAX on the morning after you remember. Do not take 2 doses on the same day. Continue your usual schedule of 1 dose once a week on your chosen day.

- If you think you took more than the prescribed dose of FOSAMAX, drink a full glass of milk and call your doctor right away. Do not try to vomit. Do not lie down.

**What should I avoid while taking FOSAMAX?**

- Do not eat, drink, or take other medicines or supplements **before** taking FOSAMAX.

- Wait for at least 30 minutes **after** taking FOSAMAX to eat, drink, or take other medicines or supplements.

- Do not lie down for at least 30 minutes **after** taking FOSAMAX. Do not lie down until **after** your first food of the day.

**What are the possible side effects of FOSAMAX?**

**FOSAMAX may cause problems in your esophagus (the tube that connects the mouth and stomach).** (See "What is the most important information I should know about once weekly FOSAMAX?".) These problems include irritation, inflammation, or ulcers of the esophagus, which may sometimes bleed. This may occur especially if you do not drink a full glass of water with FOSAMAX or if you lie down in less than 30 minutes or before your first food of the day.

- **Stop taking FOSAMAX and call your doctor right away if you get any of these signs of possible serious problems of the esophagus:**

  - **Chest pain**
  - **New or worsening heartburn**
  - **Trouble or pain when swallowing**

- Esophagus problems may get worse if you continue to take FOSAMAX.

- Mouth sores (ulcers) may occur if the FOSAMAX tablet is chewed or dissolved in the mouth.

- You may get flu-like symptoms, typically at the start of treatment with FOSAMAX.

- You may get allergic reactions, such as hives or, in rare cases, swelling of your face, lips, tongue, or throat.

- FOSAMAX may cause jaw-bone problems in some people. Jaw-bone problems may include infection, and delayed healing after teeth are pulled.

- The most common side effect is stomach area (abdominal) pain. Less common side effects are nausea, vomiting, a full or bloated feeling in the stomach, constipation, diarrhea, black or bloody stools (bowel movements), gas, eye pain, rash that may be made worse by sunlight, headache, dizziness, a changed sense of taste, joint swelling or swelling in the hands or legs, and bone, muscle, or joint pain.

- **Call your doctor if you develop severe bone, muscle, or joint pain.**

3

96356XX

Tell your doctor about any side effect that bothers you or that does not go away.

These are not all the side effects with FOSAMAX. Ask your doctor or pharmacist for more information.

## How do I store FOSAMAX?

- Store at room temperature, 59 to 86°F (15 to 30°C).
- Safely discard FOSAMAX that is out-of-date or no longer needed.
- **Keep FOSAMAX and all medicines out of the reach of children.**

## General information about using FOSAMAX safely and effectively

Medicines are sometimes prescribed for conditions that are not mentioned in patient information leaflets. Do not use FOSAMAX for a condition for which it was not prescribed. Do not give FOSAMAX to other people, even if they have the same symptoms you have. It may harm them.

FOSAMAX is not indicated for use in children.

This leaflet is a summary of information about FOSAMAX. If you have any questions or concerns about FOSAMAX or osteoporosis, talk to your doctor, pharmacist, or other health care provider. You can ask your doctor or pharmacist for information about FOSAMAX written for health care providers. For more information, call 1-877-408-4699 (toll-free) or visit the following website: www.fosamax.com.

## What are the ingredients in FOSAMAX?

Tablets
FOSAMAX tablets contain alendronate sodium as the active ingredient and the following inactive ingredients: cellulose, lactose, croscarmellose sodium and magnesium stearate.

Oral Solution
Fosamax oral solution contains alendronate sodium as the active ingredient and the following inactive ingredients: sodium citrate, citric acid, sodium saccharin, artificial raspberry flavor, purified water, sodium propylparaben and sodium butylparaben.

## What should I know about osteoporosis?

Normally your bones are being rebuilt all the time. First, old bone is removed (resorbed). Then a similar amount of new bone is formed. This balanced process keeps your skeleton healthy and strong.

Osteoporosis is a thinning and weakening of the bones. It is common in women after menopause, and may also occur in men. In osteoporosis, bone is removed faster than it is formed, so overall bone mass is lost and bones become weaker. Therefore, keeping bone mass is important to keep your bones healthy. In both men and women, osteoporosis may also be caused by certain medicines called corticosteroids.

At first, osteoporosis usually has no symptoms, but it can cause fractures (broken bones). Fractures usually cause pain. Fractures of the bones of the spine may not be painful, but over time they can make you shorter. Eventually, your spine can curve and your body can become bent over. Fractures may happen during normal, everyday activity, such as lifting, or from minor injury that would normally not cause bones to break. Fractures most often occur at the hip, spine, or wrist. This can lead to pain, severe disability, or loss of ability to move around (mobility).

96356XX

**Who is at risk for osteoporosis?**

Many things put people at risk of osteoporosis. The following people have a higher chance of getting osteoporosis:

Women who:
- Are going through or who are past menopause

Men who:
- Are elderly

People who:
- Are white (Caucasian) or oriental (Asian)
- Are thin
- Have family member with osteoporosis
- Do not get enough calcium or vitamin D
- Do not exercise
- Smoke
- Drink alcohol often
- Take bone thinning medicines (like prednisone or other corticosteroids) for a long time

**What can I do to help prevent or treat osteoporosis?**

In addition to FOSAMAX, your doctor may suggest one or more of the following lifestyle changes:

- **Stop smoking.** Smoking may increase your chance of getting osteoporosis.
- **Reduce the use of alcohol.** Too much alcohol may increase the risk of osteoporosis and injuries that can cause fractures.
- **Exercise regularly.** Like muscles, bones need exercise to stay strong and healthy. Exercise must be safe to prevent injuries, including fractures. Talk with your doctor before you begin any exercise program.
- **Eat a balanced diet.** Having enough calcium in your diet is important. Your doctor can advise you whether you need to change your diet or take any dietary supplements, such as calcium or vitamin D.

**Rx only**

IssuedMonth XXXX

MERCK & CO., INC.
Whitehouse Station, NJ  08889, USA

5

96556XX

## Patient Information
## FOSAMAX PLUS D™ (FOSS-ah-max PLUS D)
## (alendronate sodium/cholecalciferol)
## Tablets

Read the patient information before you start taking FOSAMAX PLUS D*. Also, read the leaflet each time you refill your prescription, just in case anything has changed. This leaflet does not take the place of discussions with your doctor about your medical condition or treatment. You and your doctor should discuss FOSAMAX PLUS D when you start taking your medicine and at regular checkups.

**What is the most important information I should know about FOSAMAX PLUS D?**

- **You must take FOSAMAX PLUS D exactly as directed to help make sure it works and to help lower the chance of problems in your esophagus (the tube that connects your mouth and stomach). (See "How should I take FOSAMAX PLUS D?").**

- **If you have chest pain, new or worsening heartburn, or have trouble or pain when you swallow, stop taking FOSAMAX PLUS D and call your doctor. (See "What are the possible side effects of FOSAMAX PLUS D?").**

**What is FOSAMAX PLUS D?**

FOSAMAX PLUS D is a prescription medicine that contains alendronate sodium and vitamin $D_3$ (cholecalciferol) as the active ingredients. FOSAMAX PLUS D provides a week's worth of vitamin $D_3$ (2800 IU). The Daily Value is 400 IU. Some patients may need more vitamin D than is in FOSAMAX PLUS D. Your doctor may recommend an additional vitamin D supplement.

FOSAMAX PLUS D is used for:
- The treatment of osteoporosis (thinning of bone) in women after menopause. It reduces the chance of having a hip or spinal fracture (break).

- Treatment to increase bone mass in men with osteoporosis.

Improvement in bone density may be observed as early as 3 months after you start taking FOSAMAX PLUS D even though you won't see or feel a difference. For FOSAMAX PLUS D to continue to work, you need to keep taking it.

FOSAMAX PLUS D is not a hormone.

FOSAMAX PLUS D is not for use in premenopausal women.

There is more information about osteoporosis and vitamin D at the end of this leaflet.

**Who should not take FOSAMAX PLUS D?**

---

* Trademark of Merck & Co., Inc.
  COPYRIGHT © 2005 Merck & Co., Inc.
  All rights reserved

**Page 1 of 6**

96556XX

Do not take FOSAMAX PLUS D if you:

- Have certain problems with your esophagus, the tube that connects your mouth with your stomach
- Cannot stand or sit upright for at least 30 minutes
- Have low levels of calcium in your blood
- Are allergic to FOSAMAX PLUS D or any of its ingredients. A list of ingredients is at the end of this leaflet.

**What should I tell my doctor before using FOSAMAX PLUS D?**
**Tell your doctor about all of your medical conditions, including if you:**

- **have problems with swallowing**
- **have stomach or digestive problems**
- **have kidney problems**
- **have sarcoidosis, leukemia, lymphoma**
- **are pregnant or planning to become pregnant.** It is not known if FOSAMAX PLUS D can harm your unborn baby.
- **are breastfeeding.** It is not known if FOSAMAX PLUS D passes into your milk and if it can harm your baby.

Tell your doctor about all medicines you take, including prescription and non-prescription medicines, vitamins, and herbal supplements.

Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist each time you get a new medicine.

**How should I take FOSAMAX PLUS D?**

- Choose the day of the week that best fits your schedule.

- Take 1 tablet of FOSAMAX PLUS D every week on your chosen day **after** you get up for the day and **before** taking your first food, drink, or other medicine.

- Take FOSAMAX PLUS D while you are sitting or standing.

- Swallow your FOSAMAX PLUS D tablet with a full glass (6-8 oz) of <u>plain water</u> only.

  Do **not** take FOSAMAX PLUS D with:

  Mineral water
  Coffee or tea
  Juice

  FOSAMAX PLUS D works only if it is taken on an empty stomach.

**Do not chew or suck on a tablet of FOSAMAX PLUS D.**

**After swallowing your FOSAMAX PLUS D tablet, wait at least 30 minutes:**
- before you lie down. You may sit, stand or walk, and do normal activities like reading.
- before you take your first food or drink except for plain water.
- before you take other medicines, including antacids, calcium, and other supplements and vitamins.

**Do not lie down until after your first food of the day.**

**Page 2 of 6**

96556XX

- It is important that you keep taking FOSAMAX PLUS D for as long as your doctor says to take it. For FOSAMAX PLUS D to continue to work, you need to keep taking it.

**What should I do if I miss a dose of FOSAMAX PLUS D or if I take too many?**

- If you miss a dose, take only 1 FOSAMAX PLUS D tablet on the morning after you remember. Do not take 2 tablets on the same day. Continue your usual schedule of 1 FOSAMAX PLUS D tablet once a week on your chosen day.

- If you think you took more than the prescribed dose of FOSAMAX PLUS D, drink a full glass of milk and call your doctor right away. Do not try to vomit. Do not lie down.

**What should I avoid while taking FOSAMAX PLUS D?**

- Do not eat, drink, or take other medicines or supplements **before** taking FOSAMAX PLUS D.

- Wait for at least 30 minutes **after** taking FOSAMAX PLUS D to eat, drink, or take other medicines or supplements.

- Do not lie down for at least 30 minutes **after** taking FOSAMAX PLUS D. Do not lie down until **after** your first food of the day.

**What are the possible side effects of FOSAMAX PLUS D?**

**FOSAMAX PLUS D may cause problems in your esophagus (the tube that connects the mouth and stomach).** (See "What is the most important information I should know about FOSAMAX PLUS D?".) These problems include irritation, inflammation, or ulcers of the esophagus, which may sometimes bleed. This may occur especially if you do not drink a full glass of water with FOSAMAX PLUS D or if you lie down in less than 30 minutes or before your first food of the day.

- **Stop taking FOSAMAX PLUS D and call your doctor right away if you get any of these signs of possible serious problems of the esophagus:**

  - **Chest pain**
  - **New or worsening heartburn**
  - **Trouble or pain when swallowing**

- Esophagus problems may get worse if you continue to take FOSAMAX PLUS D.

- Mouth sores (ulcers) may occur if the FOSAMAX PLUS D tablet is chewed or dissolved in the mouth.

- You may get flu-like symptoms typically at the start of treatment with FOSAMAX PLUS D.

- You may get allergic reactions, such as hives or, in rare cases, swelling of your face, lips, tongue, or throat.

- FOSAMAX PLUS D may cause jaw-bone problems in some people. Jaw-bone problems may include infection, and delayed healing after teeth are pulled.

- The most common side effect is stomach area (abdominal) pain. Less common side effects are nausea, vomiting, a full or bloated feeling in the stomach, constipation, diarrhea, black or bloody

**Page 3 of 6**

96556XX

stools (bowel movements), gas, eye pain, rash that may be made worse by sunlight, headache, dizziness, a changed sense of taste, joint swelling or swelling in the hands or legs, and bone, muscle, or joint pain.

- **Call your doctor if you develop severe bone, muscle, or joint pain.**

Tell your doctor about any side effect that bothers you or that does not go away.

These are not all the side effects with FOSAMAX PLUS D. Ask your doctor or pharmacist for more information.

**How do I store FOSAMAX PLUS D?**

- Store FOSAMAX PLUS D at 68 to 77°F (20 to 25°C). Protect from moisture and light. Store tablets in the original blister package or bottle and carton until time of use.
- Safely discard FOSAMAX PLUS D that is out-of-date or no longer needed.
- **Keep all FOSAMAX PLUS D and all medicines out of the reach of children.**

**General information about using FOSAMAX PLUS D safely and effectively**

Medicines are sometimes prescribed for conditions that are not mentioned in patient information leaflets. Do not use FOSAMAX PLUS D for a condition for which it was not prescribed. Do not give FOSAMAX PLUS D to other people, even if they have the same symptoms you have. It may harm them.

This leaflet is a summary of information about FOSAMAX PLUS D. If you have any questions or concerns about FOSAMAX PLUS D or osteoporosis, talk to your doctor, pharmacist, or other health care provider. You can ask your doctor or pharmacist for information about FOSAMAX PLUS D written for health care providers. For more information, call 1-877-408-4699 (toll-free) or visit the following website: www.fosamaxplusd.com.

**What are the ingredients in FOSAMAX PLUS D?**

**Active ingredients:** alendronate sodium and cholecalciferol (vitamin $D_3$).
**Inactive ingredients:** cellulose, lactose, medium chain triglycerides, gelatin, croscarmellose sodium, sucrose, colloidal silicon dioxide, magnesium stearate, butylated hydroxytoluene, modified food starch, and sodium aluminum silicate.

**What should I know about vitamin D?**

Vitamin D is an essential nutrient, required for calcium absorption and healthy bones. The main source is through exposure to summer sunlight, which makes vitamin D in our skin. Winter sunlight in most of the United States is too weak to produce vitamin D. Even in the summer, clothing or sun block can prevent enough sunlight from getting through. In addition, as people age, their skin becomes less able to make vitamin D. Very few foods are natural sources of vitamin D. Some foods, such as milk, some brands of orange juice and breakfast cereals are fortified with vitamin D.

Too little vitamin D leads to low calcium absorption and low phosphate. These are minerals that make bones strong. Even if you are eating a diet rich in calcium or taking a calcium supplement, your body cannot absorb calcium properly unless you have enough vitamin D. Too little vitamin D may lead to bone loss and osteoporosis. Severe vitamin D deficiency may cause muscle weakness which can lead to falls, and greater risk of fracture.

**Page 4 of 6**

96556XX

**What should I know about osteoporosis?**

Normally your bones are being rebuilt all the time. First, old bone is removed (resorbed). Then a similar amount of new bone is formed. This balanced process keeps your skeleton healthy and strong.

Osteoporosis is a thinning and weakening of the bones. It is common in women after menopause, and may also occur in men. In osteoporosis, bone is removed faster than it is formed, so overall bone mass is lost and bones become weaker. Therefore, keeping bone mass is important to keep your bones healthy. In both men and women, osteoporosis may also be caused by certain medicines called corticosteroids.

At first, osteoporosis usually has no symptoms, but it can cause fractures (broken bones). Fractures usually cause pain. Fractures of the bones of the spine may not be painful, but over time they can make you shorter. Eventually, your spine can curve and your body can become bent over. Fractures may happen during normal, everyday activity, such as lifting, or from minor injury that would normally not cause bones to break. Fractures most often occur at the hip, spine, or wrist. This can lead to pain, severe disability, or loss of ability to move around (mobility).

**Who is at risk for osteoporosis?**

Many things put people at risk of osteoporosis. The following people have a higher chance of getting osteoporosis:

Women who:
- Are going through or who are past menopause

Men who:
- Are elderly

People who:
- Are white (Caucasian) or oriental (Asian)
- Are thin
- Have family member with osteoporosis
- Do not get enough calcium or vitamin D
- Do not exercise
- Smoke
- Drink alcohol often
- Take bone thinning medicines (like prednisone or other corticosteroids) for a long time

**What can I do to help treat osteoporosis?**

In addition to FOSAMAX PLUS D, your doctor may suggest one or more of the following lifestyle changes:

- **Stop smoking.** Smoking may increase your chance of getting osteoporosis.
- **Reduce the use of alcohol.** Too much alcohol may increase the chance of osteoporosis and injuries that can cause fractures.
- **Exercise regularly.** Like muscles, bones need exercise to stay strong and healthy. Exercise must be safe to prevent injuries, including fractures. Talk with your doctor before you begin any exercise program.
- **Eat a balanced diet.** Having enough calcium in your diet is important. Your doctor can advise you whether you need to change your diet or take any dietary supplements, such as calcium or additional vitamin D.

**Page 5 of 6**

96556XX

**Rx only**

Manufactured for:

 **MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

By:
MSD FROSST IBERICA, S.A.
28805 Alcalá de Henares
Madrid, Spain

Issued Month XXXX
Printed in USA

**Page 6 of 6**

CORRECTED

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003446
Cashier ID: brobinso
Transaction Date: 01/18/2008
Payer Name: RUSHTON STAKELY JOHNSTON
------------------------------------
CIVIL FILING FEE
 For: RUSHTON STAKELY JOHNSTON
 Case/Party: D-ALM-2-08-CV-000051-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 104947
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

FINLEY V. MERCK & CO ET AL