IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MARTHA FINLEY,                    )<br>                                   )<br>    Plaintiff,                    )<br>                                   )<br>    v.                             )<br>                                   )<br> MERCK & COMPANY, INC., a          )<br> New Jersey corporation,           )<br> et al.,                           )<br>                                   )<br>    Defendants.                    ) | CIVIL ACTION NO.<br>2:08cv-51MHT |

ORDER

It is ORDERED that the parties show cause, if any there be, in writing by February 15, 2008, as to why this cause should not be stayed pending MDL transfer.

DONE, this the 25th day of January, 2008.

                            /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE