IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **MARTHA FINLEY,** | * |
| | * |
| PLAINTIFF, | * |
| | * |
| v. | * CASE NO. 2:08-cv-00051-MHT -CSC |
| | * |
| **MERCK & CO., INC., et al.,** | * |
| | * |
| DEFENDANTS. | * |

## MOTION TO REMAND

Plaintiff, Martha Finley does hereby file this motion to remand this action to the Circuit Court of Montgomery County, Alabama, pursuant to 28 U.S.C. § 1447(c). In support, thereof, Plaintiff shows the following:

1. This Court lacks subject matter jurisdiction. The Defendants have the burden of establishing federal jurisdiction and have failed to meet this burden.

2. There is no diversity of citizenship. Plaintiffs have asserted viable claims against Resident Defendants Carol James, Michael Beck, Julie Melton and Sheila Davis; accordingly Defendant Merck has not shown and cannot show that any in-state Defendant was fraudulently joined.

3. Defendants have failed to meet their burden of showing that the amount in controversy exceeds $75,000.00 as set out in 28 U.S.C. §1332.

4. Defendant Merck's Notice of Removal is defective because all Defendants' have not joined in removal of this action.

These grounds are discussed in more detail in Plaintiffs' Brief in Support of Motion to Remand, which is filed contemporaneously with this motion.

2

/s/ Wesley Chadwick Cook
E. FRANK WOODSON (WOO034)
P. LEIGH O'DELL (ODE006)
WESLEY CHADWICK COOK (COO079)

**Attorneys for Plaintiff**

**OF COUNSEL:**

**BEASLEY, ALLEN, CROW, METHVIN,
  PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 223-1236

**CERTIFICATE OF SERVICE**

I hereby certify that foregoing document was filed electronically on this 25th day of January, 2008 by uploading the same to the Court's CM/ECF system which will send a Notice of Electronic Filing upon all counsel of record.

/s/ Wesley Chadwick Cook
**OF COUNSEL**