# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MARTHA FINLEY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:08cv-51MHT |
| | ) | |
| MERCK & COMPANY, INC., a | ) | |
| New Jersey corporation, | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion to remand (Doc. No. 5) is set for submission, without oral argument, on February 15, 2008, with all briefs due by said date.

DONE, this the 28th day of January, 2008.


       /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE